**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MURFAM Farms, LLC, Wendell H. Murphy, Jr., a Partner Other Than Tax Matters Partner,**<br><br>**Plaintiff,**<br>**v.**<br><br>**United States of America,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 06-245T**<br>**Judge Marian Blank Horn** |

**NOTICE OF INDIRECTLY RELATED CASE**

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff hereby states, upon information and belief, that the above-captioned case is indirectly related to the following cases:

1. *PSM Farms, LLC v. United States*, Fed Cl. No. 06-246T, assigned to Judge Marian Blank Horn ("PSMF Case"); and
2. *Murphy Pork Partners, LLC v. United States*, Fed Cl. No. 06-247T, assigned to Judge Eric G. Bruggink ("MPP Case").

Although no single plaintiff is a party in all three cases, two of the plaintiffs in the above-captioned case are also parties in the MPP Case, and one plaintiff in the PSMF Case is a party in the MPP Case. Moreover, all three cases involve common questions of law and some common questions of fact, and certain information relevant to all three cases is likely discoverable from the same persons.

Based upon the foregoing, Plaintiff believes that assignment of all three cases to a single judge, as well as the adoption of a coordinated discovery schedule, will significantly promote the efficient administration of justice.

Respectfully submitted on April 18, 2006,

/s/ Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220
M. Todd Welty
Texas State Bar No. 00788642
Anthony P. Daddino
Texas State Bar No. 24036434

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
adaddino@meadowsowens.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this 18th day of April 2006, a copy of the foregoing Notice of Indirectly Related Case was delivered to counsel listed below via the means indicated.

**Via Certified Mail**

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

/s/ Joel N. Crouch
Joel N. Crouch