**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MURFAM Farms, LLC, Wendell H. Murphy, Jr., a Partner Other Than Tax Matters Partner,** | § | |
| | § | |
| | § | |
| | § | |
| | § | **CASE NO. 06-245T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | | |

**NOTICE OF FILING APPENDIX TO JPSR VIA TWO CD-ROMS**

On September 20, 2006, Plaintiff MURFAM Farms, LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") moved the Court for leave to file the Appendix to the Joint Preliminary Status Report ("JPSR") via CD-ROM and to file certain exhibits to the JPSR under seal to preserve the confidential nature of those exhibits.

Although their Motion is still pending before the Court, the Parties—acting in good faith—hereby submit the attached CD-ROMs. Plaintiff's and Defendant's exhibits are being submitted on separate disks. The documents being filed under seal (pending) are also being submitted on a separate disk.

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, OWENS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732
jcrouch@meadowsowens.com

Dated: September 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006, I served the Notice of Filing Appendix to Joint Preliminary Status Report and attachments on the following counsel of record via Express Mail.

Dennis M. Donohue, Esq.
John A. Lindquist, Esq.
David Steiner, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

s/Joel N. Crouch
Joel N. Crouch