| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| JPSR1_1 | 05/02/2006 | | Pleading | 2nd Notice of Order Enlarging Discovery limits in MDL Cobra case (filed in JZ Buckingham case) | |
| JPSR2_1 | 04/20/2006 | | Pleading | Order granting enlargement of discovery limits in Cobra Tax Shelters litigation | |
| JPSR3_1 | 04/24/2006 | | Pleading | Order in JZ Buckingham v U S case | |
| JPSR4_01 | 07/20/2006 | | Pleading | Klamath v U S Memorandum Opinion | |
| MUCO00008 | 04/17/2000 | Transaction | Transfer Authorization | ANB, LLC | Sealed |
| MUCO00009 | 04/17/2000 | Transaction | Transfer Authorization | JMN Ventures, LLC | Sealed |
| MUCO00011 | 04/17/2000 | Transaction | Transfer Authorization | WHMJ, LLC | Sealed |
| MUCO00013 | 04/17/2000 | Transaction | Transfer Authorization | WHM Ventures, LLC | Sealed |
| MUCO00014 | 04/17/2000 | Transaction | Transfer Authorization | WMC, LLC | Sealed |
| MUCO00019 | 04/26/2000 | Transaction | Trade Confirmation | WHM, LLC | Sealed |
| MUCO00023 | 04/14/2000 | Transaction | Trade Confirmation | ANB, LLC | Sealed |
| MUCO00026 | 04/17/2000 | Transaction | Trade Confirmation | WHMJ Ventures, LLC | Sealed |
| MUCO00035 | 04/17/2000 | Transaction | Trade Confirmation | WHM Ventures, LLC | Sealed |
| MUCO00051 | 04/14/2000 | Transaction | Trade Confirmation | WMC, LLC | Sealed |
| MUCO00054 | 04/17/2000 | Transaction | Trade Confirmation | JMN Ventures, LLC | Sealed |
| MUCO00104 | 04/10/2000 | Transaction | Account Agreement | WMC, LLC | Sealed |
| MUCO00140 | 05/16/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |
| MUCO00146 | 04/17/2000 | Transaction | Assignment Notification | ANB, LLC | Sealed |
| MUCO00147 | 04/17/2000 | Transaction | Assignment Notification | JMN Ventures, LLC | Sealed |
| MUCO00148 | 04/17/2000 | Transaction | Assignment Notification | WHMJ, LLC | Sealed |
| MUCO00150 | 04/17/2000 | Transaction | Assignment Notification | WHM Ventures, LLC | Sealed |
| MUCO00152 | 04/17/2000 | Transaction | Assignment Notification | WMC, LLC | Sealed |
| MUCO00166 | 04/19/2000 | Transaction | Wire Transfer Confirmation | WHM Ventures, LLC | Sealed |
| MUCO00167 | 04/19/2000 | Transaction | Wire Transfer Confirmation | WHMJ, LLC | Sealed |
| MUCO00169 | 04/19/2000 | Transaction | Wire Transfer Confirmation | WMC, LLC | Sealed |
| MUCO00174 | 04/19/2000 | Transaction | Wire Transfer Confirmation | JMN Ventures, LLC | Sealed |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUCO00175 | 04/19/2000 | Transaction | Wire Transfer Confirmation | ANB, LLC | Sealed |
| MUCO00177 | 04/25/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |
| MUCO00180 | 04/17/2000 | Transaction | Wire Transfer | JMN Ventures, LLC | Sealed |
| MUCO00181 | 04/17/2000 | Transaction | Wire Transfer | ANB, LLC | Sealed |
| MUCO00186 | 04/17/2000 | Transaction | Wire Transfer | WHM Ventures, LLC | Sealed |
| MUCO00189 | 04/17/2000 | Transaction | Wire Transfer | WHMJ, LLC | Sealed |
| MUCO00190 | 04/17/2000 | Transaction | Wire Transfer | WMC, LLC | Sealed |
| MUCO00217 | 10/09/2000 | Tax | Notification of Acceptance | Murfam, Inc | |
| MUCO00218 | 09/08/2000 | Tax | EIN Assignment | Murfam, Inc | |
| MUCO00226 | 06/15/2000 | Tax | EIN Assignment | WHMJ, LLC | |
| MUCO00227 | 06/15/2000 | Tax | EIN Assignment | Murfam Farms, LLC | |
| MUCO00229 | 06/15/2000 | Tax | EIN Assignment | WHM Ventures, LLC | |
| MUCO00230 | 06/15/2000 | Tax | EIN Assignment | WMC, LLC | |
| MUCO00231 | 06/15/2000 | Tax | EIN Assignment | JMN Ventures, LLC | |
| MUCO00232 | 06/15/2000 | Tax | EIN Assignment | ANB, LLC | |
| MUDB00159 | 04/10/2000 | Transaction | Account Agreement | WHM Ventures, LLC | Sealed |
| MUDB00243 | 12/01/2000 | Transaction | Transfer Authorization | WMC, LLC<br>WHM Ventures, LLC<br>WHMJ, LLC<br>JMN Ventures, LLC<br>ANB, LLC | Sealed |
| MUDB00245 | 12/26/2000 | Transaction | Asset Transfer Authorization | Murfam Farms, LLC<br>Murfam Frams, Inc | Sealed |
| MUDB00255 | 04/10/2000 | Transaction | Account Agreement | Murfam Farms, LLC | Sealed |
| MUDB00303 | 10/00/2000 | Transaction | Brokerage Statement | Murfam Farms, LLC | Sealed |
| MUDB00320 | 12/22/2000 | Transaction | Account Agreement | Murfam, Inc | Sealed |
| MUDB00331 | 12/00/2000 | Transaction | Brokerage Statement | Murfam, Inc | Sealed |
| MUEY00047 | 04/00/2000 | Transaction | Brokerage Statement | ANB, LLC | Sealed |
| MUEY00082 | 04/00/2000 | Transaction | Brokerage Statement | WHMJ, LLC | Sealed |
| MUEY00089 | 05/00/2000 | Transaction | Brokerage Statement | WHMJ, LLC | Sealed |
| MUEY00146 | 09/00/2000 | Transaction | Brokerage Statement | Murfam Farms, LLC | Sealed |
| MUEY00205 | 04/00/2000 | Transaction | Brokerage Statement | WMC, LLC | Sealed |
| MUEY00237 | 04/00/2000 | Transaction | Brokerage Statement | JMN Ventures, LLC | Sealed |
| MUEY00243 | 05/00/2000 | Transaction | Brokerage Statement | JMN Ventures, LLC | Sealed |
| MUEY00267 | 04/00/2000 | Transaction | Brokerage Statement | WHM Ventures, LLC | Sealed |
| MUEY00274 | 05/00/2000 | Transaction | Brokerage Statement | WHM Ventures, LLC | Sealed |
| MUEY00549 | 12/31/2000 | Transaction | Brokerage Statement | Murfam Farms, LLC | Sealed |
| MUEY00620 | 08/31/2000 | Correspondence | Fax Confirmation | Murfam, Inc | |
| MUEY00931 | 06/22/2000 | Transaction | Certificate of Incorporation Verification Letter | Murfam, Inc | |
| MUEY00939 | 06/23/2000 | Transaction | Action by Written Instrument | Murfam, Inc | |
| MUEY01625 | 05/00/2000 | Transaction | Brokerage Statement | ANB, LLC | Sealed |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUEY01689 | 06/23/2000 | Tax | Form 2553 | Murfam, Inc | |
| MUEY01809 | 04/27/2000 | Transaction | Invoice | Wendy Crumpler | Sealed |
| MUEY01867 | 04/17/2000 | Transaction | Assignment Agreement | ANB, LLC<br>Murfam Farms, LLC | Sealed |
| MUEY02223 | 04/17/2000 | Transaction | Assignment Agreement | JMN Ventures, LLC<br>Murfam Farms, LLC | Sealed |
| MUEY02232 | 08/00/2000 | Transaction | Assignment of Interest | JMN Ventures, LLC | |
| MUEY02241 | 04/00/2000 | Transaction | Limited Liability Company Agreement | JMN Ventures, LLC | |
| MUEY02258 | 04/10/2000 | Transaction | Limited Liability Company Agreement | Murfam Farms, LLC | |
| MUEY02270 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WMC, LLC | |
| MUEY02283 | 08/00/2000 | Transaction | Assignment of Interest | WMC, LLC | |
| MUEY02402 | 05/12/2000 | Transaction | Invoice | JMN Ventures, LLC | Sealed |
| MUEY02428 | 04/17/2000 | Transaction | Assignment Agreement | WHM Ventures, LLC<br>Murfam Farms, LLC | Sealed |
| MUEY02439 | 05/12/2000 | Transaction | Invoice | WHM Ventures, LLC | Sealed |
| MUEY02445 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHM Ventures, LLC | |
| MUEY02457 | 04/00/2000 | Transaction | Limited Liability Company Agreement | WHMJ, LLC | |
| MUEY02481 | 08/00/2000 | Transaction | Assignment of Interest | WHM Ventures, LLC | |
| MUEY02483 | 08/00/2000 | Transaction | Assignment of Interest | WHMJ, LLC | |
| MUEY02488 | 04/17/2000 | Transaction | Assignment Agreement | WHMJ, LLC<br>Murfam Farms, LLC | Sealed |
| MUEY02495 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WHMJ, LLC | |
| MUEY02497 | 04/27/2000 | Transaction | Invoice | Wendell Murphy Sr | Sealed |
| MUEY02498 | 04/27/2000 | Transaction | Invoice | Wendell Murphy, Jr | Sealed |
| MUEY02499 | 04/27/2000 | Transaction | Invoice | Joyce Norman | Sealed |
| MUEY02500 | 04/27/2000 | Transaction | Invoice | Angela Brown | Sealed |
| MUEY04556 | 04/17/2000 | Transaction | Assignment Agreement | WMC, LLC<br>Murfam Farms, LLC | Sealed |
| MUEY04623 | 04/00/2000 | Transaction | Brokerage Statement | JMN Ventures, LLC | Sealed |
| MUEY04702 | 05/31/2000 | Transaction | Brokerage Statement | WMC, LLC | Sealed |
| MUFOIA01907 | 05/12/2000 | Transaction | Invoice | WMC, LLC | Sealed |
| MUFOIA02297 | 05/12/2000 | Transaction | Invoice | WHMJ, LLC<br>Murphy Family Farms | Sealed |
| MUFOIA03819 | 04/10/2000 | Transaction | Limited Liability Company Agreement | ANB, LLC | |
| MUFOIA03866 | 06/22/2000 | Transaction | Bylaws | Murfam, Inc | |
| MUFOIA03882 | 04/27/2000 | Transaction | Invoice | Angela Brown | Sealed |
| MUMI00216 | 12/31/2000 | Tax | Form 1040X | Wendell and Wendy Murphy | Sealed |
| MUMI01061 | 12/31/2000 | Tax | Form 1040X | Kelly and Wendy Crumpler | Sealed |
| MUMI01290 | 12/31/2000 | Tax | Form 1040X | Wendell & Linda Murphy | Sealed |
| MUMI01541 | 12/29/2000 | Opinion | Opinion | WMC, LLC<br>WHM Ventures, LLC<br>WHMJ, LLC<br>JMN Ventures, LLC<br>ANB, LLC | |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUMI01768 | 12/31/2000 | Tax | Form 1040X | Robert and Angela Brown | Sealed |
| MUMI01962 | 12/31/2000 | Tax | Form 1040X | Joyce Norman | Sealed |
| MUMI02078 | 12/31/2000 | Tax | Form 1065 | Murfam Farms. LLC | Sealed |
| MUMI02104 | 12/31/2000 | Tax | Form 1120S | Murfam. Inc | Sealed |
| MUMU16761 | 04/07/2000 | Transaction | Account Agreement | WHMJ. LLC | Sealed |
| MUMU16840 | 04/07/2000 | Transaction | Account Agreement | ANB. LLC | Sealed |
| MUMU16925 | 04/07/2000 | Transaction | Account Agreement | JMN Ventures. LLC | Sealed |
| MUPR00010 | 06/23/2000 | Transaction | Certificate of Incorporation Verification Letter | Murfam, Inc | |
| MUPR00011 | 06/22/2000 | Transaction | Certificate of Incorporation | Murfam. Inc | |
| MUPR00028 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murfam, Inc Angela N Brown | |
| MUPR00030 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murfam. Inc Wendy M Crumpler | |
| MUPR00032 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murfam, Inc Wendell H Murphy | |
| MUPR00034 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murfam. Inc Wendell H Murphy. Jr | |
| MUPR00044 | 08/00/2000 | Transaction | Assignment of Interest | ANB. LLC | |
| MUPR00066 | 04/06/2000 | Transaction | Certificate of Formation | WHMJ, LLC | |
| MUPR00108 | 06/23/2000 | Transaction | Consent of Directors | Murfam. Inc | |
| MUPR00250 | 04/06/2000 | Transaction | Certificate of Formation | WHM Ventures. LLC | |
| MUPR00252 | 04/06/2000 | Transaction | Certificate of Formation | WMC. LLC | |
| MUPR00254 | 04/06/2000 | Transaction | Certificate of Formation | JMN Ventures. LLC | |
| MUPR00521 | 04/04/2000 | Transaction | Certificate of Formation Verification Letter | Murfam Farms. LLC | |
| MUPR00522 | 04/04/2000 | Transaction | Certificate of Formation | Murfam Farms. LLC | |
| MUPR00623 | 08/00/2000 | Transaction | Assignment of Membership Interest | Murfam, Inc Wendell H Murphy, Jr | |
| MUPR00655 | 05/00/2000 | Transaction | Brokerage Statement | Murfam Farms. LLC | Sealed |
| MUPR00666 | 06/00/2000 | Transaction | Brokerage Statement | Murfam Farms. LLC | Sealed |
| MUPR00674 | 07/00/2000 | Transaction | Brokerage Statement | Murfam Farms. LLC | Sealed |
| MUPR00679 | 08/00/2000 | Transaction | Brokerage Statement | Murfam Farms. LLC | Sealed |
| MUPR01392 | 12/29/2000 | Opinion | Certificate of Facts | Murfam Farms. LLC | |
| MUPR01401 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | ANB, LLC | |
| MUPR01402 | 04/06/2000 | Transaction | Certificate of Formation | ANB. LLC | |
| MUPR01409 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WHM Ventures. LLC | |
| MUPR01411 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | WMC. LLC | |
| MUPR01413 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | JMN Ventures, LLC | |