# In the United States Court of Federal Claims

Nos. 06-245 T, 06-246 T, and 06-247 T
(CONSOLIDATED)

(Filed: October 5, 2006)

| | |
|---|---|
| **MURFAM FARMS, LLC,** | * |
| **By and Through Wendell H. Murphy, Jr.,** | * |
| **a Partner Other Than Tax Matters Partner,** | * |
| | * |
| **PSM FARMS, LLC,** | * |
| **By and Through Stratton K. Murphy** | * |
| **a Partner Other Than Tax Matters Partner,** | * |
| | * |
| **MURPHY PORK PARTNERS, LLC,** | * |
| **By and Through Wendell H. Murphy, Jr.,** | * |
| **a Partner Other Than Tax Matters Partner,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

## ORDER

The Court DIRECTS the Clerk of the Court to consolidate this case with *PSM Farms, LLC v. United States* (No. 06-246) and *Murphy Pork Partners, LLC v. United States* (No. 06-247). All future filings shall be made in this case, as captioned above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge