# In the United States Court of Federal Claims

Nos. 06-245 T, 06-246 T, and 06-247 T
(CONSOLIDATED)

(Filed: October 5, 2006)

****************************************
**MURFAM FARMS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
**PSM FARMS, LLC,** *
**By and Through Stratton K. Murphy** *
**a Partner Other Than Tax Matters Partner,** *
*
**MURPHY PORK PARTNERS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

Pursuant to the preliminary status conference held on October 4, 2006, the Court ORDERS the Parties to adhere to the following discovery schedule:

| | |
|---|---|
| Initial Expert Reports due | **May 1, 2007** |
| Rebuttal Expert Reports due | **June 1, 2007** |
| Fact Discovery ends | **August 1, 2007** |
| Expert Discovery ends | **August 1, 2007** |

The Court grants the Parties request to increase the number of interrogatories to a maximum of one hundred (100) per party for each of the three cases and to increase the number of depositions to a total of ninety-nine (99) per party as between the three cases, *JZ Buckingham Investments, LLC v. United States* (No. 05-231), and the three cases in the multi-district litigation, *In re COBRA Tax Shelters Litigation*, MDL Docket No. 9727.

The Court further ORDERS that the trial be held in Washington, D.C. unless additional equities arise.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge