**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' COUNSEL'S NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that effective March 1, 2007, the law firm of Plaintiffs' counsel, Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P., has changed its name to Meadows, Collier, Reed, Cousins & Blau, L.L.P.

Please use this new name on all pleadings, correspondence and other documents in this matter.

Respectfully submitted,

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No.05144220
Michael E. McCue
Texas State Bar No. 13494150
M. Todd Welty
Texas State Bar No. 00788642
Anthony P. Daddino
Texas State Bar No. 24036434

MEADOWS, COLLIER REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
mmccue@meadowscollier.com
twelty@meadowscollier.com
adaddino@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of March, 2006, the foregoing Plaintiffs' Counsel's Notice of Name Change was served on counsel listed below via electronic means.

Dennis M. Donohue, Esq.
John A. Lindquist, Esq.
David Steiner, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
555 Fourth Street, NW
Room 7804
Washington, D.C. 20001

s/Joel N. Crouch
Joel N. Crouch