**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

**JOINT MOTION TO REVISE SCHEDULING ORDER**

Plaintiffs MURFAM Farms, LLC, PSM Farms, LLC, and Murphy Pork Partners, LLC ("Plaintiffs") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to revise the discovery deadlines set forth in the Scheduling Order. In support of this Motion, the Parties show the Court as follows:

1. On October 5, 2006, this Court issued a Scheduling Order that provided for (among others) the following discovery deadlines:

| | Deadline |
|---|---|
| Initial Expert Reports | May 1, 2007 |
| Rebuttal Expert Reports | June 1, 2007 |
| Discovery Ends | August 1, 2007 |

2. The Parties agree that a short extension of these deadlines is necessary and desirable to allow the Parties sufficient time to conduct and evaluate factual discovery.

3. In light of the foregoing, the Parties respectfully request that the Court revise the Scheduling Order to adopt the following discovery deadlines:

| | Deadline |
|---|---|
| Initial Expert Reports | May 15, 2007 |
| Rebuttal Expert Reports | June 15, 2007 |
| Discovery Ends | August 15, 2007 |

4. The Parties further request any additional relief to which they may be entitled.

Respectfully submitted,

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No. 05144220
M. Todd Welty
Texas State Bar No. 00788642
Michael E. McCue
Texas State Bar No. 13494150
Anthony P. Daddino
Texas State Bar No. 24036434

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732
jcrouch@meadowscollier.com
twelty@meadowscollier.com
mmccue@meadowscollier.com
adaddino@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

By: <u>s/Dennis M. Donohue by s/Joel N. Crouch</u>
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: April 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, a copy of the foregoing Joint Motion to Revise Scheduling Order was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch