# In the United States Court of Federal Claims

Nos. 06-245 T, 06-246 T, and 06-247 T
(CONSOLIDATED)

(Filed: April 16, 2007)

****************************************
**MURFAM FARMS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
**PSM FARMS, LLC,** *
**By and Through Stratton K. Murphy** *
**a Partner Other Than Tax Matters Partner,** *
*
**MURPHY PORK PARTNERS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On April 13, 2007, the parties filed a Joint Motion to Revise Scheduling Order. The motion is granted. The Court hereby vacates the scheduling order issued October 5, 2006, in lieu of the following discovery schedule:

| | |
|---|---|
| Initial Expert Reports due | **May 15, 2007** |
| Rebuttal Expert Reports due | **June 15, 2007** |
| Fact & Expert Discovery ends | **August 15, 2007** |
| Joint Status Report due | **August 29, 2007** |

In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm. In the joint status report due on August 29, 2007, the Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge