**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC, §**
**By and Through Wendell H. Murphy Jr., §**
**a Partner Other Than Tax Matters Partner, §**
**§**
**PSM FARMS, LLC, §**
**By and Through Stratton K. Murphy, §**
**a Partner Other Than Tax Matters Partner, §**
**§**
**MURPHY PORK PARTNERS, LLC, §**
**By and Through Wendell H. Murphy, Jr., §**
**a Partner Other Than Tax Matters Partner, §**
**§**
**Plaintiffs, §**
**§**
**v. §**
**§**
**UNITED STATES OF AMERICA, §**
**§**
**Defendant. §**

**ORDER GRANTING THE JOINT MOTION TO REVISE SCHEDULING ORDER**

Before the Court is the Joint Motion to Revise the Scheduling Order. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. The revised deadlines are as follows:

| | Initial Expert Reports Due | Rebuttal Expert Reports Due | Discovery Ends |
|---|---|---|---|
| Former Deadlines | May 15, 2007 | June 15, 2007 | August 15, 2007 |
| New Deadlines | June 1, 2007 | July 2, 2007 | August 31, 2007 |

SO ORDERED:

___________________________________

Dated: __________________



2458962.1