**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | **§** |
| **By and Through Wendell H. Murphy Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **PSM FARMS, LLC,** | **§** |
| **By and Through Stratton K. Murphy,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **MURPHY PORK PARTNERS, LLC,** | **§** |
| **By and Through Wendell H. Murphy, Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **Plaintiffs,** | **§** |
| | **§** |
| **v.** | **§** |
| | **§** |
| **UNITED STATES OF AMERICA,** | **§** |
| | **§** |
| **Defendant.** | **§** |

**ORDER GRANTING THE JOINT MOTION TO STAY THE DUE DATE OF INITIAL EXPERT REPORTS**

Before the Court is the Joint Motion to Stay the Due Date of the Initial Expert Reports until the Court Decides the Joint Motion to Revise Scheduling Order. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Should the Court ultimately deny the Joint Motion to Revise Scheduling Order, Initial Reports will be due ten days from the date of the Court's Order in that Motion.

SO ORDERED:

______________________________________

Dated: __________________



2459022.1