**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | **§** |
| **By and Through Wendell H. Murphy Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **PSM FARMS, LLC,** | **§** |
| **By and Through Stratton K. Murphy,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **MURPHY PORK PARTNERS, LLC,** | **§** |
| **By and Through Wendell H. Murphy, Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **Plaintiffs,** | **§** |
| | **§** |
| **v.** | **§** |
| | **§** |
| **UNITED STATES OF AMERICA,** | **§** |
| | **§** |
| **Defendant.** | **§** |

**NOTICE OF RELEVANT JUDICIAL DECISION**

Please take notice that the United States District Court for the Southern District of Indiana granted the Petitioner's motion in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.), thereby extending the due date of Initial Expert Reports to June 1, 2007, the due date of Rebuttal Expert Reports to July 2, 2007, and end of discovery to August 31, 2007. This order in annexed hereto.

By: s/ Dennis M. Donohue
Dennis M. Donohue
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division



2462683.1

U.S. Department of Justice
P.O. Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
E-mail: dennis.donohue@usdoj.gov

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: May 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner
David M. Steiner