# In the United States Court of Federal Claims

Nos. 06-245 T, 06-246 T, and 06-247 T
(CONSOLIDATED)

(Filed: August 1, 2007)

****************************************
**MURFAM FARMS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
**PSM FARMS, LLC,** *
**By and Through Stratton K. Murphy** *
**a Partner Other Than Tax Matters Partner,** *
*
**MURPHY PORK PARTNERS, LLC,** *
**By and Through Wendell H. Murphy, Jr.,** *
**a Partner Other Than Tax Matters Partner,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On July 31, 2007, the parties filed a Joint Motion to Revise Scheduling Order. The motion is granted. The Court hereby vacates the scheduling order issued May 17, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Fact & Expert Discovery ends | **October 1, 2007** |
| Final Exhibit & Witness Lists due | **October 1, 2007** |
| Joint Status Report due | **October 15, 2007** |

| | |
|---|---|
| Motion(s) to Exclude/Limit Expert Testimony due | **December 3, 2007** |
| Dispositive Motion(s) due | **December 3, 2007** |

In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm. In the joint status report due on October 15, 2007, the Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge