**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | **§** |
| **By and Through Wendell H. Murphy Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **PSM FARMS, LLC,** | **§** |
| **By and Through Stratton K. Murphy,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **MURPHY PORK PARTNERS, LLC,** | **§** |
| **By and Through Wendell H. Murphy, Jr.,** | **§** |
| **a Partner Other Than Tax Matters Partner,** | **§** |
| | **§** |
| **Plaintiffs,** | **§** |
| | **§** |
| **v.** | **§** |
| | **§** |
| **UNITED STATES OF AMERICA,** | **§** |
| | **§** |
| **Defendant.** | **§** |

**NOTICE OF RELEVANT JUDICIAL DECISION**

The parties to this action have, on September 26, 2007, filed a Joint Motion to Revise the Scheduling Order, Docket Item #33.

Please take notice that the United States District Court for the Southern District of Indiana granted an identical motion in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.) on September 27, 2007. This order in annexed hereto.

By: s/ Dennis M. Donohue
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492 Telephone

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: October 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner
David M. Steiner
United States Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892 Telephone



2774753.1