**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **IN RE COBRA TAX SHELTERS LITIGATION** | § | |
| | § | |
| | § | |
| | § | |
| **THIS CASE RELATES TO:** | § | **1:05-ml-09727-JDT-WTL** |
| | § | |
| **1:06-cv-8000** | § | |
| **1:06-cv-8002** | § | |

**ORDER**

On this the 27th day of September, 2007, the Court considered the Joint Motion to Further Revise the Discovery Schedule in the Case Management Plan filed in this case on July 31, 2007. The Court FINDS that this Motion should be GRANTED.

Therefore, it is hereby ORDERED that the discovery deadlines should be revised as follows:

| | Deadline |
|---|---|
| Discovery Ends | November 2, 2007 |
| Final Exhibit and Witness Lists | Two Weeks Prior to the Pretrial Conference |
| Motion to Exclude/Limit Expert Testimony | January 4, 2008 |
| Dispositive Motions | January 4, 2008 |

William T. Lawrence

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana