# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER GRANTING THE MOTION OF THE UNITED STATES TO COMPEL RESPONSES TO INTERROGATORIES**

Before the Court is the motion of the United States to Compel Responses to Interrogatories. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Plaintiffs will serve full and complete Responses, without objections, to the United States' Interrogatories served on September 25, 2007, no later than December 15,

2007.

It is also ordered that Plaintiffs shall pay to the United States its attorneys' fees and costs incurred in bringing this motion.

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________