# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**SECOND DECLARATION OF DAVID STEINER IN FURTHER SUPPORT OF UNITED STATES' MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

DAVID M. STEINER, an attorney duly admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a trial attorney at the United States Department of Justice and am one of the attorneys responsible for defending the interests of the United States in these matter. I submit this declaration in support of the United States' Motion to Compel Responses to Interrogatories.

2. Plaintiffs served their response to the United States' first set of interrogatories on either March 16, 2007, or March 26, 2007. The cover letter attached to this response is dated March 26, but the certificate of service is dated March 16. I am at this moment unsure which of these dates is correct. Plaintiff supplemented these responses on April 27, 2007. Plaintiffs served their response to the government's second set of interrogatories on July 30, 2007. Plaintiffs did not in any of these responses state that they believed that the United States had propounded interrogatories which were compound.

3. On October 30, October 31, November 1 and November 6, counsel for the United States and Plaintiff discussed Plaintiff's objection, via telephone and e-mail, without reaching a resolution. Not until November 6 did Plaintiff explain to the United States its objections with any specificity.

4. The United States has fully responded to Plaintiff's interrogatories, virtually all of which consist of contention interrogatories.

I, David M. Steiner, declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2007.

s/ David M. Steiner
DAVID M. STEINER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2007, I electronically filed the foregoing Declaration with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892