**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER**

On this the ___th day of ______________, 2007, the Court considered the Joint Motion to Further Revise Scheduling Order filed on December 19, 2007. The Court FINDS that this Motion should be GRANTED.

Therefore, it is hereby ORDERED that the discovery deadlines should be revised as follows:

| | Deadline |
|---|---|
| Motion to Exclude/Limit Expert Testimony | February 4, 2008 |
| Dispositive Motions | February 4, 2008 |

______________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS