**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

**JOINT MOTION TO FURTHER REVISE SCHEDULING ORDER**

Plaintiffs MURFAM Farms, LLC, PSM Farms, LLC, and Murphy Pork Partners, LLC ("Plaintiffs") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to further revise the discovery deadlines set forth in the Scheduling Order (as revised). In support of this Motion, the Parties show the Court as follows:

1. The Scheduling Order, as revised, currently provides for the following discovery deadlines:

| | Deadline |
|---|---|
| Motion to Exclude/Limit Expert Testimony | February 4, 2008 |
| Dispositive Motions | February 4, 2008 |

2. The Parties agree that a short extension of these deadlines is necessary and desirable. Additional time is needed to allow the Parties to resolve the number of discovery disputes still outstanding across the coordinated COBRA cases. As this Court is aware, the plaintiff in *JZ Buckingham LLC v. United States*, Fed. Cl. No. 05-231T, has filed a motion to compel the deposition of the United States and/or Internal Revenue Service. Plaintiffs believe that such deposition would likely produce information relevant to the motion for partial summary judgment that Plaintiffs intend to file on the validity of Treasury Regulation 1.752-6T (later finalized).

3. The Parties therefore respectfully request that the Court further revise the Revised Scheduling Order to adopt the following deadlines:

| | <u>Deadline</u> |
|---|---|
| Motion to Exclude/Limit Expert Testimony | March 7, 2008 |
| Dispositive Motions | March 7, 2008 |

4. Simultaneous to the filing of this Joint Motion, the parties of *JZ Buckingham LLC v. United States*, Fed. Cl. No. 05-231T, are also filing a joint motion with this Court to adopt discovery deadlines identical to those proposed above. Further, the parties of *In re: COBRA Tax Shelters Litigation*, 1:05-ml-09727-JDT-WTL, are likewise moving the District Court for the Southern District of Indiana, Indianapolis Division, to adopt identical discovery deadlines.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220
Anthony P. Daddino
Texas State Bar No. 24036434
M. Todd Welty
Texas State Bar No. 00788642
Michael E. McCue
Texas State Bar No. 13494150

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732
adaddino@meadowscollier.com
jcrouch@meadowscollier.com
twelty@meadowscollier.com
mmccue@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

By: s/Dennis M. Donohue
by s/Joel N. Crouch
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: January 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008, a copy of the foregoing Joint Motion to Further Revise Scheduling Order was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch