# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**UNITED STATES OF AMERICA'S MOTION TO EXCLUDE**
**THE EXPERT REPORT AND OPINIONS OF STUART A. SMITH**

The United States moves this Court to enter an order precluding Plaintiffs from introducing at trial the expert report and the testimony of Stuart Smith, a lawyer who offers nothing more than legal analysis and legal opinion. It is well-established that expert witnesses may not opine on the law. The Court should not allow Plaintiffs to usurp the Court's role and should preclude Plaintiffs from introducing at trial the expert report and the testimony of Smith. The grounds in support of this Motion are set forth in the United States of America's Memorandum in Support of its Motion to Exclude the Expert Report and Opinions of Stuart A. Smith and the Declaration of Jonathan L. Blacker being filed simultaneously with this Motion.

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

## CERTIFICATE OF CONFERENCE

On March 6, 2008, I spoke to Todd Welty, an attorney for the Plaintiffs, and asked if Plaintiffs opposed the United of America's Motion to Exclude the Expert Report and Opinions of Stuart A. Smith. Mr. Welty stated the Plaintiffs opposed the motion.

/s/ Joseph A. Pitzinger, III
JOSEPH. A. PITZINGER
Trial Attorney, Tax Division
U.S. Department of Justice
717 North Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9728
Facsimile: (214) 880-9741

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing **UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STUART A. SMITH** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Dennis M. Donohue
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov