# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER GRANTING UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STUART A. SMITH**

The Court, having considered the United States' Motion to Exclude the Expert Report and Opinions of Stuart A. Smith, and any response thereto, finds that the motion should be GRANTED. Thus, it is ORDERED that the Report of Stuart A. Smith, and any testimony from Stuart A. Smith that gives his opinion that the reliance on the legal opinion received from and Proskauer Rose LLP was reasonable may not be admitted as evidence in this case's trial.

SIGNED this _____________ day of ___________________________, 2008.

___________________________________________

UNITED STATES COURT OF FEDERAL CLAIMS