# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**DECLARATION OF JONATHAN L. BLACKER IN SUPPORT OF THE UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STUART A. SMITH**

JONATHAN L. BLACKER, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a trial attorney at the United States Department of Justice and am one of the attorneys responsible for defending the interests of the United States in this matter. I submit this declaration in support of the United States' Motion to Exclude the Expert Report and Opinions of Stuart A. Smith.

2. Gov. Ex. 1 annexed hereto in the attached Appendix as is a true and correct copy of the Expert Report of Stuart A. Smith dated May 30, 2007.

3. Gov. Ex. 2 annexed hereto in the attached Appendix is a true and correct copy of the Deposition of Stuart A. Smith, dated August 30, 2007.

4. Gov. Ex. 3 annexed hereto in the attached Appendix are true and correct copies of opinion letters dated December 29, 2000 from Proskauer Rose LLP to the following entities: (1) WMC, LLC, WHM Ventures, LLC, WHMJ, LLC, JMN Ventures, LLC, and ANB, LLC; (2) HDM, LLC, WHM Ventures, LLC, and WHMJ, LLC, LLC; and (3) HDM, LLC, MDM Ventures, LLC, and SKM Ventures, LLC.

I, Jonathan L. Blacker, declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2008.

Respectfully submitted,

/s/ Jonathan L. Blacker

JONATHAN L. BLACKER
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9765
Facsimile: (214) 880-9741
E-mail: jonathan.blacker2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing Declaration with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Jonathan L. Blacker

JONATHAN L. BLACKER
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9765
Facsimile: (214) 880-9741
E-mail: jonathan.blacker2@usdoj.gov