# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC** §
**By and Through Wendell H. Murphy, Jr.** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

## APPENDIX

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Expert Report of Stuart A. Smith dated May 30, 2007 | 1 - 25 |
| 2 | Deposition of Stuart A. Smith, dated August 30, 2007 | 26 - 76 |
| 3A | Opinion letters dated December 29, 2000 from Proskauer Rose LLP to the following entities: (1) WMC, LLC, WHM Ventures, LLC, WHMJ, LLC, JMN Ventures, LLC, and ANB, LLC; (2) HDM, LLC, WHM Ventures, LLC, and WHMJ, LLC, LLC; and (3) HDM, LLC, MDM Ventures, LLC, and SKM Ventures, LLC. | 77 - 140 |

| | | |
|---|---|---|
| 3B | Opinion letters dated December 29, 2000 from Proskauer Rose LLP to the following entities: (1) WMC, LLC, WHM Ventures, LLC, WHMJ, LLC, JMN Ventures, LLC, and ANB, LLC; (2) HDM, LLC, WHM Ventures, LLC, and WHMJ, LLC, LLC; and (3) HDM, LLC, MDM Ventures, LLC, and SKM Ventures, LLC. | 141 - 203 |
| 3C | Opinion letters dated December 29, 2000 from Proskauer Rose LLP to the following entities: (1) WMC, LLC, WHM Ventures, LLC, WHMJ, LLC, JMN Ventures, LLC, and ANB, LLC; (2) HDM, LLC, WHM Ventures, LLC, and WHMJ, LLC, LLC; and (3) HDM, LLC, MDM Ventures, LLC, and SKM Ventures, LLC. | 204 - 266 |