# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER GRANTING UNITED STATES' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DON M. CHANCE**

The Court, having considered the United States' Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance, and any response thereto, finds that the motion should be GRANTED.

Thus, it is ORDERED that the following items may not be admitted as evidence in this case's trial that part of the Report of Don M. Chance dated May 8, 2007; and any testimony from

Don M. Chance, that gives his opinion that the COBRA Transactions had a reasonable probability of profit.

SIGNED this day of , 2008.

EDWARD J. DAMICH
Chief Judge