IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 06-245T, 06-246T, and 06-247T
(Consolidated)

| | |
|---|---|
| MURFAM FARMS, LLC, | § |
| By and Through Wendell H. Murphy Jr., | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| PSM FARMS, LLC, | § |
| By and Through Stratton K. Murphy, | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| MURPHY PORK PARTNERS, LLC, | § |
| By and Through Wendell H. Murphy, Jr., | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| UNITED STATES OF AMERICA, | § |
| | § |
| Defendant. | § |

EXPERT REPORT (Murphy)

Don M. Chance, Ph.D., CFA

May 8, 2007

Outline


I. Expert Qualifications
II. Summary of Findings
III. Basic Principles of Options
  III.1. Characteristics and Terminology of Options
  III.2. Where Options Trade
    III.2.a. Exchange-Listed Markets
    III.2.b. Over-the-Counter Markets
    III.2.c. Hedging Option Transactions
  III.3. Option Market Participants
IV. How Options Work
  IV.1 Illustration of Whether an Option is In- or Out-of-the-Money using a Google Option Example
  IV.2. An Example of How Options Perform using a Google Option Example
V. How Option Values are Determined


GOVERNMENT EXHIBIT 1

V.1. The Effect of Volatility, Interest Rates, and Cash Flows on the Underlying
V.2. The Black-Scholes-Merton Model
VI. Currency Options
VI.1. Currency Quotation Methods
VI.2. Currency Calls and Puts
VII. Digital Options
VII.1. Explanation of Digital Option Payoffs using the Google Option Example
VII.2. Valuation of Digital Options using the Google Option Example
VIII. The Digital Currency Options in this Case
VIII.1. Basic Terms of the Contracts
VIII.2. The Digital Option Payoffs
IX. The Probabilities of Profit
IX.1. How Probability of Profit is Calculated
IX.2. Calculating the Probability of Profit
IX.3. Probabilities of Profit of Individual Transactions
IX.3.a. Probabilities of Profit of Individual Transactions in this Case
IX.3.b. Comparison of the Probability of Profit of Individual Transactions in this Case to the Profits from Google and S&P 500 Option Strategies
IX.4. Probabilities of Profit of Combinations of Transactions
X. Whether the Options were in- or out-of-the-money on Selected Dates
XI. Values of the Sold Options on the Date of Contribution
XII. Estimated Profits of the Transactions
XIII. Summary of the Issues and My Opinions
XIV. References on General Options
XIV.1. Classic Articles
XIV.2. Books
XV. References on Digital Options
Technical Appendix A: The Black-Scholes-Merton Model
Technical Appendix B: Finding the Probability that an Exchange Rate will be above or below a Critical Level by a Certain Period of Time
Technical Appendix C: Estimating Volatility
Technical Appendix D: Valuation of Digital Currency Options
Supporting Appendix A: Curriculum Vita
Supporting Appendix B: Sworn Testimony in Previous Four Years
Supporting Appendix C: Documents Reviewed
Supporting Appendix D: Compensation Arrangement

**I. Expert Qualifications**

I hold the William H. Wright, Jr. Endowed Chair for Financial Services at Louisiana State University, where I have been since 2003. From 1980-2003, I was a faculty member at Virginia Tech, where I held the First Union Professorship in Financial Risk Management when I resigned. My specialization is derivatives and risk management. I am the author of three books on this subject and numerous articles and am frequently quoted in the media, including such outlets as *The Wall Street Journal*, *Bloomberg*, *Fortune*, *CNBC*, *Forbes*, *Barron's*, *The San Francisco Chronicle*, *The New York Times*, *St. Louis Post-Dispatch*, *The Montreal Gazette*, and *Institutional Investor*. I have extensive experience on a variety of consulting projects and in conducting corporate training programs. I hold a Ph.D. from Louisiana State University and am a CFA charterholder.

I have written material on digital options. See specifically pp. 499-501 of *An Introduction to Derivatives and Risk Management*, 7th edition (2007, Thomson SouthWestern) and pp. 175-178 of *Essays in Derivatives* (1998, Wiley). There is an extensive body of literature on options, much of which is highly technical. Sections III and IV, **References on General Options** and **References on Digital Options**, list the sources that I view as the most valuable contributions to the state of knowledge and also useful references for understanding the basic principles that apply in this case.

Supporting Appendices A, B, C, and D contain my C.V., previous testimony, documents reviewed, and compensation arrangement.

**II. Summary of Findings**

I have been asked to opine on the general principles of options, characteristics of currency options and digital options, and the specific issues of this case, including (1) whether the foreign exchange digital option spread strategies include a reasonable probability of profit, (2) whether the options were in- or out-of-the-money on certain dates, and (3) the amount that the assignor of the short options would pay an assignee to assume the obligation in an arms-length transaction on the date of contribution to the partnership, and (4) the actual profits from the transactions.

I found that the transactions did have a reasonable probability of profit. I drew this conclusion on the basis of a comparison of the probability of earning a profit on the

transactions in this case to the probability of earning a profit on standard option transactions that are conducted on U. S. options exchanges. For example, I estimated the probabilities of profit of a large number of options on Google and the S&P 500 and found those probabilities to be comparable if not much lower than those of the transactions in this case.

These digital option strategies involved the purchase of a call or put option with one exercise price and the sale of a call or put option with a different exercise price, with both options expiring at the same time. The purchased call has the lower exercise price and the sold call has the higher exercise price. The purchased put has the higher exercise price and the sold put has the lower exercise price. As I will explain later, there are only three outcomes, one producing a loss and two producing a profit. The loss occurs if both options expire unexercised. The second and third outcomes are both profits, one of which is quite large. I will refer to the lower of the two profits as the "low profit" and the higher of the two as the "high profit." The latter has sometimes been referred to as the "sweet spot," because it produces an extremely large profit but occurs only if the exchange rate at expiration is within a very narrow range. I calculated the probability of generating any profit, which is the probability of the low profit plus the probability of the high profit. For the latter, the probability was found to be extremely low (less than 1%). My overall probability calculations include this miniscule probability but its effect is immaterial to my conclusions regarding the probability of profitability of these transactions.

I also determined if the transactions were in- or out-of-the-money on the transaction and transfer dates. All were out-of-the-money. All of the transactions were held to expiration and all expired out-of-the-money. These terms are explained in more detail later but basically refer to whether the underlying exchange rates were above or below the levels they needed to be for the options to generate a positive value if exercised.

I was also asked to determine the values of the short option on the transfer date. This amount is what an assignor would pay an assignee to assume the obligation in an arm's-length transaction I obtained these values using the well-known Black-Scholes-Merton model for valuing currency options, adapted for the case of digital options.

## III. Basic Principles of Options

In this section I will describe what options are and how we characterize them. I will then describe the markets in which they trade.

### III.1. Characteristics and Terminology of Options

An option is a contract between two parties that provides one party the right to either buy or sell an underlying asset from another party at a fixed price either at a specific point in time or during a defined period of time.[1] An option granting the right to buy is referred to as a *call option* or simply a *call*. An option granting the right to sell is referred to as a *put option* or simply a *put*. The party that has the right to buy or sell is the *buyer* or *holder* of the option. The buyer or holder is said to be *long* the option, and is sometimes identified as *the long*. The counterparty, who grants the buyer the right to buy or sell, is referred to as the *seller* or *writer*. The seller or writer is said to be *short* the option, and is sometimes referred to as the *short*. To acquire the option, the buyer pays a sum of money called the *price* or *premium* to the seller.

Options are one type of instrument in a broader family of contracts called *derivatives*, which includes futures, forwards, and swaps. A derivative is a contract that derives its value from the value of another instrument, the underlying asset. Futures, forwards, and swaps unlike options do not provide the right to buy or sell something. They commit the parties to a buy and sell at a later date.

The underlying asset of the option can be any asset but optionable assets are most commonly stocks or an index of stocks, bonds, currencies, and commodities such as oil or gold. It has also become customary to refer to the underlying asset as simply *the underlying* in spite of the grammatical impropriety.[2]

---

[1]This definition is a conventional and widely accepted one and provides a general description of an option. There are many options that are variations of this definition, such as the digital options in this case. I will discuss these instruments in great detail, showing how they differ from conventional options. An important point to establish, however, is that digital options and indeed all instruments that deviate somewhat from this basic definition are truly and widely accepted as being options. Perhaps the most general definition of an option would simply be that it is an instrument that provides a payoff depending on whether a specifically defined event happens. Such a definition has not become commonplace, because it is so widely agreed that options can be altered in a variety of ways such that the common definition seems slightly inaccurate.

[2]It is common to use the term "asset" to describe the underlying, but some underlyings are not technically assets. For example, there are options on weather where the underlying is a meteorological measure such as rainfall or temperature. Options also exist on interest rates, which are not technically assets. In fact interest rate options are among the most widely used options.

As the definition states, an option gives the right to buy or sell something at a fixed price. This fixed price is referred to as the *exercise price*, *strike price*, *striking price*, or *strike*. Options expire on a specific date, called the *expiration* or *expiry*. As noted in the above definition, some options grant the right to buy or sell only on a specific date, which is the expiration. These options are called *European* options or *European-style* options. An option that allows the holder to buy or sell at any time prior to and including the expiration date is said to be an *American option* or an *American-style option*.[3]

When the holder of the option uses the option to buy or sell the underlying, it is said to be *exercising the option*. There are two possible forms of exercise: *physical delivery* or *cash settlement*. In physical delivery, the actual instrument is delivered from either seller to buyer or buyer to seller, depending on whether the option is a call or put. In cash settlement, neither party actually exchanges the asset. Instead the seller pays a sum of money to the buyer. The exchange of this sum of money is the economic equivalent of the actual delivery of the asset, although it avoids the direct costs of delivery. Whether a contract is physical delivery or cash settlement is a point established in the contract. In other words, the parties decide on the settlement form before the contract is written.

**III.2. Where Options Trade**

Options trade in two primary markets. One is the exchange-listed market and the other is the over-the-counter market. These markets are both quite large, but due to the nature of the transactions and the reporting requirements, it is difficult to compare them directly by size. The over-the-counter market is typically characterized by a measure called *notional principal*, which attempts to capture the amount of the underlying involved in the transaction. For example, an option to buy one million euros that are currently trading at $1.10 has a notional principal of $110 million. The actual market value of that contract is considerably less and is determined by the value of the option, a topic I will cover later.

The exchange-listed options market is usually measured by the volume of contracts traded. A standard option contract on stock covers 100 shares. Thus, daily

[3]The terminology "European" and "American" has nothing to do with where these contracts are traded.

volume might be reported as 1,500 contracts, but this figure represents 150,000 individual options (that is, options on 150,000 shares). An exchange-listed contract on the euro covers 62,500 euros. If volume is 500 contracts, this figure represents 31.25 million euros. Volume figures across contracts are simply added, so in this example of options on stock and the euro, total volume is reported as 1,500 + 500 = 2,000 even though the amounts of the underlyings are quite different. This approach is simply market custom and has to be remembered when attempting to compare the sizes of these two markets.

Over-the-counter market size data are compiled by the Bank for International Settlements (BIS) of Basel, Switzerland (www.bis.org), which conducts semi-annual surveys of global financial institutions to determine their usage of options, forwards, and swaps. These surveys are essentially voluntary, but the figures are widely accepted as reasonably accurate. As of mid-June 2006, the total worldwide notional principal of over-the-counter contracts is estimated at about 370 trillion. Of this amount, about 55 trillion represents options, of which about nine trillion are currency options.

*Futures Industry* magazine (www.futuresindustry.org) publishes data on the volume of exchange-listed contracts in each of its bi-monthly issues. The March-April issue includes the final total of the previous year. For the year 2006, total volume of exchange-listed options worldwide is about 6.6 billion, of which 240 million are currency options.

The next subsection describes the exchange-listed markets. The over-the-counter markets will be discussed in the following subsection of this report.

**III.2.a Exchange-Listed Markets**

In various financial centers around the world, there are organized options exchanges. For example, in the U. S., options traded on the following exchanges: Chicago Board Options Exchange, International Securities Exchange, New York Stock Exchange Arca, Philadelphia Stock Exchange, and Boston Options Exchange. Other large and well-known options exchanges exist in major cities outside the U. S. Exchange-listed options are standardized, which means that the terms of the contract such as the underlying, the exercise price, the expiration, and the number of units of the underlying covered in a contract are defined by the exchange and cannot generally be

altered by the parties. By standardizing the terms, the exchange creates a broad but well-defined set of options on which it will permit trading.

The exchange consists of members who trade to create markets in these options. These traders are called *dealers* or *market makers* and guarantee to trade by quoting prices at which they will either buy or sell. These traders provide liquidity, giving outside participants the assurance that the option can always be bought or sold, which leads to the fact that most options are not held to expiration. They are bought and sold, just like stocks on the stock exchange. Although there are exchange-listed European-style options, American-style options are more common in the exchange-listed market, at least in the United States.

Exchange-listed markets also serve a valuable role in managing credit risk. As described, in general, the buyer of an option pays the seller the premium and receives the right to buy or sell the underlying. Hence, the buyer assumes the risk that the seller will not fulfill its obligation upon exercise of the option. Thus, the option buyer assumes some credit risk. The option seller assumes no credit risk, because the buyer is under no obligation to do anything after having paid the premium.

To eliminate the credit risk, options exchanges use an institution called a *clearinghouse*, which guarantees to the buyer that if the seller does not perform its obligation, the clearinghouse will step in and do so. To provide this guarantee, the clearinghouse sets aside the premium paid from the buyer to the seller and requires the seller to put up additional funds or securities in a margin account. The clearinghouse system has historically performed as it should with no credit losses ever experienced by the holder of an exchange-listed option.

Exchange-listed options are heavily regulated by federal securities regulators. In the United States, this regulation is done by the Securities and Exchange Commission. The Commodity Futures Trading Commission regulates only one type of option, options where the underlying is a futures contract. In most other countries, it is common to have a single regulatory body.

**III.2.b.Over-the-Counter Markets**

The other type of options market is the *customized* or *over-the-counter*, sometimes called *OTC*, market. This market is comprised of a large number of dealer

firms that create options. These dealers are primarily large banks and some non-bank investment firms. They stand willing to create whatever options their customers, called *end users*, want. In contrast to exchange-listed options, OTC options are tailored to meet the specific needs of the dealers' customers. These instruments are usually structured to be created and held until expiration. Hence, they tend to be European-style slightly more often. It is oftentimes mistakenly thought that OTC markets are illiquid.

Suppose an end user purchased an option with the intention of holding it to expiration, but with changing circumstances, it decides that it needs to terminate the contract before expiration. In that case, the end user would usually go back to the original dealer and create a transaction that is the opposite of the original transaction. If the original transaction could be created, it is unlikely that the opposite position could not be created later. Combining these two positions offsets or terminates the overall position. The end user is not obligated to go back to the original dealer, however, and could go to a different dealer. If it creates the opposite position with a different dealer, however, the two transactions are not offsetting. They merely have opposite financial effects, so the risk from movements in the underlying is neutralized, but both transactions remain in place.

Note that terminating an option is not the same as exercising an option. Terminating an option is economically the same as selling an option that had been previously purchased or buying back an option that had been previously sold. Exercising means to actually use the option to purchase or sell the underlying asset or engage in an equivalent cash settlement.

Unlike exchange-listed options, OTC options are subject to credit risk. The buyer of an OTC option bears the risk that the seller will default. Participants in this market do, however, do an excellent job of managing the credit risk by restricting who can trade, requiring margin deposits, and settling some losses before expiration.

**III.2.c. Hedging Option Transactions**

Dealers in OTC options and most dealers in exchange-listed options profit off of their ability to buy and sell options at a spread with any risk eliminated through a hedging transaction. For example, if a company approaches a dealer and asks to purchase a call option on the Canadian dollar, the dealer will assume a short position in the option. It

would then be exposed to increases in the Canadian dollar. The dealer will use its knowledge of option valuation and risk management models and enter into an offsetting position with a different counterparty such that the dealer benefits from an increase in the Canadian dollar. This transaction could be something as simple as buying Canadian dollars or something more complex such as a swap or other currency derivative.

Dealers almost always hedge these positions. In fact, most dealers are banks and are obligated to hedge so as not to endanger their depositors' money by speculating on derivatives transactions. Even non-bank dealers almost always hedge these transactions, because it is much easier to make money by being a dealer and hedging the risk than by taking the risk that the market will move the desired direction. Also, the exposures are typically quite large and speculating would in time almost invariably lead to large losses, if not ruin. Thus, dealers typically hedge.

**III.3. Option Market Participants**

I have mentioned the role that dealers play in options markets. They provide liquidity to those wanting to buy and sell options. Dealers offer to take either side of a transaction and execute hedges to remove their risk. Now I will discuss the other market participants.

Financial markets are normally comprised of two types of participants, hedgers and speculators. Hedgers are parties who have some exposure to the underlying. For example, a farmer would have exposure to the price of his crop. A pension fund has exposure to the values of its securities. A multinational corporation is exposed to exchange rate risk on the cash flows it generates from its foreign operations and the payments it makes in foreign currencies. These participants sometimes use derivative markets to lay off these kinds of risks.

Consider Microsoft, which has operations and generates cash flows in over 70 countries. Given that Microsoft is a U. S. corporation, the cash flows it receives in euros, for example, are subject to the risk that the euro will decline in value relative to the dollar. Microsoft states in its annual report that it uses options to hedge its foreign currency exposure, which would likely mean that it either sells calls and/or buys puts on the euro. If the euro gains (loses) in value relative to the dollar, the conversion of its euro cash flows to dollars will result in an increase (a decrease) in its dollar cash inflows. If it

sells calls, an increase (a decrease) in the euro will increase (decrease) the value of the call. Because the call is an obligation, however, the value of this obligation increases (decreases), resulting in a partial offset of the gain (loss) on the conversion of its cash flows to dollars. If it buys puts, any increase (decrease) in the euro will decrease (increase) the value of the put, resulting in a partial offset of the gain (loss) on the conversion of its cash flows to dollars. These partially offsetting gains and losses on the currency and option positions are the factors that make the transaction a hedge.

Hedging is undertaken by thousands of corporations, financial institutions, institutional investors, and some governments (though not the U. S. federal government). In a few rare cases, two hedgers with opposite exposures might engage in a transaction such that each passes on its risk to the other, which results in both being hedged. But such a meeting of opposite needs is rare. More often than not, a speculator must enter the picture to take on the risk. Speculators play a valuable role in financial markets by assuming the risk that hedgers wish to eliminate. Speculators take on this risk because they believe they have a competitive advantage in the cost of trading, the ability to spot profit opportunities more rapidly than others, and in their general ability to take and manage an acceptable amount of risk. Speculators may not always be correct, of course, and will sometimes lose money, but they believe that their gains will exceed their losses by a sufficient amount to compensate for the risk they accept.

Although speculators are sometimes viewed as the vultures of the market, without them financial markets could not function. Indeed speculators are much like insurance companies, which accept premiums from customers and agree to bear some of the customer's risk.

Of course, one might wonder where the speculator comes in when a hedger engages in a transaction with a dealer for the purpose of laying off the risk. Recall that we described the dealer's role as that of an intermediary. It agrees to take the opposite side of any transaction, and it lays off its risk by hedging. Thus, the dealer is a middleman between hedger and speculator. On occasion there are several layers of middlemen. A dealer might lay off its risk to another dealer, who lays off its risk to another dealer. Eventually, however, the risk must be accepted by either a speculator or in the rare occasion by a hedger with the exact opposite needs.

Today's options markets are dominated by large institutions and the rapidly increasing number of hedge funds.[4] Many of these institutions are dealers but some do engage in proprietary (typically speculative) trading. Hedge funds are almost never dealers, but their large volume of trading does contribute to the liquidity of the market.

In summarizing, the participants in these markets trade at whatever levels of risk they are comfortable with. Those noted for taking high degrees of risk are commonly referred to as speculators. Those who reduce their risk are often called hedgers. It should be noted, however, that there is no clear dividing line between these two types of participants and distinctions are largely semantic.

## IV. How Options Work

To understand how options work, I will use a real example. Consider Google, the well-known Internet company. I have assembled some data on exchange-listed options on Google from the trading day of July 24, 2006. This day was selected only because it was the day following the day on which I began my work on this report. There is nothing unusual about these prices or this trading day. Google's stock closed that day at $390.90. The final option prices of the day are shown in Table 1. These options expire on August 18 and September 15. An exchange-listed option contract covers 100 shares, so technically a single option contract includes 100 options. These are American-style options.

**Table 1. Example of Option Prices for Google on July 24, 2006**

| | Calls | | Puts | |
|---|---|---|---|---|
| Exercise Price | August | September | August | September |
| 380 | $20.60 | $27.00 | $8.10 | $12.60 |
| 390 | $14.40 | $20.80 | $12.10 | $17.10 |
| 400 | $9.60 | $15.75 | $17.00 | $22.10 |

### IV.1. Illustration of Whether an Option is In- or Out–of-the-Money using a Google Option Example

[4]A hedge fund is a portfolio managed on behalf of a limited number of wealthy individual and/or institutional investors in which the manager has the ability to trade across a broad range of markets using a diverse set of strategies. The risk is typically high, though some funds claim to engage in low-risk strategies (hence, the name "hedge" fund). The investors' funds are usually locked up for a defined period of time, and management is typically paid a large fee and a percentage of the profits.

A call option in which the stock price exceeds the exercise price is said to be *in-the-money*. If the exercise price of a call exceeds the stock price, the call is said to be *out-of-the-money*. If the stock price equals the exercise price, the option is said to be *at-the-money*. For puts, the terminology is just the opposite. If the exercise price exceeds the stock price, the put is said to be *in-the-money*. If the stock price exceeds the exercise price, the put is said to be *out-of-the-money*. If the stock price equals the exercise price, the put is said to be *at-the-money*.

Although the Google stock price is slightly higher than 390, I will refer to the 390 options as at-the-money. The 380 calls and 400 puts are in-the-money, while the 400 calls and 380 puts are out-of-the-money.

Let us first consider the calls. For the at-the-money call, someone paid $14.40 for the right to buy Google at $390 any time until August 18 and $20.80 for the right to buy Google at $390 any time through September 15. For any exercise price, the option price is higher for the September calls than for the August calls, because the additional time gives the stock more time to get above the exercise price. Also note that the option price is lower the higher the exercise price. For call options, the exercise price is a hurdle. To justify exercise, the stock price must get above the exercise price. The higher the hurdle, the more difficult it is for a call option to be exercised.

Now look at the puts. For any of the three exercise prices, the September puts cost more than the August puts. This result is because the additional time gives the stock more opportunity to get below the exercise price.[5] Also, note that puts are worth more the higher the exercise price. For puts, the stock price must get below the exercise price for the put to be exercised. Hence, the higher the exercise price, the easier it is for the stock price to get below the exercise price.

**IV.2. How Options Perform using a Google Option Example**

Consider an investor who purchases the Google August 390 call, paying $14.40. Let us ignore the possibility of exercising the option before expiration.[6] Also, I will

---

[5]This result is true for American puts but is not necessarily true for European puts. The exception, however, occurs only for very deep in-the-money puts. None of the puts in this case became deep in-the-money, so the issue is not relevant to this case.

[6]Early exercise adds a potentially quite complex issue that is not germane to the digital option case because the options in this case were European-style so they could not be exercised early.

assume only a single option, instead of the standard 100 units or shares that comprise each contract. Thus, the result stated here is on a per unit basis.

At expiration if the stock is at $390 or below, the option expires worthless and the investor loses the entire premium of $14.40. If the stock is above $390, the investor exercises the option. Let us say that the stock is at $400 at expiration. Then the investor pays $390 and receives a stock worth $400, thereby netting a gain of $10. The overall transaction is a loss, however, because the $10 gain does not offset the $14.40 premium. The investor profits only if the stock exceeds the exercise price by at the least the premium. Thus, the breakeven is $390 + $14.40 = $404.40.

Figure 1 shows a graph of the profit compared to the price of Google stock at expiration. This pattern is known as a "hockey-stick" graph. It shows how the investor loses the entire premium for any stock price below the exercise price, loses a portion of the premium for any stock price between the exercise price and the breakeven, and makes a profit for any higher stock price. Note that there is no upper limit to the profit.

**Figure 1. Profit from the Strategy of Buying the Google August 390 Call**




To the seller of the call, the position is exactly the opposite. The buyer's gains are the seller's losses. Thus, if the buyer loses the full premium of $14.40, the seller makes the full premium of $14.40. Figure 2 shows the transaction from the point of view of the seller. Note how the unlimited gain potential of the buyer is equivalent to unlimited loss potential of the seller.

**Figure 2. Profit from the Strategy of Selling the Google August 390 Call**




This example can be used to illustrate an important principle that plays a role in this case: options have a high degree of leverage. For example, suppose the stock price at expiration just barely exceeds the breakeven of $404.40. Let us say it goes to $405. The call will be worth $15 and will generate a profit of $0.60 ($15 - $14.40) to the buyer. A profit of $0.60 on an investment of $14.40 is 4.2%, which is very large considering that the position is held only one month. If the stock goes to $406, the investor makes a profit of $1.60, which is 11.1% in one month. Yet if the stock does not get past $404.40, the investor sustains a 100% loss. To make a profit, the stock must rise to $404.40, which is an increase of about 3.5% in one month. Google is a very volatile stock and can make a move that large, but the odds are high that it will not. Thus, we see that this option has a low probability of being profitable, but if it is profitable, the rate of return is quite large.

The August 380 call costs $20.60 and its breakeven is $380 + $20.60 = $400.60. Thus, the stock has to go up only about 2.5% to be profitable. But, the rate of return if profitable is smaller. Suppose the stock goes to $401. Then the profit is $0.40 ($21 - $20.60), a return of 1.9%. The August 400 call costs $9.60 and has a much lower chance of profitability. The stock must get to $409.60, an increase of 4.8%. If the stock goes to $410, however, the profit is $0.40, a return of 4.2%.

The key point is that in-the-money options have greater chance of profit but lower leverage and generally smaller returns. Out-of-the-money options have less chance of

profit but greater leverage and generally larger returns. At-the-money options lie somewhere in between. This point is important in understanding elements of this case.

Similar conclusions apply to put options, though the direction is the opposite. Figure 3 shows the August 390 put, which has a premium of $12.10. To make a profit the stock must get below $390 by the amount of the premium. Thus, the breakeven is $377.90, a decrease of 3.3%. The put buyer does not have an unlimited gain, but the gain is limited by the fact that the stock can fall no lower than $0. Figure 4 shows the position of the writer, which is obviously the mirror image of that of the buyer.

**Figure 3. Profit from the Strategy of Buying the Google August 390 Put**




**Figure 4. Profit from the Strategy of Selling the Google August 390 Put**



The strategies shown here are the basic ones. Option traders frequently combine one option with another, with the underlying, or with risk-free bonds. When two options differing only by exercise price are combined, the transaction is called a *spread*, because making a profit is determined by whether the underlying ends up between a spread or range of prices.[7]

**V. How Option Values are Determined**

We have seen so far that call options are worth more with lower strike and longer time to expiration and put options are worth more with higher strike and (with only a minor exception that does not arise in this case) longer time to expiration. Thus, the price of the underlying, the exercise price, and the time to expiration are three factors that affect the value of an option. There are three more.

**V.1. The Effect on Option Values of Volatility, Interest Rates, and Cash Flows on the Underlying**

Probably the most important factor affecting the value of an option is the volatility of the underlying. Recall in our example of Google options that rather large stock price increases were required for the options to generate a profit. The reason for this result is the volatility of Google stock. Volatility is a major factor in an option's value. More volatile stocks will have more valuable options, because higher volatility increases the chance that an option will expire in-the-money. Of course, higher volatility also increases the chance that an option will expire out-of-the-money, but this increased chance of an undesirable outcome is mitigated by the fact that an option expiring out-of-the-money results in loss of only 100% of the premium. If the option expires deeper out-of-the-money, the loss is no worse. Thus, for both calls and puts, higher volatility makes an option more valuable.

Another factor that affects option values is the level of the risk-free interest rate.[8] The effect of the risk-free rate is fairly minor, however, and the explanation of this virtually insignificant effect is somewhat complex and unimportant to this case, so I will omit it here.

---

[7]This description is one type of spread, the one used with the digital options in this case. There are other types of spreads as well. Spreads will be covered in detail later.

[8]The *risk-free interest rate* is considered to be the lowest interest rate in the market and reflects the rate one would earn by lending money with absolute assurance that the money will be repaid.

Another factor that affects option values is payments made on the underlying. If the underlying is a stock, it might pay dividends. If a bond, it might pay interest. If a currency, it pays interest at the foreign rate. The higher these payments are, the lower the value of a call and the higher the value of a put.

### V.2 . The Black-Scholes-Merton Model

Option values are determined by an option pricing model. The most well-known is the Black-Scholes-Merton model. The model is a formula that takes these six inputs (price of the underlying, exercise price, time to expiration, volatility, risk-free rate, and payments on the underlying) and converts them into a number representing what the option is worth. Details of the Black-Scholes-Merton model are covered in Technical Appendix A that appears at the end of this report. In addition, the model produces estimates of how the option value changes with changes in the inputs. These measures are essential for dealers who need to hedge the risk as previously described.

The Black-Scholes-Merton model is not the only model for valuing options, but it is widely accepted and used by dealers. Other formulas, such as the binomial model, are more commonly used when the terms of the option add a complexity not captured by the Black-Scholes-Merton formula. These added complexities do not appear in this case.

## VI. Currency Options

Because this case deals with currency options, I will compare currency options to options on stock. Consider the options on Google. The price of Google stock is the value of a single share of the stock. In this case, an investor pays $390.90 and receives one share of Google stock. An investor could instead purchase a foreign currency. The exchange rate is the price of the foreign currency and is analogous to the price of a stock.[9] While holding the currency, the investor is assumed to receive interest at the foreign rate.[10] This interest is analogous to a dividend that might be paid on the stock.

### VI.1. Currency Quotation Methods

There is also a special relationship that exists in foreign currency markets that is important to understand. A currency can be quoted in two ways, the direct way and the

---

[9]The term "exchange rate" is oftentimes referred to as the "spot rate" or "spot exchange rate" to distinguish it from the forward rate, which is the exchange rate set on a given day for a transaction to occur at a later date.

[10]In other words, it is not typically assumed that the investor would, like a tourist, simply hold foreign currency in the form of cash.

indirect way. For example, suppose the euro is trading at $1.27. To a U. S. investor, this is the direct way of quoting the exchange rate or price of a euro. That is, a U. S. investor must give up $1.27 to acquire a euro. Alternatively, the dollar could be viewed as costing 1/$1.27 = €0.7874.[11] That is, one dollar is equivalent to 0.7874 euros. To a European, this is a natural way of quoting the exchange rate. A European would say that the exchange rate for a dollar is 0.7874 euros, because this is the price of a foreign currency (the dollar) expressed in units of his currency (the euro). It is what the European must forgo to acquire a dollar. Likewise, $1.27 is what an American must forgo to acquire a euro.

In currency markets, it is quite natural to quote currencies both ways. For example, every day *The Wall Street Journal* publishes a table showing both quotes side-by-side. In financial markets, traders must get accustomed to quoting exchange rates both ways and must know which method is being used when a quote is given. Given the predominance of the U. S. dollar as the currency of choice in international trade, most currencies are quoted in U. S. dollars. It is, however, common to quote the British pound in terms of pounds per dollar and Japanese yen in terms of yen per dollar.[12] Occasionally other currencies are quoted in this indirect manner.

These direct and indirect methods of quoting currencies are quite natural in international financial markets. They are quite unnatural in domestic markets. For example, we could say that one share of Google is worth $390.90, or we could say that one dollar is worth 1/$390.90 = 0.002558 shares of Google. Obviously the indirect method is legitimate but awkward for domestic transactions.

In this case, some currencies are quoted in terms of dollars and others in terms of the unit of currency. Thus, it is important to understand this point.

### VI.2. Currency Calls and Puts

Because currencies are so easily viewed from the opposite party's point of view, they create a slight complexity when they are used in options. For example, a call in one

[11] € is the symbol for the euro.

[12] The reason why the British pound is often quoted in pounds per dollars goes back to its dominance as the preferred currency for international trade prior to World War II. The Japanese yen is often quoted in yen per dollar because of the magnitude of the numbers. At this time, there are about 116 yen to a dollar, which is easier to quote than the inverse, 0.00862 dollars per yen.

currency can be viewed as a put in the other currency. The relationship is not straightforward, however, so I need to explain it with an example.

Consider a call option on the euro with an exercise price of $1.25. Assume that the contract covers €100,000, meaning that the holder of this option has the right to buy €100,000 at $1.25 on the expiration day. Thus, he can turn over $125,000 and receive €100,000. Now consider another investor who purchases a put option on $125,000 dollars with an exercise price of €0.80. This investor has the right to turn over $125,000 and receive $125,000 x €0.80 = €100,000. These two positions are economically equivalent.

Now let us move to the expiration day and assume that the exchange rate is $1.60, which is equivalent to €0.625. Thus, with an exercise rate of $1.25, the call expires in-the-money and, the holder of the call exercises, tendering $1.25 x 100,000 = $125,000 and receiving 100,000 euros, which are worth €100,000 x $1.60 = $160,000 for a gain of $35,000. Because €0.625 is less than €0.80, the put is also in-the-money and the holder exercises, tendering $125,000 x €0.625 = €78,625 and receiving €100,000 for a net gain of €21,875. Given the current exchange rate of $1.60, these euros are worth $35,000, the same as the payoff of the call. If the exchange rate at expiration is less than $1.25, which means more than €0.80, the call and put expire worthless.

Thus, a call on 100,000 euros with an exercise price of $1.25 is equivalent to a put on 125,000 dollars with an exercise price of €0.80. When converted to the same currency, both options produce the same outcomes. So an investor could place an order for either option, knowing the ultimate outcomes will be the same.

This point is important in this case, because even though the transactions are for U. S. investors, some of the options are quoted in dollars and some in the foreign currency. One person might view the transaction as a call and another might view it as a put. This point can be confusing but is just a minor inconvenience. What the option pays if a given condition occurs is unambiguous in this case.

**VII. Digital Options**

This case deals with digital options, so I will now discuss these instruments. First, let me note that the term *digital option* encompasses two types of options, a *cash-or-nothing* option and an *asset-or-nothing* option. Digitals more commonly refer to the

cash-or-nothing option, and it is my opinion that cash-or-nothing options are used more frequently than asset-or-nothing options.[13] Also, digitals are commonly referred to as *binary options* and sometimes *all-or-nothing options*.

**VII.1. Explanation of Digital Options Payoffs using the Google Option Example**

Let us start by examining how digitals are related to standard European options. Consider the Google August 390 call option. The option quotes discussed above are standard options. Digital options are strictly OTC instruments, so there are no prices available for trades that occurred in the past. Nonetheless, we can use these Google options to illustrate how digital options would work.

The following represents the payoffs of this option on the expiration day:

*If Google stock is above $390*:

the option holder pays $390 and receives the stock, which is worth at least $390.

*If Google stock is at or below $390*:

the option holder gets nothing.

Digital options break these payoffs into parts. The holder of an asset-or-nothing call receives the stock if the stock is above $390 but does not have to pay the exercise price. Thus, he basically receives the stock for free but only if the option expires in-the-money.[14] If the option expires out-of-the-money, the option holder gets nothing. The holder of a cash-or-nothing call receives $390 if the option expires in-the-money and nothing otherwise. Consider an investor named Ms. A, who buys an asset-or-nothing call from Mr. B and sells a cash-or-nothing call to Mr. C. If the calls expire in-the-money (stock price above $390), Mr. C exercises the cash-or-nothing call, thereby forcing Ms. A to pay $390. Ms. A exercises the asset-or-nothing call, thereby forcing Mr. B to deliver the stock to Ms. A. Thus, Ms. A pays $390 and received the stock. If the calls expire out-of-the-money (stock price less than $390), Mr. C does not exercise the cash-or-

[13]There is no data published on the use of these options. All digitals are OTC options, which are private transactions. I previously cited the BIS data on the size of the currency options market, but this information is not broken out into types of options.

[14]Do not let the notion that the option holder receives the stock for free mislead you. The option holder paid the option premium when he purchased the option. The reference to receiving the stock for free simply means that the option holder does not pay the exercise price.

nothing call, and Ms. A does not exercise the asset-or-nothing call. Thus, Ms. A neither pays nor receives anything. These results replicate those of a standard European call.

For puts, the seller of an asset-or-nothing put delivers the stock if the put expires in-the-money and does nothing if it expires out-of-the-money. The holder of a cash-or-nothing put receives the exercise price if the put expires in-the-money and nothing if the put expires out-of-the-money. Thus, a standard European put is equivalent to buying a cash-or-nothing put and selling an asset-or-nothing put.

Thus, digital options can be viewed as elements of standard options. In this sense, they are like atoms, complex but nonetheless fundamental components of ordinary options. The options in this case are cash-or-nothing options, so henceforth I will use the term "digital options" to refer strictly to cash-or-nothing options.

Recalling the Google digital call, it permits the holder to pay $390 if the stock expires with a value of more than $390. In practice, most digital options are standardized to a unit payoff of $1. Thus, one digital option pays $1 if the stock price is above the exercise price at expiration. A digital option paying $390 can be viewed as 390 digital options that each pay $1. The most important point, however, is that the payoff of a digital option, unlike that of an ordinary option, is simple. It is either zero or a fixed amount. With an ordinary option, the payoff is either zero or a variable amount.

As noted, the options from which this information was obtained are standard options. Digitals trade in the OTC markets, so there are no quoted prices.

### VII.2. Valuation of Digital Options using the Google Option Example

Valuation of digital options is relatively simple, however, and uses a variation of the Black-Scholes-Merton model. I estimate that an August 390 digital call would cost $0.5114 per $1 payoff and an August 390 digital put would cost $0.4886 per $1 payoff. I will use these prices to illustrate the strategies of buying digital options.

Figures 5 and 6 show the profits for buyers of Google digital calls and puts. The graphs for the sellers are not shown, but they would simply be the mirror image.[15]

---

[15]In Figures 5 and 6 the nearly vertical line where the stock price at expiration is near the strike price is only an approximation arising from the imprecision of spreadsheet graphics. The line should actually be perfectly vertical at the strike. The only way to make a spreadsheet graph line look perfectly graph would be to space the stock prices at virtually infinitesimal intervals. Here the spacing is 0.25.

**Figure 5. Profit from the Strategy of Buying the August 390 Digital Call**




**Figure 6. Profit from the Strategy of Buying the August 390 Digital Put**




No one knows the size of the digital options market. Although the Chicago Board of Trade began trading digital options on the federal funds rate in July 2006, the majority of digital option transactions are over-the-counter and there is no official count of OTC digital option activity. There is, however, a small body of literature on digital options, which is included in the references contained in Section XIV. The transactions in this case are digital currency options, which are discussed in two of the references (Shamah (2004) and Liu (1995)). Next I will examine the digital currency options used in these strategies.

**VIII. The Digital Currency Options in this Case**

I have been asked to opine specifically on certain digital currency option strategies undertaken by the clients. These transactions were all conducted with the New York branch of Deutsch Bank AG, a leading multinational bank headquartered in Germany.

**VIII.1. Basic Terms of the Contracts**

Each strategy consists of two option transactions, one a purchase of a digital currency option and the other a sale of another digital currency option with the two options having the same expiration but different exercise prices. As described earlier, such a strategy is called a spread, although the term "spread" can be used to describe some other types of option transactions. These strategies are specifically called "money spreads," but I will just use the term "spread." Summary information on the contracts is contained in Table 2.

**Table 2. Summary Information for the Digital Option Strategies**

**Murphy Pork Partners, LLC**

| | | | |
|---|---|---|---|
| Bank reference number | 24623 | 24625 | 24631 |
| Customer | WHM Ventures LLC | HDM LLC | WHM Ventures LLC |
| Currency pair | USD/CHF | USD/CHF | USD/EUR |
| Transaction date | 4/14/00 | 4/14/00 | 4/14/00 |
| Expiration | 6/13/00 | 6/13/00 | 6/13/00 |
| Type of option (call/put) | put | put | put |
| Strike of option purchased | CHF1.5839 | CHF1.5839 | $0.9207 |
| Initial premium | $4,000,000 | $2,000,000 | $8,000,000 |
| Payment received if option expires in-the-money | $8,000,000 | $4,000,000 | $16,000,000 |
| Strike of option sold | CHF1.5837 | CHF1.5837 | $0.9205 |
| Initial premium | $3,880,000 | $1,940,000 | $7,760,000 |
| Payment owed if option expires in-the-money | $7,730,000 | $3,865,000 | $15,460,000 |

**PSM Farms, LLC**

| | | | |
|---|---|---|---|
| Bank reference number | 24627 | 24628 | 24632 |
| Customer | MDM Ventures | SKM Ventures | HDM |
| Currency pair | USD/CHF | USD/CHF | USD/EUR |
| Transaction date | 4/14/00 | 4/14/00 | 4/14/00 |
| Expiration | 6/13/00 | 6/13/00 | 6/13/00 |
| Type of option (call/put) | put | put | put |
| Strike of option purchased | CHF1.5839 | CHF1.5839 | $0.9207 |
| Initial premium | $6,300,000 | $6,300,000 | $12,000,000 |
| Payment received if option expires in-the-money | $12,600,000 | $12,600,000 | $24,000,000 |
| Strike of option sold | CHF1.5837 | CHF1.5837 | $0.9205 |
| Initial premium | $6,111,000 | $6,111,000 | $11,640,000 |
| Payment owed if option expires in-the-money | $12,174,750 | $12,174,750 | $23,190,000 |

**MURFAM Farms, LLC**

| | | | |
|---|---|---|---|
| Bank reference number | 24622 | 24624 | 24626 |
| Customer | WHMJ Ventures | JMN Ventures | ANB |
| Currency pair | USD/CHF | USD/CHF | USD/CHF |
| Transaction date | 4/14/00 | 4/14/00 | 4/14/00 |
| Expiration | 6/13/00 | 6/13/00 | 6/13/00 |
| Type of option (call/put) | put | put | put |
| Strike of option purchased | CHF1.5839 | CHF1.5839 | CHF1.5839 |
| Initial premium | $17,300,000 | $9,700,000 | $3,000,000 |
| Payment received if option expires in-the-money | $34,600,000 | $19,400,000 | $6,000,000 |
| Strike of option sold | CHF1.5837 | CHF1.5837 | CHF1.5837 |
| Initial premium | $16,781,000 | $9,409,000 | $2,910,000 |
| Payment owed if option expires in-the-money | $33,432,250 | $18,745,250 | $5,797,500 |

**(MURFAM Farms, LLC, continued)**

| | | |
|---|---|---|
| Bank reference number | 24629 | 24630 |
| Customer | WHM Ventures | WMC |
| Currency pair | USD/EUR | USD/EUR |
| Transaction date | 4/14/00 | 4/14/00 |
| Expiration | 6/13/00 | 6/13/00 |
| Type of option (call/put) | put | put |
| Strike of option purchased | $0.9207 | $0.9207 |
| Initial premium | $26,400,000 | $5,300,000 |
| Payment received if option expires in-the-money | $52,800,000 | $10,600,000 |
| Strike of option sold | $0.9205 | $0.9205 |
| Initial premium | $25,608,000 | $5,141,000 |
| Payment owed if option expires in-the-money | $51,018,000 | $10,242,250 |

The first line in Table 2 is the bank reference number, which is simply a number used by Deutsch Bank to identify the transaction. I am using it because it facilitates keeping track of the transactions. The second line is the customer, which is the name to which Deutsch Bank addressed the confirmation. The third line is the currency pair, which indicates the two currencies involved, with the U. S. dollar always indicated first because it is the home currency of the customer.[16] The fourth line is the transaction date, and the fifth is the expiration date.

The sixth line is the type of option, call or put. As noted in Section VI, whether a currency option is a call or a put depends on one's point of view. I defined the contract as a call or a put based on the specific language in the contract that describes the payoff. If the language states that a payoff occurs if the exchange rate at expiration is "less than or equal to" the strike, I interpreted the contract as a put. If the language states that

[16]CHF = Swiss franc, EUR = euro, USD = U. S. dollar

payoff occurs if the exchange rate at expiration is "greater than or equal to" the strike, I interpreted the contract as a call. Again, it is important to note that the alternative interpretation can be made but would necessitate restating the exercise rate and contract size in the opposing currency. The interpretation deals with only the terminology and does not affect the substance of the transactions.

In the contract language the option purchased is always designated as the "first option," so I follow this pattern by putting the purchased option first. The seventh line is the strike of the purchased option. Note that in some cases the strike is in U. S. dollars; in others, it is in units of the foreign currency. This information is drawn from the contract language, so the parties made this designation. Below the strike, we see the initial premium, which is the amount paid by the customer to purchase the long option. The next line contains the payment received if this option expires in-the-money. As a digital option, this payment is the same for any value of the underlying at expiration, provided the underlying value is above the exercise price for a call or below for a put. The tenth line is the strike of the option sold, followed by the initial premium and the payoff if the option expires in-the-money. For the option sold, the initial premium is received by the customer, and the payment at expiration is made by the customer, provided of course that the option expires in-the-money.

**VIII.2.The Digital Option Payoffs**

The information in the previous tables summarizes the contracts and is sufficient to completely identify the possible payoffs of these options. I will now take the first transaction and explain.

Consider the transaction # 24623 for WHM Ventures. At the start of the transaction, the customer pays $4,000,000 to buy the first option and receives $3,880,000 to sell the second option for a net initial premium of $120,000. Both options are puts and at expiration the customer will receive $8,000,000 if the Swiss franc is at CHF1.5839 or below and will pay $7,730,000 if the Swiss franc is at $1.5837or below. These payoff combinations produce the following outcomes:

| | Value of Swiss franc at Option Expiration | | |
|---|---|---|---|
| | Below CHF1.5837 | Between and inclusive of | Above CHF1.5839 |

| | | | |
|---|---|---|---|
| | | CHF1.5837 and CHF1.5839 | |
| Customer receives on 1st option | $8,000,000 | $8,000,000 | $0 |
| Customer pays on 2nd option | $7,730,000 | $0 | $0 |
| Total | $270,000 | $8,000,000 | $0 |
| Profit after accounting for premium paid | $150,000 | $7,880,000 | -$120,000 |

The table above lays out how the two options pay off in the three possible outcomes and how these payoffs combine to produce three possible overall results. Table 3 summarizes this information for all of the transactions in this case.

**Table 3. Summary Information for Profits**

**Murphy Pork Partners**

| | | | |
|---|---|---|---|
| Bank reference number | 24623 | 24625 | 24631 |
| Initial premium paid | $120,000 | $60,000 | $240,000 |
| Underlying currency | CHF | CHF | EUR |
| Payoffs and Profits | | | |
| Exchange rate expiration is less than | CHF1.5837 | CHF1.5837 | $0.9205 |
| Profit | $150,000 | $75,000 | $300,000 |
| Exchange rate at expiration is between and inclusive of | CHF1.5837 | CHF1.5837 | $0.9205 |
| and | CHF1.5839 | CHF1.5839 | $0.9207 |
| Profit | $7,880,000 | $3,940,000 | $15,760,000 |
| Exchange rate at expiration is greater than | CHF1.5839 | CHF1.5839 | $0.9207 |
| Profit | -$120,000 | -$60,000 | -$240,000 |

**PSM Farms**

| | | | |
|---|---|---|---|
| Bank reference number | 24627 | 24628 | 24632 |
| Initial premium paid | $189,000 | -$189,000 | $360,000 |
| Underlying currency | CHF | CHF | EUR |
| Payoffs and Profits | | | |
| Exchange rate expiration is less than | CHF1.5837 | CHF1.5837 | $0.9205 |
| Profit | $236,250 | $236,250 | $450,000 |
| Exchange rate at expiration is between and inclusive of | CHF1.5837 | CHF1.5837 | $0.9205 |
| and | CHF1.5839 | CHF1.5839 | $0.9207 |
| Profit | $12,411,000 | $12,411,000 | $23,640,000 |
| Exchange rate at expiration is greater than | CHF1.5839 | CHF1.5839 | $0.9207 |
| Profit | -$189,000 | -$189,000 | -$360,000 |

**MURFAM Farms, LLC**

| | | | |
|---|---|---|---|
| Bank reference number | 24622 | 24624 | 24626 |
| Initial premium paid | $519,000 | $291,000 | $90,000 |
| Underlying currency | CHF | CHF | CHF |
| Payoffs and Profits | | | |
| Exchange rate expiration is less than | CHF1.5837 | CHF1.5837 | CHF1.5837 |

| | | | |
|---|---|---|---|
| Profit | $648,750 | $363,750 | $112,500 |
| Exchange rate at expiration is between and inclusive of | CHF1.5837 | CHF1.5837 | CHF1.5837 |
| and | CHF1.5839 | CHF1.5839 | CHF1.5839 |
| Profit | $34,081,000 | $19,109,000 | $5,910,00 |
| Exchange rate at expiration is greater than | CHF1.5839 | CHF1.5839 | CHF1.5837 |
| Profit | -$519,000 | -$291,000 | -$90,000 |

**MURFAM Farms, LLC, continued**

| | | |
|---|---|---|
| Bank reference number | 24629 | 24630 |
| Initial premium paid | $792,000 | $159,000 |
| Underlying currency | EUR | EUR |
| Payoffs and Profits | | |
| Exchange rate expiration is less than | $0.9205 | $0.9205 |
| Profit | $990,000 | $198,750 |
| Exchange rate at expiration is between and inclusive of | $0.9205 | $0.9205 |
| and | $0.9207 | $0.9207 |
| Profit | $52,008,000 | $10,441,000 |
| Exchange rate at expiration is greater than | $0.9207 | $0.9207 |
| Profit | -$792,000 | -$159,000 |

All of the transactions are characterized by only three possible profits. One of these three profits is an outcome in which both options expire out-of-the-money, and the amount lost is the net initial premium. Another possible outcome is a very large payout that occurs over a very narrow range. A third outcome is a smaller but positive payout. Figure 7 provides a general illustration of the two patterns of profits, with Panel A representing calls and Panel B representing puts. The horizontal axis is the exchange rate at expiration and the vertical axis is the profit. The diagrams are useful but represent the general pattern across these transactions and not any one transaction. Also, they are not drawn to scale. (Note: MURPHY did no call transactions, but the call graph is shown for comparison purposes.)

**Figure 7. General Profit Graphs for Digital Option**






## IX. The Probabilities of Profit

I have been asked to opine on the probabilities that these transactions would be profitable. I will do this in two parts. First, I will estimate the probability of the profitability of each individual transaction. Second, I will estimate the probability that a group of transactions is profitable.

### IX.1. How Probability of Profit is Calculated

Probability plays a critical role in determining the values of options. There is no perfect model for valuing any financial instrument, but option valuation is widely based in theory and in practice on the Black-Scholes-Merton model. This model was published in an article in the *Journal of Political Economy* in 1973 by Fischer Black and Myron Scholes and in another article later that year in the *Bell Journal of Economics and Management Science* by Robert C. Merton. In 1997 Scholes and Merton received the Nobel Prize for this contribution. Black had died in 1995 and the Prize is not given posthumously.

I have testified in several cases in which Wall Street firms used the Black-Scholes-Merton model to determine the values of options. Any option that is European-style can usually be valued reasonably well using Black-Scholes-Merton. A derivatives dealer first determines the option value using the model. It then marks up options sold and marks down options purchased, so as to build in a margin to cover costs and generate a profit. It then uses the model to tell it how to trade to hedge away the risk. If successful, as dealers usually are, they capture the difference between what they pay or receive for an option and what it costs to hedge away the risk. Technical Appendix A describes the Black-Scholes-Merton model.

The Black-Scholes-Merton model can be adapted to give us the probability that the exchange rate will be above or below a certain critical level by a certain date. Two of the terms in the formula are probabilities that exist under the assumptions of the model. To adapt the problem to the digital currency options, we first need to know what critical level the exchange rate must get above or below for the transaction to be profitable. For digital call spreads, the critical level is the lower of the two strikes. For digital put spreads the critical level is the higher of the two strikes. This point can be seen in Figure

7 above. Note for calls, Panel A, that the profit is positive beyond the low strike. For puts, Panel B, the profit is positive below the high strike.

**IX.2. Calculating the Probability of Profit**

To estimate the probability that the exchange rate will be above or below this critical level by a certain date, it is necessary to know the current exchange rate, the critical level, the amount of time, and the volatility. As described in Technical Appendix A, two other pieces of information used in currency option valuation are the risk-free rate of interest in both countries.

Option valuation theory requires that the user treat the currency as if it is expected to increase at a rate equal to the domestic interest rate minus the foreign interest rate. It is questionable, however, to make this assumption when estimating the probability that a strategy will be profitable. There is no a priori reason why the exchange rate would be expected to increase at this net rate. For options on other instruments, we would require the expected rate of return on the underlying, which is a difficult variable to estimate. When the currency is the underlying, however, even the expected rate of return is a problematic measure. In using it, one is assuming that the currency is expected to increase at this rate for domestic investors, at the expense of the currency weakening from the perspective of foreign investors. A currency cannot consistently strengthen, to the advantage of one set of investors at the expense of the other set.[17] Hence, it seems appropriate to simply assume a zero expected return for currencies. Moreover, given the very short term of these instruments, a zero expected return is in my opinion quite reasonable.

Under standard assumptions used in currency option valuation, the probability that an exchange rate will exceed a critical level over a period of time, given the volatility, can be easily estimated using a formula and statistical calculation related to the normal probability distribution. Details are provided in Technical Appendix B. As noted above, the lower exercise price for calls and the higher exercise price for puts provide the critical levels.

[17]If the underlying were a stock, the assumption of a positive expected return is not only realistic, it is mandatory. If a stock increases as stocks generally do over the long run, there is no counterparty on the other side who loses. With currencies, the counterparty is investors in the opposite country. These investors cannot be expected to consistently lose on the value of their currency.

To obtain values for the current exchange rate and volatility, I collected data on the historical behavior of the currencies involved. Daily exchange rate data for the Swiss franc and euro were obtained from the Federal Reserve's web site.[18] The spot exchange rate on the date of each transaction is easily obtained from these data bases. Volatility can be estimated from the databases as well, but it does require some explanation, which is provided in Technical Appendix C.

As described in the Appendix, I estimate the volatilities for 30, 60, and 90 day periods up through the day before the transaction. These estimates are shown in Table 4, which also shows the exchange rate on the day of the transaction and various correlations between exchange rates, which will be needed later. I am confident that these estimates are sufficiently accurate to gauge the probability of profit within a margin of error that is satisfactory for the purposes of this case.

**Table 4. The Initial Exchange Rate and Estimates of the Volatility and Correlation**

Transaction date: April 14, 2000

| Variable | EUR | CHF |
|---|---|---|
| Exchange rate | $0.9564 | CHF1.6408 |
| 30-day volatility | 7.89% | 9.40% |
| 60-day volatility | 10.58% | 11.08% |
| 90-day volatility | 10.23% | 10.58% |

| Variable | CHF & EUR |
|---|---|
| 30-day correlation | -0.9266 |
| 60-day correlation | -0.9632 |
| 90-day correlation | -0.9676 |

## IX.3. Probabilities of Profit of Individual Transactions

In this section I will first show the probabilities of profit of the transactions in this case. Then I will show the probabilities of profit for some option transactions that took place on options exchanges. These exchange-traded transactions can be used for comparison to determine if the probabilities of the digital option strategies in this case are reasonable.

[18] http://www.federalreserve.gov/releases/h10/Hist/default1999.htm and http://www.federalreserve.gov/releases/h10/Hist/default.htm

**IX.3.a. Probabilities of Profit of Individual Transactions in This Case**

The probabilities of profit are shown in Table 5. In addition, I show another measure, which is the percentage price change required to generate a profit. I calculate this measure in two forms. One is the percentage change required over the life of the option and the other is the same measure but stated on an annual basis. Annualizing this figure facilitates comparison to intuitive measures of interest rate levels, which are always stated on an annual basis. The sign of both of these measures is a reminder of the direction of the price change required to generate a profit. This measure requires no statistical assumptions, but it provides a good reality check. When the exchange rate must make a large move to be profitable, the probability of profit is likely to be low. Conversely, when the exchange rate must make a small move to be profitable, the probability of profit is likely to be high.

**Table 5. Probabilities of Profit of the Individual Digital Option Transactions**

| | Murphy Pork Partners | | | PSM Farms | | |
|---|---|---|---|---|---|---|
| Transaction | 24623 | 24625 | 24631 | 24627 | 24628 | 24632 |
| Probability of profit: Three estimates based on the three volatilities, 30, 60, and 90 days | | | | | | |
| 30-day | 18.22% | 18.22% | 12.04% | 18.22% | 18.22% | 12.04% |
| 60-day | 22.26% | 22.26% | 19.33% | 22.26% | 22.26% | 19.33% |
| 90-day | 21.14% | 21.14% | 18.50% | 21.14% | 21.14% | 18.50% |
| % change in exchange rate to profit | | | | | | |
| to expiry | -3.47% | -3.47% | -3.73% | -3.47% | -3.47% | -3.73% |
| annualized | -21.10% | -21.10% | -22.71% | -21.10% | -21.10% | -22.71% |

| | MURFAM Farms | | | | |
|---|---|---|---|---|---|
| Transaction | 24622 | 24624 | 24626 | 24629 | 24630 |
| Probability of profit: Three estimates based on the three volatilities, 30, 60, and 90 days | | | | | |
| 30-day | 18.22% | 18.22% | 18.22% | 12.04% | 12.04% |
| 60-day | 22.26% | 22.26% | 22.26% | 19.33% | 19.33% |
| 90-day | 21.14% | 21.14% | 21.14% | 18.50% | 18.50% |
| % change in exchange rate to profit | | | | | |
| to expiry | -3.47% | -3.47% | -3.47% | -3.73% | -3.73% |
| annualized | -21.10% | -21.10% | -21.10% | -22.71% | -22.71% |

The probabilities range from about 12% to about 22%. These numbers could seem small but are actually quite reasonable in comparison to typical options. This statement will be supported by an analysis of the probabilities of exchange-listed options on certain well-known underlying equities.

Recall from material included earlier in this report that options that are at- and out-of-the-money have relatively low probabilities of profit, but any such profits that do occur tend to be large. Each of these transactions would return a profit of 25% if the low profit is achieved. The high profit (or "sweet spot" profit") is related to the initial premium by a constant factor. This profit is about 66 times the premium. I estimated the probabilities of achieving this high profit. The figures slightly vary from contract to contract but are all less than 0.2%.

**IX.3.b. Comparison of the Probability of Profit of Individual Transactions in this Case to Google and S&P 500 Options**

Even though the maximum profits are unlikely to be achieved, the likelihood of any profit is not abnormally low in comparison to ordinary option transactions. As noted in Section III, I collected data for options on Google on July 24, 2006. I also collected more data on Google options on that day as well as data on options on the S&P 500 Index. As noted previously, there is no bias in selecting these particular options on this day. I simply decided on July 23 that I would collect data on July 24. Hence, I was unaware of these results before I decided to use this day. On that day, Google closed at 390.90 and the S&P 500 closed at 1260.91. I chose options with a time to expiration roughly corresponding to those of the digital options in question.

To estimate the probability that an option on a stock or index will be profitable, it is necessary to estimate the expected return on the stock or index. I estimated this figure using a method called the Capital Asset Pricing Model, which provides the expected return based on the risk-free interest rate, the expected risk premium on a broad-based portfolio of securities across the market, and the beta or covariance risk of the security or portfolio relative to the market. For the S&P 500 I also required the dividend yield, an estimate of which I obtained from the web site http://www.indexarb.com. (Google pays no dividends.) The risk-free rate was estimated from the LIBOR market, which is the rate on dollars borrowed and lent among high-quality London banks. This measure is

considered a good measure of the dollar risk-free interest rate. The beta of the S&P 500 should be close to 1.0 because it is considered a good measure of the market as a whole. The beta of Google as reported in Bloomberg varies between 0.80 and 0.88 for estimates made over one, two, and three months. Larger values (1.14 and 1.21) were obtained over six months and one year. Beta estimates are notoriously volatile and no estimate is perfect. I decided to use the estimate of 0.88 obtained over the previous 90 days, but the results are not materially different over a wide range of betas.[19] The market risk premium is estimated at 7.6%.[20]

I collected data only for options that traded at least 100 contracts that day. Because of an active market for Google and S&P 500 options, I was able to estimate volatility using the implied volatility, which was described in Technical Appendix C. These estimates along with the other information described above were then used to estimate the probability of an investor profiting with these options.

The results are shown in Table 6. Note how the probabilities of profit are inversely related to the exercise price. All probabilities are less than 50%. Note for Google that the two deepest out-of-the-money options have probabilities of less than 10%. The two deepest out-of-the-money S&P 500 options had probabilities of less than 17%.

These comparative results using the options of two widely known underlying stocks, Google and the S&P 500, show that the probabilities of the digital currency options in this case are not at all out of line with commonly traded options and what option investors expect when buying and selling options.

**Table 6. Profitability of Google and S&P 500 Options**

Note: "NSV" means that there was not sufficient volume in the option to reliably estimate the probability.

| Google two-month options | | | S&P two-month options | | |
|---|---|---|---|---|---|
| Strike | Trading Volume | Probability of Profit | Strike | Trading Volume | Probability of Profit |
| 380 | 337 | 40.56% | 1250 | 1,046 | 45.70% |

[19]For example, with a very low beta of 0.5 and a very high beta of 1.5, the probabilities vary only one or two percentage points.
[20]This figure is taken from a widely cited book and study by E. Dimson, P. R. Marsh, and M. Staunton. See *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton University Press, 2002). The results do not materially vary over a range of reasonable market risk premiums.

| | | | | | |
|---|---|---|---|---|---|
| 390 | 749 | 37.29% | 1255 | 3,170 | 44.76% |
| 400 | 752 | 33.35% | 1260 | 1,801 | 43.89% |
| 410 | 422 | 29.00% | 1265 | 6,133 | 42.54% |
| 420 | 594 | 24.49% | 1270 | 184 | 41.42% |
| 430 | 344 | 20.02% | 1275 | 3,745 | 39 83% |
| 440 | 523 | 15.95% | 1280 | 143 | 38 26% |
| 450 | 483 | 12.45% | 1285 | NSV | NSV |
| 460 | 250 | 9 53% | 1290 | 751 | 34.61% |
| 470 | 116 | 7.25% | 1295 | NSV | NSV |
| | | | 1300 | 9,760 | 30.34% |
| | | | 1305 | 808 | 28.08% |
| | | | 1310 | NSV | NSV |
| | | | 1315 | NSV | NSV |
| | | | 1320 | 604 | 20.75% |
| | | | 1325 | 4,815 | 17.91% |
| | | | 1330 | 527 | 16.07% |
| | | | 1335 | 298 | 13.49% |

**IX.4. Probabilities of Profit of Combinations of Transactions**

The calculations of probabilities of profit of individual transactions are simple calculations, requiring only the standard normal probability. Because most of these transactions were combined through their contribution to a partnership, I have been asked to find the probability of profit of the combination of transactions.

In Table 5 I presented the probabilities of profit of various single transactions, grouped by partnership. To obtain the probabilities of multiple transactions being profitable requires a higher degree of statistical analysis. The previous calculations required only computation of a normal probability, which is just the standard bell curve. If two transactions are done, we must use a probability distribution called the bivariate normal. If three are done, we require a probability distribution called the trivariate normal. The computations required grow rapidly with the addition of any transaction.

Murphy Pork Partners and PSM Farms each did three transactions, two in the Swiss franc and one in the euro. The two Swiss franc transactions differ only in size. They both start and expire on the same day and have exercise prices of CHF1.5837 and CHF1.5839. Thus, they can be combined into a single transaction. So there are

effectively only two transactions, which means we can use the simpler bivariate normal probability distribution. For the bivariate normal probability distribution, there are several algorithms published in the statistical literature. One in particular is widely used, and I had programmed it years ago into a spreadsheet so I used that procedure.

MURFAM Farms did five transactions, three in the Swiss franc and two in the euro. The Swiss franc transactions are the same as those done by Murphy Pork and PSM. The euro transactions can also be combined into a single transaction in a like manner. Thus, we can also use the bivariate normal probability distribution to estimate the probability of these transactions being profitable as a group.

To estimate the probability of a set of transactions on different underlying currencies being profitable, we require one other piece of information, the correlation between the currencies over a given time period. This information can be estimated over the same 30-, 60-, and 90-day periods as was done to estimate the volatility. The correlations were presented in Table 4 along with the volatility figures and other information.

As described, some of the transactions can be combined to greatly simplify the computations. To use the bivariate normal probability distribution, we need to determine the critical input values. For each transaction Table 7 lists the low strike, high strike, and the three outcomes. Recall that the first outcome occurs if the option expires with the exchange rate below the low strike, the third outcome occurs if the option expires with the exchange rate above the high strike, and the second outcome occurs if the option expires with the exchange rate between the two strikes. Each set of transactions has two breakpoints, represented by the two exercise prices of the options in the spread strategy.

Table 7 shows how I combined the transactions for the Murphy group. For Murphy Pork, 24623 and 24625 are combined into a single Swiss franc transaction. Thus, there are effectively two transactions, one in Swiss francs and one in euros. For PSM Farms, 24627 and 24628 can be combined into a single Swiss franc transaction, leaving two transactions, one in Swiss francs and one in euros. For MURFAM Farms, we see that 24622, 24624, and 24626 are combined into a single Swiss franc transaction and that 24629 and 24630 are combined into a single euro transaction, leaving two transactions with one in Swiss francs and one in euros. Because each outcome can occur

with either of the other two outcomes, the total number of outcomes is the number of outcomes of a single transaction raised to the power of the number of transactions. Thus, for all three groups, there are $3^2 = 9$ outcomes.

**Table 7. Combinations of Transactions for Purposes of Pooling Common Transactions**

**Murphy Pork Partners**

| Transactions | Underlying/option | Low Strike | High Strike | Outcome 1 | Outcome 2 | Outcome 3 |
|---|---|---|---|---|---|---|
| 24623 | CHF/put | 1.5837 | 1.5839 | $150,000 | $7,880,000 | -$120,000 |
| 24625 | CHF/put | 1.5837 | 1.5839 | $75,000 | $3,940,000 | -$60,000 |
| Combination of 23 & 25 | | 1.5837 | 1.5839 | $225,000 | $11,820,000 | -$180,000 |
| 24631 | EUR/put | 0.9205 | 0.9207 | $300,000 | $15,760,000 | -$240,000 |

**PSM Farms**

| Transactions | Underlying/option | Low Strike | High Strike | Outcome 1 | Outcome 2 | Outcome 3 |
|---|---|---|---|---|---|---|
| 24627 | CHF/put | 1.5837 | 1.5839 | $236,250 | $12,411,000 | -$189,000 |
| 24628 | CHF/put | 1.5837 | 1.5839 | $236,250 | $12,411,000 | -$189,000 |
| Combination of 27 & 28 | | 1.5837 | 1.5839 | $472,500 | $24,822,000 | -$378,000 |
| 24632 | EUR/put | 0.9205 | 0.9207 | $450,000 | $23,640,000 | -$360,000 |

**MURFAM Farms**

| Transactions | Underlying/option | Low Strike | High Strike | Outcome 1 | Outcome 2 | Outcome 3 |
|---|---|---|---|---|---|---|
| 24622 | CHF/put | 1.5837 | 1.5839 | $648,750 | $34,081,000 | -$519,000 |
| 24624 | CHF/put | 1.5837 | 1.5839 | $363,750 | $19,109,000 | -$291,000 |
| 24626 | CHF/put | 1.5837 | 1.5839 | $112,500 | $5,910,000 | -$90,000 |
| Combination of 22, 24, & 26 | | 1.5837 | 1.5839 | $1,125,000 | $59,100,000 | -$900,000 |
| 24629 | EUR/put | 0.9205 | 0.9207 | $990,000 | $52,008,000 | -$792,000 |
| 24630 | EUR/put | 0.9205 | 0.9207 | $198,750 | $10,441,000 | -$159,000 |
| Combination of 29 & 30 | | 0.9205 | 0.9207 | $1,188,750 | $62,449,000 | -$951,000 |

To determine the conditions under which the investments of a given partnership are collectively profitable requires further analysis. Table 8 indicates the conditions under which each partnership is profitable. It identifies each of the outcomes and the profit for each currency under each outcome. It then adds up the profits across the currencies, thereby showing the overall profit for each possible outcome. The probability of profit is then found by adding up the probabilities of each outcome that involves a loss.

**Table 8. Conditions under Which Each Partnership is Profitable**

**Murphy Pork Partners**

| CHF outcome | EUR outcome | CHF profit | EUR Profit | Total Profit |
|---|---|---|---|---|
| CHF < 1.5837 | EUR < 0.9205 | $225,000 | $300,000 | $525,000 |
| | 0.9205 ≤ EUR < 0.9207 | $225,000 | $15,760,000 | $15,985,000 |
| | EUR ≥ 0.9207 | $225,000 | -$240,000 | -$15,000 |
| 1.5837 ≤ CHF < 1.5839 | EUR < 0.9205 | $11,820,000 | $300,000 | $12,120,000 |
| | 0.9205 ≤ EUR < 0.9207 | $11,820,000 | $15,760,000 | $27,580,000 |
| | EUR ≥ 0.9207 | $11,820,000 | -$240,000 | $11,580,000 |
| CHF ≥ 1.5839 | EUR < 0.9205 | -$180,000 | $300,000 | $120,000 |
| | 0.9205 ≤ EUR < 0.9207 | -$180,000 | $15,760,000 | $15,580,000 |
| | EUR ≥ 0.9207 | -$180,000 | -$240,000 | -$420,000 |
| Probability of Profit = 1 – Prob(CHF < 1.5837 & EUR ≥ 0.9207) – Prob(CHF ≥ 1.5839 & EUR ≥ 0.9207) | | | | |

**PSM Farms**

| CHF outcome | EUR outcome | CHF profit | EUR Profit | Total Profit |
|---|---|---|---|---|
| CHF < 1.5837 | EUR < 0.9205 | $472,500 | $450,000 | $922,500 |
| | 0.9205 ≤ EUR < 0.9207 | $472,500 | $23,640,000 | $24,112,500 |
| | EUR ≥ 0.9207 | $472,500 | -$360,000 | $112,500 |
| 1.5837 ≤ CHF < 1.5839 | EUR < 0.9205 | $24,822,000 | $450,000 | $25,272,000 |
| | 0.9205 ≤ EUR < 0.9207 | $24,822,000 | $23,640,000 | $48,462,000 |
| | EUR ≥ 0.9207 | $24,822,000 | -$360,000 | $24,462,000 |
| CHF ≥ 1.5839 | EUR < 0.9205 | -$378,000 | $450,000 | $72,000 |
| | 0.9205 ≤ EUR < 0.9207 | -$378,000 | $23,640,000 | $23,262,000 |
| | EUR ≥ 0.9207 | -$378,000 | -$360,000 | -$738,000 |
| Probability of Profit = 1 – Prob(CHF ≥ 1.5839 & EUR ≥ 0.9207) | | | | |

**MURFAM Farms**

| CHF outcome | EUR outcome | CHF profit | EUR Profit | Total Profit |
|---|---|---|---|---|
| CHF < 1.5837 | EUR < 0.9205 | $1,125,000 | $1,188,750 | $2,313,750 |
| | 0.9205 ≤ EUR < 0.9207 | $1,125,000 | $62,449,000 | $63,574,000 |
| | EUR ≥ 0.9207 | $1,125,000 | -$951,000 | $174,000 |
| 1.5837 ≤ CHF < 1.5839 | EUR < 0.9205 | $59,100,000 | $1,188,750 | $60,288,750 |
| | 0.9205 ≤ EUR < 0.9207 | $59,100,000 | $62,449,000 | $121,549,000 |
| | EUR ≥ 0.9207 | $59,100,000 | -$951,000 | $58,149,000 |
| CHF ≥ 1.5839 | EUR < 0.9205 | -$900,000 | $1,188,750 | $288,750 |
| | 0.9205 ≤ EUR < 0.9207 | -$900,000 | $62,449,000 | $61,549,000 |
| | EUR ≥ 0.9207 | -$900,000 | -$951,000 | -$1,851,000 |

| |
|---|
| Probability of Profit = 1 – Prob(CHF ≥ 1.5839 & EUR ≥ 0 9207) |

I then made the appropriate calculations and the results are shown in Table 9.

**Table 9. Probabilities of Profit for Combinations of Transactions**

| | Probability of Profit given Volatility and Correlation Estimates | | |
|---|---|---|---|
| | 30-day | 60-day | 90-day |
| **Murphy Pork** | 0.1212 | 0.1942 | 0.1859 |
| **PSM** | 0.3026 | 0.4161 | 0.3965 |
| **MURFAM** | 0.3026 | 0.4161 | 0.3965 |

For Murphy Pork the probabilities range from about 12% to 19%. For PSM Farms, the probabilities ranged from about 30% to 42%. For MURFAM, the probabilities ranged from about 30% to 42%. For the individual transactions, the probabilities (as reported in Table 5) ranged from about 12% to about 22%.

Whether these numbers are higher or lower than the corresponding figures for the individual transactions depends on two factors: the correlations between the currencies and whether the transactions are calls or puts. The correlation effect is similar to what is commonly referred to as *diversification* in investment terminology. An improvement in diversification will increase the probability of profit. An investor who holds only two stocks that are highly correlated gets little benefit from diversification. Likewise, calls on two highly positively correlated currencies would have little benefit from diversification. A call and a put on two highly positively correlated currencies would provide a diversification benefit. Calls on two highly negatively correlated currencies would provide diversification, while a call and a put on two highly negatively correlated currencies would provide little benefit from diversification. Complicating these relationships further is the fact that the transactions can be set up so that one transaction is quoted in the direct manner (U. S. dollars per unit of foreign currency) and another can be set up to be quoted in the indirect manner (foreign currency per U. S. dollar). Thus, two currencies that are highly positively correlated if quoted in the same manner effectively become highly negative correlated if one is quoted in the opposite manner.

Another factor that can affect the overall probability is how the investor allocates his money among the different transactions. Two investors might each engage in identical option transactions involving two currencies. One investor might invest more money on the option on one currency than does the other. Their transactions might seem identical on the surface, but their odds of profit can differ greatly because their exposures are not the same.

While it should be somewhat easy to follow these general principles, it is not possible to say exactly why the probability is higher or lower than in the individual transactions. Only the statistical calculations can incorporate the complexities of correlation, the type of transaction, and whether the currency is quoted in the direct or indirect manner.

**X. Whether the Options were in- or out-of-the-money on Selected Dates**

I have been asked to determine if the options were in- or out-of-the-money on the (1) transaction dates, the (2) transfer dates, and (3) the termination dates if the contracts were terminated early and the expiration dates. As noted in Section III.1, whether an option is in- or out-of-the-money is simple to determine.

In-the-money calls (puts) have the exchange rate more (less) than the exercise price and out-of-the-money calls (puts) have the exchange rate less (more) than the exercise price. In a spread transaction there are two options, so whether an option is in- or out-of-the-money normally has to be defined with respect to both options. Because the exercise prices in these spreads are so close, it does not really matter which exercise price is used, but I will use the exercise price that delineates profitability. In other words, if the exchange rate is above (below) the minimum (maximum) exercise price to be profitable for a call (put), the option is considered in-the-money. Keep in mind, however, that an in-the-money option is only in-the-money at a particular instant in time. It might eventually expire out-of-the-money.

These findings are shown in Table 10. All transactions were out-of-the-money on the transaction and transfer dates. All of the Murphy transactions were held to expiration and all expired out-of-the-money.

**Table 10. Moneyness of Transactions on Selected Dates**

| | Murphy Pork Partners | PSM Farms |
|---|---|---|

| Transaction | 24623 | 24625 | 24631 | 24627 | 24628 | 24632 |
|---|---|---|---|---|---|---|
| Transaction date | Out | Out | Out | Out | Out | Out |
| Transfer date | Out | Out | Out | Out | Out | Out |
| Expiration date | Out | Out | Out | Out | Out | Out |

| | MURFAM Farms | | | | |
|---|---|---|---|---|---|
| Transaction | 24622 | 24624 | 24626 | 24629 | 24630 |
| Transaction date | Out | Out | Out | Out | Out |
| Transfer date | Out | Out | Out | Out | Out |
| Expiration date | Out | Out | Out | Out | Out |

## XI. Values of the Sold Options on the Date of Contribution

I have been asked to estimate what one would pay to assume the obligations created in these transactions. A reasonable estimate of such a figure is the value of the option transferred. In this context, the value I refer to is the *theoretical* value. The theoretical value of an option is a figure that reflects what the option is worth, based on the characteristics of the option and the level and volatility of the underlying, along with the level of interest rates in the two countries. The theoretical value is derived from a model that assumes that no investor can earn an arbitrage profit in the market. This point is explained in Technical Appendix A.

The theoretical value is a starting point for determining what one party would pay to buy the option and another would demand to sell the option. In the case of the transfer of an option that has been sold, the theoretical value would reflect a fair rate of exchange for the transferee to accept the obligation from the transferor.[21] Note that it is common in practice to use the terms "value," "theoretical value," "market value," and various related terms somewhat interchangeably. Although I will be estimating the theoretical value, I will primarily refer to it as the "value."

[21]As noted, theoretical value is a starting point for understanding what an option is worth. The models that provide the theoretical value make various assumptions about the information available to the two parties and the characteristics of financial markets. In reality, some of these assumptions are violated. Options dealers understand the limitations of theoretical value and build in a margin or append certain conditions to the contracts that protect them against violations of the assumptions that could put them at a disadvantage. The counterparty is free to accept such conditions, reject them, or proffer alternative conditions. Ultimately the transaction occurs at whatever price the two parties agree on.

The values of the digital currency options in this case can be estimated using the Black-Scholes-Merton model. Technical Appendix D describes how a digital option is valued using this model. The inputs needed are the current exchange rate, the exercise rate, the risk-free rates in the two countries, the volatility of the exchange rate, and the time to expiration of the option. I have already used all of these variables except the risk-free rates. For Murphy we need the two-month rate for USD, CHF, and EUR. All of the rates are on the web site of the British Bankers Association (www.bba.org.uk), which is the official publisher of LIBOR. These figures are rates at which London banks borrow and lend in the various currencies. The BBA posts an official LIBOR figure based on a daily sample of banks. The official BBA LIBOR figure is widely used in derivatives transactions as a benchmark.

Because three different volatility estimates, based on 30-, 60-, and 90-day historical periods, were used in the probability calculations, I will calculate three different option values based on these three volatilities. I was asked to estimate the values of the short options on the days on which those options were transferred. Each option was transferred the business day after it was purchased. I re-estimated the volatility from the position of the transfer day. These volatility estimates along with the exchange rates and interest rates as of the transfer day are provided in Table 11.

**Table 11. Inputs for Valuation of the Short Option on the Transfer Day**

Note: "NA" is a space filler meaning that this figure is not applicable to these transactions. Volatilities are estimated up through the prior day.

Transfer date: April 17, 2000

| Variable | USD | EUR | CHF |
|---|---|---|---|
| Exchange rate | NA | $0.9550 | CHF1.6440 |
| Interest rate (2-month) | 6.13% | 3.85% | 2.75833% |
| 30-day volatility | NA | 8.00% | 9.58% |
| 60-day volatility | NA | 10.62% | 11.15% |
| 90-day volatility | NA | 10.23% | 10.63% |

Table 12 contains my estimates of the values of the short options. The transactions are grouped by partnership. Each transaction is listed separately with values of the short options for the 30-, 60-, and 90-day volatility estimates.

**Table 12. Estimated Values of the Short Options on the Transfer Date**

| | Murphy Pork Partners | | | PSM Farms | | |
|---|---|---|---|---|---|---|
| Transaction | 24623 | 24625 | 24631 | 24627 | 24628 | 24632 |
| Value of short option based on the three volatility estimates | | | | | | |
| 30-day | $1,564,979 | $782,490 | $1,577,175 | $2,464,842 | $2,464,842 | $2,365,762 |
| 60-day | $1,844,306 | $922,153 | $2,643,313 | $2,904,782 | $2,904,782 | $3,964,970 |
| 90-day | $1,757,995 | $878,998 | $2,501,113 | $2,768,842 | $2,768,842 | $3,751,955 |

| | MURFAM Farms | | | | |
|---|---|---|---|---|---|
| Transaction | 24622 | 24624 | 24626 | 24629 | 24630 |
| Value of short option based on the three volatility estimates | | | | | |
| 30-day | $6,768,534 | $3,795,074 | $1,173,734 | $5,204,677 | $1,044,878 |
| 60-day | $7,976,624 | $4,472,442 | $1,383,230 | $8,722,933 | $1,751,195 |
| 90-day | $7,603,329 | $4,263,138 | $1,318,496 | $8,254,300 | $1,657,113 |

Again, I want to stress that the theoretical value of an option is a reflection of its economic worth, but when transactions are created, they often occur at this value plus or minus a premium that builds in a margin for the dealer. In attesting to these figures, I am simply stating that they represent the theoretical values of these options on the dates indicated. If the parties agree to transfer at these values, then these figures reflect reasonable values at which to conduct the transfer. But a transfer, as in any transaction, can take place at any price two parties agree on.

**XII. Estimated Profits of the Transactions**

All 11 transactions were held to expiration. I did not have access to the documents that specify the exchange rate at which the contracts were settled at expiration. Thus, it is not possible for me to determine the precise profit. It is possible, however, to make a good estimate based on the exchange rate for the expiration day as reported in the data bases previously mentioned. For each spread transaction, either (a) both options expire in-the-money, in which case the partnership receives a net payment, (b) both expire out-of-the-money, in which case there is no cash payment made by either party, or (c) the long option expires in-the-money and the short option expires out-of-the-money, in which case the partnership receives a payment.[22]

[22]The amounts of these possible payments were covered in Section VIII.2.

As noted previously, the 11 transactions consisted of a put spread on the Swiss franc with strikes of 1.5837 and 1.5839 and a put spread on the euro with strikes of 0.9205 and 0.9207. For the Swiss franc transactions, the exchange rate on the expiration day was 1.6255, so both puts expired out-of-the-money and there is no payoff at expiration. For the euro transactions, the exchange rate on the expiration day was 0.9619, so there was no payoff at expiration. Thus, all of the transactions resulted in loss of the respective premiums. This information is summarized in Table 13.

**Table 13. Profits from Each Transaction**

Murphy Pork

| Transaction | Initial Investment | Value at Expiration | Profit |
|---|---|---|---|
| 24623 | $120,000 | $0 | -$120,000 |
| 24625 | $60,000 | $0 | -$60,000 |
| 24631 | $240,000 | $0 | -$240,000 |
| Total | $420,000 | $0 | -$420,000 |

MURFAM

| Transaction | Initial Investment | Value at Expiration | Profit |
|---|---|---|---|
| 24622 | $519,000 | $0 | -$519,000 |
| 24624 | $291,000 | $0 | -$291,000 |
| 24626 | $90,000 | $0 | -$90,000 |
| 24629 | $792,000 | $0 | -$792,000 |
| 24630 | $159,000 | $0 | -$159,000 |
| Total | $1,851,000 | $0 | -$1,851,000 |

PSM

| Transaction | Initial Investment | Value at Expiration | Profit |
|---|---|---|---|
| 24627 | $189,000 | $0 | -$189,000 |
| 24628 | $189,000 | $0 | -$189,000 |
| 24632 | $360,000 | $0 | -$360,000 |
| Total | $738,000 | $0 | -$738,000 |

| | | | |
|---|---|---|---|
| Overall total | $3,009,000 | $0 | -$3,009,000 |

**XIII. Summary of the Issues and My Opinions**

The likelihood of profit of these transactions is no different from the likelihood of profit of thousands of ordinary option transactions that trade on options exchanges and in over-the-counter markets every day. The transactions in this case are all out-of-the-money option spreads, which are combinations of a long and short option in which the underlying must rise for a call or fall for a put to be profitable. Any impression that these transactions had little likelihood of profit is simply because of a misunderstanding of how options work.

As explained in my report, for out-of-the-money options in general, the further away the underlying is from the exercise price at the start of the transaction, the less likely the transaction will make a profit. This effect is balanced by the fact that out-of-the-money option transactions contain a high degree of leverage. These two effects mean that while the probabilities of profit might seem low from an intuitive standpoint, if a profit is made, the leverage effect amplifies the profit. It could not be any other way. A transaction with a high probability of profit and a strong leverage effect would be the ideal investment: one would make money often and make a lot of it. These opportunities do not exist in financial markets. If they did, no one would ever invest in stocks, bonds, or real estate or keep money in a bank.

Thus, out-of-the-money options combine leverage with relatively lower probability of profit to produce results that lead to losses more often than profits but high returns when profits are made. Investors who do not want this type of risk profile can use in-the-money options, which are profitable more often but offer less leverage. The options in this case are of the former type, out-of-the-money with high leverage.

For comparative purposes, I calculated the probabilities of profit of some options on Google and the S&P 500. These options trade on an options exchange, have similar time to expiration as the options in this case, and cover a range of moneyness from deep out-of-the-money to slightly in-the-money. I used a threshold of 100 contracts (each contract representing 100 options) of trading volume in a day. The probabilities of profit of these options spanned a very wide range, reflecting the very wide range of moneyness. These Google and S&P options, which are actively traded on U. S. options exchanges,

illustrate the principle that the probability of profit is inversely related to moneyness and that the probability of profit can be extremely low and yet garner a large amount of trading.

In addition, I calculated the probability of profit of the transactions in this case that were combined. These transactions can benefit from diversification and from the ability to execute a bullish strategy (calls) and/or a bearish strategy (puts). These probabilities do not in any way stand out as extraordinarily large or small. They simply reflect the typical behavior of options and the effects of combining some bullish and some bearish strategies across currencies that are less than perfectly correlated.

In summary, I find nothing unusual about the profit potential of these transactions. They behave exactly as one would expect of options. The probabilities of profit could seem low by standards that we usually apply to stocks and bonds, but options offer leverage not offered by straight investments in stocks and bonds.[23] Investors cannot have it both ways – high probability of profit *and* leverage. One must be sacrificed to get the other. When one understands these critical elements of option behavior, it should be clear that the probabilities line up with what investors face every day in the options markets.

Don M. Chance

Don M. Chance

5/8/07

Date

[23] It is possible to trade stocks, bonds, and currencies using leverage (borrowed money) and to obtain results similar to those of options. But the use of leverage with stocks and bonds produces results with the same characteristics as options. The probability of profit is reduced but if profit is made, leverage magnifies the return.

## XIV. References on General Options

The literature on options comprises a large body of the modern theory and practice of finance. There are hundreds of articles and books. I include here articles cited as the classic contributions to our knowledge of options and also books that consolidate the state of knowledge of options in compact and in many cases highly readable form.

### XIV.1. Classic Articles

Black, F. and M. Scholes. "The Pricing of Options and Corporate Liabilities." *Journal of Political Economy* 81 (1973), 637-659.

Cox, J., C., S. A. Ross, and M. Rubinstein. "Option Pricing: A Simplified Approach." *Journal of Financial Economics* 7 (1979), 229-263.

Geske, R. "The Valuation of Compound Options." *Journal of Financial Economics* 7 (1979), 63-81.

Margrabe, W. "The Value of an Option to Exchange One Asset for Another." *Journal of Finance* 33 (1978), 177-186.

Merton, R. C. "Theory of Rational Option Pricing." *Bell Journal of Economics and Management Science.*" 4 (1973), 141-183.

Roll, R. "An Analytic Valuation Formula for Unprotected American Call Options on Stocks with Known Dividends." *Journal of Financial Economics* 5 (1977), 251-258.

### XIV.2. Books

Boyle, P. and F. Boyle. *Derivatives: The Tools that Changed Finance*. London: Risk Books (2001).

Chance, D. M. *Analysis of Derivatives for the CFA Program*. Charlottesville, Virginia: CFA Institute (2003).

Chance, D. M. *Essays in Derivatives*. New York: Wiley (1998).

Chance, D. M. and R. Brooks. *An Introduction to Derivatives and Risk Management*, 7th ed. Mason, Ohio: Thompson South-Western (2007).

Chriss, N. A. *Black-Scholes and Beyond: Option Pricing Models*. Chicago: Irwin Professional (1997).

Cox, J. C. and M. Rubinstein. *Options Markets*. Englewood Cliffs, New Jersey: Prentice-Hall (1985).

Hull, J. C. *Options, Futures, and Other Derivatives*, 6th ed. Upper Saddle River, New Jersey (2006).

McLaughlin, R. M. *Over-the-Counter Derivative Products*. New York: McGraw-Hill (1999).

## XV. References on Digital Options


Chriss, N. and M. Ong. "Digitals Defused." *Risk* (December, 1995), 56-59.

Heron, D. "Abbey's Tessa Attracts Interest." *Risk* (April, 1997), 12.

Liu, R. Y. "The Alchemy of Asian Exotics." *Asia Risk* (November, 1995), 50-52.

Pechtl, A. "Classified Information." *Risk* (June, 1995), 59-61.

Rubinstein, M. and E. Reiner. "Unscrambling the Binary Code." *Risk* (October, 1991), 75-83.

Shamah, S. A Currency Option Primer. Hoboken, New Jersey: *Wiley* (2004).

Turnbull, S. M. "Interest Rate Digital Options and Range Notes." *Journal of Derivatives* (Fall, 1995), 92-101.

**Technical Appendix A: The Black-Scholes-Merton Model**

The Black-Scholes-Merton model makes the assumption that the underlying follows a statistical process known as a lognormal diffusion, sometimes referred to as geometric Brownian motion. This formal terminology describes a statistical process in which the underlying asset drifts upward with both a small trend overlaid by a noisy or random factor that captures the unpredictability of stock prices or exchange rates. They further assume that these fluctuations are quantified by a measure called *volatility* and that this volatility does not change over the life of the option. They assume that the underlying and the option can be purchased and sold. While the instruments in this case are customized options and do not trade on an exchange, the two parties can terminate an option position early by simply creating the opposite position.

Black, Scholes, and Merton formally show that if the underlying fluctuates in this manner, a call option and the underlying can be combined in a certain way (long underlying with a certain number of short options per unit of the underlying or long option and a certain number of units of the short underlying per option) to eliminate the risk. A transaction with no risk must earn the risk-free rate, which is a rate that exists in the market to reward investors for lending money free of default risk with a fixed return. The rates on most federal governments and high-quality corporate borrowers are good proxies for the risk-free rate. They go on to show that there is one and only one value of the option that guarantees that this transaction will earn the risk-free rate. That value is the option value as given by the Black-Scholes-Merton formula. If the option is worth any other value, traders can engage in *arbitrage* transactions, which enable them to earn more than the risk-free rate at no risk. Such an opportunity induces other traders into the market, and their combined actions cause the option price to change and converge to the Black-Scholes-Merton value. So, when options trade at the Black-Scholes-Merton value, they are trading at their theoretical values and their prices permit no one to earn arbitrage profits.

When the underlying is a currency, the model is easily applied by defining the inputs accordingly. They are as follows:

$S$ = current exchange rate

$X$ = exercise price

$r_d$ = risk-free rate in the domestic currency

$r_f$ = risk-free rate in the foreign currency

σ = (Greek "sigma") the volatility of the underlying

$T$ = the time to expiration (days to expiration divided by 365)

The formulas for the value of a call, $c$, and the value of a put, $p$, are

$$c = Se^{-r_f T} N(d_1) - Xe^{-r_d T} N(d_2)$$
$$p = Xe^{-r_d T} N(-d_2) - Se^{-r_f T} N(-d_1)$$
$$\text{where}$$
$$d_1 = \frac{\ln(Se^{-r_f T} / X) + (r_d + (\sigma^2 / 2))T}{\sigma\sqrt{T}}$$
$$d_2 = d_1 - \sigma\sqrt{T}$$

The terms $N(d_1)$, $N(d_2)$, $N(-d_1)$, and $N(-d_2)$ are probabilities in a normal distribution of observing values less or greater than the arguments, $d_1$ and $d_2$. These probabilities are easily computed from statistical tables, mathematical subroutines, or a spreadsheet function such as Excel's "=normsdist( )" function.

**Technical Appendix B: Finding the Probability that an Exchange Rate will be above or below a Critical Level by a Certain Period of Time**

Finding the probability of the exchange rate being above or below a critical level can be done by making an assumption about the probability distribution of the exchange rate and estimating the parameters that characterize this probability distribution. The standard assumption for assets such as stock prices and exchange rates is that the distribution is lognormal. This assumption is also one of the Black-Scholes model assumptions. Here I will show why the assumption is reasonable.

Suppose the current exchange rate is S. Now let the exchange rate change to $S_1$, then to $S_2$, and so on until the critical point in time, T, at which time the exchange rate is $S_T$. The following relationship is a mathematical fact:

$$\frac{S_T}{S} = \frac{S_1}{S}\frac{S_2}{S_1}\frac{S_3}{S_2}\cdots\frac{S_{T-1}}{S_{T-2}}\frac{S_T}{S_{T-1}}$$

Taking the natural log (ln) of this expression, we have

$$\ln\left(\frac{S_T}{S}\right) = \ln\left(\frac{S_1}{S}\right) + \ln\left(\frac{S_2}{S_1}\right) + \ln\left(\frac{S_3}{S_2}\right)\cdots + \ln\left(\frac{S_{T-1}}{S_{T-2}}\right) + \ln\left(\frac{S_T}{S_{T-1}}\right).$$

This expression states that the log return over the entire period is the sum of the log returns over the sub-periods. Log returns are often called continuously compounded returns because they reflect a rate of growth that compounds continuously, the fastest rate of compounding possible.

Regardless of the probability distribution of the individual sub-period returns, the Central Limit Theorem of statistics states that the probability distribution of the sum of independent and identically distributed random variables follows the normal distribution. These sub-period returns are independent if they are essentially unpredictable from one period to the next. This assumption is generally agreed upon by experts. If the sub-period returns are identically distributed, then they all adhere to the same distribution regardless of what that distribution is. This assumption should be acceptable over the short life of these options. It might not be true if these were very long-lived options, though even in that case, the model might not necessarily be a bad model.

This result, which establishes that the log return over a period of time should be normally distributed, is one of the most important principles in financial economics and

forms the basis for much of the modern theory that leads to pricing and risk management models used by Wall Street firms. As noted in Technical Appendix A, lognormality is assumed by the Black-Scholes-Merton model, which has had such a revolutionary impact on the way financial markets operate. Lognormality is widely assumed in empirical testing and in financial theoretic models used in academia. While alternative models exist, the cost of using them is typically quite high and the advantages of those models usually lie in the fact that they permit a greater number of extremely large price changes than does the normal distribution. The proper handling of these large changes is important to models that are designed to protect a firm against bankruptcy, but they have no real relevance to the options in this case.

With the lognormal assumption established, we can now proceed to show how to establish the probability of the underlying reaching a critical level over a period of time. The following variables are required:

$S$ = current exchange rate

$S^*$ = critical level

$\sigma$ = (Greek "sigma") the volatility of the underlying

$T$ = the period of time (days divided by 365)

Under lognormality, the probability that $S$ at the end of the period of time is greater than $S^*$ is

$$\Pr(S > S^*) = N(x)$$

$$where$$

$$x = \frac{\ln(S/S^*) - (\sigma^2/2)T}{\sigma\sqrt{T}}$$

The probability that $S$ is less than $S^*$ is simply $N(-x)$.

As noted in the main body of this document, I make the assumption of zero net expected return on the currency because of the very short lives of these options and because currencies cannot drift upward or downward for very long before one country's investors become disadvantaged relative to the other. This assumption is reasonable and even if it were not, the results would be only modestly affected. Some probabilities would be a little higher and some would be a little lower. The differences would not be sufficiently material to the outcome of this case to necessitate that I make the assumption

that one country's investors are willing to take losses on behalf of another country's investors.