# C.O.B.R.A.
# (Currency Options Bring Reward Alternatives)

GOVERNMENT EXHIBIT 4

GOVERNMENT EXHIBIT 329

1 of 15

# What is COBRA?

- Foreign currency derivative transaction
- 30-day investment strategy
- Utilizes options to generate a possible 31% return in 30 days with a 38% probability of success
- Participation in general partnership with other partners with similar investment interests

# Step One - Option Contracts

Each individual sells (writes) short option and receives premium, and buys long option, on foreign currency at different strike prices. Each individual invests in different type of foreign currency options (e.g., CAD, JAP, or EURO).



# Step Two - Formation

Individuals transfer foreign currency option contracts to a newly formed general partnership.

In addition, individuals contribute cash equal to 2% of the cost of the long option to the partnership.

The individuals receive a 100% general partnership interest in exchange for their contributions to the partnership.



# Step Three - Investment

After 30 days, the options will expire either in or out of the money. Partnership recognizes economic gain or loss on the spread.

If ordinary loss is desired, spot foreign currency will be purchased by the partnership. If capital loss is desired, capital assets will be purchased.



# Step Four - Transfer to S Corp

Individuals transfer 100% GP interest to a newly formed S corporation, which will cause a technical termination.



# Step Five - Distribution

Partnership liquidates and distributes its investments to S Corp.

S Corp then sells assets to an unrelated third party, generating a profit or loss for tax purposes.



# COBRA

## ⇨Executive Summary

- ◆ **Taxpayer and other non-related individual(s) sell (write) a short option position on foreign currency and receives premium**
  - Premium receipt is nontaxable event until exercise, assignment, lapse or termination of option
- ◆ **Long option position on foreign currency is purchased with short option premium +/- equity**
- ◆ **Option spread may be bullish or bearish**

# COBRA

## ⇨Executive Summary (Continued)

- **Taxpayer and other non-related individual(s) contribute options to newly formed general partnership**
- **Taxpayer and other non-related individual(s) contribute cash to general partnership**
  - Non-related individual's investment in partnership must be at least 10%
- **After 30 days, options expire either in or out of the money**
  - Partnership recognizes economic gain or loss on the spread

# COBRA

## ⇨Executive Summary (Continued)

- Transfer of 100% GP interest to S Corp causes technical termination of partnership
- In liquidation of partnership interest, S Corp receives equivalent fair value amount of foreign currency or capital assets
- Distributed assets take on taxpayer's outside basis
- S Corp sells the assets generating ordinary or capital income/loss for tax purposes

# COBRA

## ⇨ Currency Linked Digital Swap Example

- **Objective is to generate $100M loss**
- **Counterparties = Deutsche Bank and Client**
- **Trade Date = 11/2/99**
- **Maturity Date = 12/2/99**
- **Notional Amount of SWAP #1 (short option) = 187,500,000 USD**
  - ✓ **Deutsche Bank pays $95,000,000**
  - ✓ **Client pays $0**
  - ✓ **If spot Eurodollar/USD is trading at or above 1.0693 - Deutsche Bank pays $0,**
    **Client pays $187,500,000**
- **Notional Amount of SWAP #2 (long option) = 200,000,000 USD**
  - ✓ **Deutsche Bank pays USD $0**
  - ✓ **Client pays USD $100,000,000**
  - ✓ **If spot Eurodollar/USD is trading at or above 1.0691 - Deutsche Bank pays $200,000,000, Client pays $0**

# COBRA

## ⇨Currency Linked Digital Swap Example (Continued)

- If spot Eurodollar/USD trades at or below 1.0691, client loses $5,000,000
- If spot Eurodollar/USD trades at 1.0692, client receives $200,000,000
- If spot Eurodollar/USD trades at or above 1.0693, client receives $12,500,000
- 38% chance client will make $7.5 million profit on $5 million investment

# COBRA

## ⇨Economic Summary

- Fees are 4.5% of $100 million or $4.5 million
- Clients' upfront investment in option contracts is $5 million
- Clients' additional upfront investment in partnership is 2% of desired loss or $2 million cash
- Total cost including fees is $9.5 million (cash investment is at no risk and is not a cost of transaction)
- 38% probability of $12.5 million payoff
- Return is 32% if payoff occurs
- Duration of contract will be 30 days
- See Illustration of 4 different outcome scenarios on next two slides

| Amount of Ordinary Loss | $50,000,000 | | | |
|---|---|---|---|---|
| ***Economics Only:*** | Win Bet/Win Tax | Lose Bet/Win Tax | Win Bet/Lose Tax | Lose Bet/Lose Tax |
| Fees | $2,250,000 | $2,250,000 | $2,250,000 | $2,250,000 |
| Capital Invested | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| Total Capital & Fees | $4,750,000 | $4,750,000 | $4,750,000 | $4,750,000 |
| Proceeds of Currency Trades | $6,250,000 | $0 | $6,250,000 | $0 |
| Net Economic Profit/Loss | $1,500,000 | ($4,750,000) | $1,500,000 | ($4,750,000) |
| % Return After Fees | 31.58% | -100.00% | 31.58% | -100.00% |
| ***On After-Tax Basis:*** | | | | |
| Federal Income Tax Savings | $20,000,000 | $20,000,000 | $0 | $0 |
| State Income Tax Savings | $2,500,000 | $2,500,000 | $0 | $0 |
| Trading Loss Deduction | $0 | $1,125,000 | $0 | $1,125,000 |
| Deduction for Fees | $1,012,500 | $1,012,500 | $1,012,500 | $1,012,500 |
| Total Tax Savings | $23,512,500 | $24,637,500 | $1,012,500 | $2,137,500 |
| Net After-Tax Profit/Loss | $25,012,500 | $19,887,500 | $2,512,500 | ($2,512,500) |
| **Net After-Tax % Return** | 526.58% | 418.68% | 52.89% | -55.00% |
| Fed OI tax rate = 40% | | | | |
| State OI tax rate = 5% | | | | |

** Deduction for fees only available after application of 2% floor

| Amount of Capital Loss | $60,000,000 | | | |
|---|---|---|---|---|
| ***Economics Only:*** | Win Bet/Win Tax | Lose Bet/Win Tax | Win Bet/Lose Tax | Lose Bet/Lose Tax |
| Fees | $2,250,000 | $2,250,000 | $2,250,000 | $2,250,000 |
| Capital Invested | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| Total Capital & Fees | $4,750,000 | $4,750,000 | $4,750,000 | $4,750,000 |
| Proceeds of Currency Trades | $6,250,000 | $0 | $6,250,000 | $0 |
| Net Economic Profit/Loss | $1,500,000 | ($4,750,000) | $1,500,000 | ($4,750,000) |
| % Return After Fees | 31.58% | -100.00% | 31.58% | -100.00% |
| ***On After-Tax Basis:*** | | | | |
| Federal Income Tax Savings | $10,000,000 | $10,000,000 | $0 | $0 |
| State Income Tax Savings | $2,500,000 | $2,500,000 | $0 | $0 |
| Trading Loss Deduction | $0 | $1,125,000 | $0 | $1,125,000 |
| Deduction for Fees | $1,012,500 | $1,012,500 | $1,012,500 | $1,012,500 |
| Total Tax Savings | $13,512,500 | $14,637,500 | $1,012,500 | $2,137,500 |
| Net After-Tax Profit/Loss | $15,012,500 | $9,887,500 | $2,512,500 | ($2,612,500) |
| Net After-Tax % Return | 316.05% | 208.16% | 52.89% | -55.00% |
| Fed CG tax rate = 20% | | | | |
| State CG tax rate = 5% | | | | |

** Deduction for fees only available after application of 2% floor