**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' MOTION TO EXCLUDE GOVERNMENT EXPERT DAVID LARUE**

Plaintiffs MURFAM Farms, LLC, PSM Farms, LLC and Murphy Pork Partners, LLC (collectively, "Plaintiffs") respectfully request the Court to strike David W. LaRue's expert report on the grounds that: (1) LaRue's testimony is not helpful and only invades the province of the Court; (2) LaRue's opinion about whether certain items were adequately disclosed is irrelevant; (3) LaRue's opinions are not based on a reliable standard; and (4) there is an insufficient nexus between LaRue's qualifications and his opinions. LaRue's report and testimony fail to meet the threshold for admissibility of expert testimony described in Rule 702 of the Federal Rules of Evidence.

Respectfully submitted,

By: s/M. Todd Welty
M. Todd Welty
Texas State Bar No. 00788642
Joel N. Crouch
Texas State Bar No.05144220

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

Dated: March 7, 2008

**CERTIFICATE OF CONFERENCE**

On the 6th day of March, 2008, counsel for Plaintiff contacted counsel for the United States, Joseph Pitzinger, regarding the relief sought in this Motion. Counsel for the United States stated that they opposed the granting of this Motion.

s/M. Todd Welty
M. Todd Welty

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing Motion to Exclude Government Expert David LaRue was served upon counsel listed below via electronic means.

David Steiner, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
555 Fourth Street, NW
Room 7804
Washington, D.C. 20001
David.M.Steiner2@usdoj.gov

s/M. Todd Welty
M. Todd Welty

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 06-245T, 06-246T, and 06-247T
(Consolidated)

| | |
|---|---|
| MURFAM FARMS, LLC, | § |
| By and Through Wendell H. Murphy Jr., | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| PSM FARMS, LLC, | § |
| By and Through Stratton K. Murphy, | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| MURPHY PORK PARTNERS, LLC, | § |
| By and Through Wendell H. Murphy, Jr., | § |
| a Partner Other Than Tax Matters Partner, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| UNITED STATES OF AMERICA, | § |
| | § |
| Defendant. | § |

ORDER

On this the ___th day of ______________, 2008, the Court considered the Motion to Exclude Government Expert David LaRue filed on March 7, 2008. The Court finds that: (1) LaRue's testimony is not helpful and only invades the province of the Court; (2) LaRue's opinion about whether certain items were adequately disclosed is irrelevant; (3) LaRue's opinions are not based on a reliable standard; and (4) there is an insufficient nexus between LaRue's qualifications and his opinions. LaRue's report and testimony fail to meet the threshold for admissibility of expert testimony described in Rule 702 of the Federal Rules of Evidence.

Therefore, it is hereby ORDERED that the Plaintiff's Motion to Exclude Government Expert David LaRue should be GRANTED.

______________________________________