**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE GOVERNMENT EXPERT DAVID LARUE**

# TABLE OF CONTENTS

**EXHIBIT 1:** Deposition of David W. LaRue, Ph.D. (Volume I) ..... App. 1

**EXHIBIT 2:** Deposition of David W. LaRue, Ph.D. (Volume II) ..... App. 55

**EXHIBIT 3:** Expert Report of David W. LaRue, Ph.D. ..... App. 84

**EXHIBIT 4:** Deutsche Bank E-Mail ..... App. 317

**EXHIBIT 5:** 26 U.S.C.A. § 6662 ..... App. 320

**EXHIBIT 6:** FED. R. EVID. 403 ..... App. 326

**EXHIBIT 7:** FED. R. EVID. 702 ..... App. 327

**EXHIBIT 8:** FED. R. EVID. 704. ..... App. 328

**EXHIBIT 9:** 26 C.F.R. § 1.6662-4 ..... App. 329

**EXHIBIT 10:** IRM 4.31.2.2.6.1 (9-22-2006) ..... App. 338