**From:** Brubaker, R Craig
**Sent:** Monday, October 18, 1999 11:12 AM
**To:** 'cmayer@jenkens.com'; 'lryan@jenkens com'
**Subject:** FW: FW: Account question

---

Erwin/Lisa:

See communications below. Question was putting on digital swap in private individual name, ie, Monize Sounds like single member LLC would be a lot simpler. Is that an option with Ross?

Craig

*R. Craig Brubaker*
*Deutsche Banc Alex Brown*
*Private Client Services*
*214-740-7705 (voice)*
*214-740-7780 (fax)*
*200 Crescent Court, Suite 500*
*Dallas, TX 76201*

-----Original Message-----
From: alex.alexander@db.com [SMTP:alex alexander@db.com]
Sent: Monday, October 18, 1999 11:00 AM
To: r.craig.brubaker@db.com; STUART TOHILL@db.com
Subject: Re: FW: Account question

Dear Craig:

We will need to follow Stuart's instructions on private individuals.
I strongly encourage you to avoid having natural persons face the Bank as counterparties. They do present the Bank with certain due diligence issues that, say, an LLC would not

Alsop, ffor an LLC, you would not necessarily need the personal financial statements of a shareholder

Best

Alex

______________________ Reply Separator ______________________
Subject: FW: Account question
Author: R Craig Brubaker (r.craig.brubaker@db.com)
Date: 10/18/1999 11:57 AM

DB-DOJ-COBRA 00246222

EXHIBIT
tabbies
4

Alex, please see Stuart's response to my question. I would like to avoid additional layers of people's involvement if at all possible such as the private bank. Can you think of another approach that would be satisfactory to DB when done by private individual. For example, when the private individual sets up a single member LLC (as we did with QCY, LLC) we avoided personal financial statements and seemed to get approval in a matter of hours Are individuals really that much more involved, or should we use LLC's as a matter of course?

Craig

> R. Craig Brubaker
> Deutsche Banc Alex Brown
> Private Client Services
> 214-740-7765 (voice)
> 214-740-7780 (fax)
> 200 Crescent Court Suite 500
> Dallas, TX 75201
>
>
> -----Original Message-----
> From: stuart.tohill@db.com [SMTP:stuart.tohill@db.com]
> Sent: Monday, October 18, 1999 11:39 AM
> To: r.craig.brubaker@db.com
> Subject: Re: Account question
>
>
>
> Craig
>
> Regarding private individuals such as this - they go through our Private
> Banking
> area who do their own " due diligence " so to speak in regards to
> documentation
> required etc. Our contact there is Paul Booty x 53105 I understand that
> he is
> away on holiday but if you phone his number you will be able to speak to
> someone
> in his area who will help you
>
> Rgds
> Stuart
>
> P.S. I am waiting on docs to be faxed from Bob Spielman for QYC Trying to
> also
> get a definative answer from Compliance concerning exactly what
> documentation we
> do require in these cases - as soon as I get this I can let you know
>
>
>
> > (Embedded > image moved r.craig brubaker@db.com > to file: 10/10/99 14:55 > pic23716.pcx) > >
>
>
> To: Stuart Tohill/DMGOPS/DMG UK/DeuBa
> cc:
> Subject: Account question
>

DB-DOJ-COBRA 00246223

>
>
>
> Stuart:
>
> Another question for you. I have a client who plans on entering into a
> digital swap transaction He would enter into transaction in his
> individual
> name, ie, no entities involved I have a copy of the DB account opening
> agreement--institutional Alex Alexander suggested I run this by you as
> he
> was of the opinion that some type of personal financial statement would be
> required
>
> What is the required documentation or DB forms to open this transaction in
> the individual's personal account? Client is anxious to get underway
>
> Thanks.
>
> Craig
>
> > R. Craig Brubaker
> > Deutsche Banc Alex. Brown
> > Private Client Services
> > 214-740-7765 (voice)
> > 214-740-7780 (fax)
> > 200 Crescent Court, Suite 500
> > Dallas, TX 75201
> >
> >
>
> <<plc23716 pcx>>

DB-DOJ-COBRA 00246224