---

**Internal Revenue Manual**

## 4.31.2 — TEFRA Examinations / Field Office Procedures

*[Last Revised: 09-22-2006]* **Internal Revenue Manual**

## 4.31.2.1 — How to Identify a TEFRA Entity

*[Last Revised: 06-01-2004]*

(1) The following subsections explain how to identify TEFRA entities. **Internal Revenue Manual**

## 4.31.2.1.1 — Identification of TEFRA Key Case Returns

*[Last Revised: 06-01-2004]*

(1) Identification of returns as TEFRA vs. nonTEFRA is necessary in order to have a valid assessment of tax, because the TEFRA partnership rules and the deficiency procedures are mutually exclusive. If the Service applies the wrong procedures, e.g., erroneously proceeds at the partnership level rather than at the partner level, or vice versa, barred deficiencies and/or refunds can result. See IRM 4.31.2.1.7 below for an explanation of a reasonable determination of whether TEFRA or nonTEFRA procedures apply.

(2) The examiner must determine, for each taxable year, whether TEFRA procedures apply. Comments on Form 4318, Examination Workpapers, are required from the examiner as to whether the return is TEFRA or nonTEFRA, and the reasons supporting this conclusion.

(3) TEFRA procedures do not apply to S corporations for tax years beginning after December 31, 1996. **Internal Revenue Manual**

## 4.31.2.1.2 — Identification of TEFRA Partnership

*[Last Revised: 06-01-2004]*

(1) IRC 6231(a)(1) provides that TEFRA rules apply to all partnerships required to file tax returns under IRC 6031(a) whose tax years begin on or after 9-3-82, except:

a. Partnerships meeting the small partnership exception; and
b. Partnerships electing out of partnership status pursuant to IRC 761(a). (See IRM 4.31.2.2.4.)

EXHIBIT
tabbies
10

f. A similar type entity; REMICS (real estate mortgage investment conduit) and LLCs (limited liability company) are examples;
g. An LLC, which has more than one member and has not elected to be classified as a corporation under Treas. Reg. section 301.7701-3 (effective January 1, 1997);
h. a disregarded entity (See Rev. Rul. 2004-88 );
i. a nominee; or
j. other similar person through whom other persons hold an interest in the partnership.

(2) A pass-through entity:

a. May not file a tax return;
b. May not even be required to file a return (i.e., a Schedule C or F syndication or promotion reported directly on each investor's Form 1040 ); and
c. In general, has no tax liability for itself, but passes the tax consequences to its partners, shareholders, beneficiaries, or investors.

## 4.31.2.2.6.1 — LLCs that are Disregarded Entities

*[Last Revised: 09-22-2006]*

(1) An LLC that has only one member may be treated as a disregarded entity. The agent must determine whether the LLC is filing as a pass-through entity (Forms 1065, 1120-S or 1041), an individual, a C corporation, or the estate of a deceased partner. Ask the taxpayer if they filed Form 8832 , Entity Classification Election, to elect the form of entity they would file as. Research on IDRS may help determine the filing requirements of the LLC.

(2) If a disregarded entity erroneously files a partnership return, the LLC will be considered a partnership for purposes of applying the small partnership exception. For example, if the one member of the LLC is another pass-through entity, such as an 1120S, the partnership will be covered by the TEFRA procedures. One of the issues raised as part of the examination will be whether or not the LLC may file a partnership return.

(3) If a disregarded entity is an investor in a partnership, the examiner should make sure the Schedule K-1 has the proper EIN of the entity listed on the form. It is not unusual for the TIN of the owner to be listed on the Schedule K-1. If this is the case, the EIN of the disregarded entity must be secured for proper linkage. If this information is not provided, the campus may contact the examiner and request that the correct EIN be secured.

(4) If a key case partnership, that has not filed a Form 1065, is 100% owned by single member disregarded entity LLCs that are ultimately owned entirely by one taxpayer, then the key case partnership entity is itself a disregarded entity and not subject to TEFRA procedures. This is only true where the key case partnership return has not filed, and no Forms 8832, Entity Classification Election, were filed by the key case or any of the underlying single member disregarded entity LLCs.

## 4.31.2.2.6.2 — Entities Acting as Agents for Investors

*[Last Revised: 06-01-2004]*

(1) Examiners may encounter situations where an entity such as a corporation is acting as an agent for investors. The agent-investor arrangement may be identified as a result of the examination of the agent-promoter or the examination of the investor. In either instance, the