**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

**ORDER**

On this the ___th day of ______________, 2008, the Court considered the Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 filed on March 7, 2008. It is hereby ORDERED that the Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 should be GRANTED.

______________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS