**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**APPENDIX A TO MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE VALIDITY OF TREASURY REGULATION § 1.752-6**

| Exhibit | Description | Pages |
|---|---|---|
| A.1. | Certified Delaware Filings for Murfam Farms, LLC | 1-2 |
| A.2. | Limited Liability Company Agreement of Murfam Farms, LLC | 3-9 |
| A.3. | Certified Delaware Filings for PSM Farms, LLC | 10-11 |
| A.4. | Limited Liability Company Agreement of PSM Farms, LLC | 12-18 |
| A.5. | Certified Delaware Filings for Murphy Pork Partners, LLC | 19-20 |
| A.6. | Limited Liability Company Agreement for Murphy Pork Partners, LLC | 21-27 |
| A.7. | Certified Delaware Filings for WHM Ventures, LLC | 28-29 |
| A.8. | Certified Delaware Filings for WHMJ, LLC | 30-31 |
| A.9. | Certified Delaware Filings for WMC, LLC | 32-34 |
| A.10. | Certified Delaware Filings for HDM, LLC | 35-36 |
| A.11. | Certified Delaware Filings for MDM Ventures, LLC | 37-38 |
| A.12. | Certified Delaware Filings for SKM Ventures, LLC | 39-40 |
| A.13. | Certified Delaware Filings for JMN Ventures, LLC | 41-42 |
| A.14. | Certified Delaware Filings for ANB, LLC | 43-44 |
| A.15. | Digital Option Agreement for WHM Ventures, LLC | 45-47 |
| A.16. | Digital Option Agreement for WHM Ventures, LLC | 48-50 |

| Exhibit | Description | Pages |
|---|---|---|
| A.17. | Digital Option Agreement for WHMJ Ventures, LLC | 51-53 |
| A.18. | Digital Option Agreement for WHMJ Ventures, LLC | 54-56 |
| A.19. | Digital Option Agreement for WMC, LLC | 57-59 |
| A.20. | Digital Option Agreement for JMN Ventures, LLC | 60-62 |
| A.21. | Digital Option Agreement for ANB, LLC | 63-65 |
| A.22. | Digital Option Agreement for HDM, LLC | 66-68 |
| A.23. | Digital Option Agreement for HDM, LLC | 69-71 |
| A.24. | Digital Option Agreement for MDM Ventures, LLC | 72-74 |
| A.25. | Digital Option Agreement for SKM Ventures, LLC | 75-77 |
| A.26. | Assignment Agreement for WHM Ventures, LLC | 78-79 |
| A.27. | Assignment Agreement for WHM Ventrues, LLC | 80-81 |
| A.28. | Assignment Agreement for WHMJ, LLC | 82-83 |
| A.29. | Assignment Agreement for WHMJ, LLC | 84-85 |
| A.30. | Assignment Agreement for WMC, LLC | 86-88 |
| A.31. | Assignment Agreement for JMN Ventures, LLC | 89-90 |
| A.32. | Assignment Agreement for ANB, LLC | 91-93 |
| A.33. | Assignment Agreement for HDM, LLC | 94-96 |
| A.34. | Assignment Agreement for HDM, LLC | 97-99 |
| A.35. | Assignment Agreement for MDM Ventures, LLC | 100-102 |
| A.36. | Assignment Agreement for SKM Ventures, LLC | 103-104 |
| A.37. | IRS FPAA to Murfam Farms, LLC | 105-115 |
| A.38. | IRS FPAA to PSM Farms, LLC | 116-130 |
| A.39. | IRS FPAA to Murphy Pork Partners, LLC | 131-142 |