**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**APPENDIX B TO MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE VALIDITY OF TREASURY REGULATION § 1.752-6**

| Exhibit | Description | Pages |
|---|---|---|
| B.1. | Preamble to Temp. Reg. § 1.752-6T, 68 Fed. Reg. 37414, 37415 (June 24, 2003) | 1–4 |
| B.2. | Notice of Proposed Rulemaking, Assumption of Partner Liabilities, 68 Fed. Reg. 37434 (June 24, 2003) | 5–24 |
| B.3. | IRS Notice 2000-44, 2000-2 C.B. 255 (August 14, 2000) | 25–27 |
| B.4. | Treas. Reg. § 1.752-6 | 28 |
| B.5. | Treas. Reg. § 1.752-7 | 29–48 |
| B.6. | Treas. Reg. § 1.358-7 | 49–50 |
| B.7. | Community Renewal Tax Relief Act of 2000, Pub. L. 106-554, § 309(a) | 51 |
| B.8. | Administrative Procedure Act, 5 U.S.C. § 553 (1966) | 52 |
| B.9. | 5 U.S.C. § 706(2)(D) | 53 |
| B.10. | I.R.C. § 704 | 54–56 |
| B.11. | I.R.C. § 752 | 57 |
| B.12. | I.R.C. § 351 | 58–61 |
| B.13. | I.R.C. § 354 | 62–63 |

| Exhibit | Description | Pages |
|---|---|---|
| B.14. | I.R.C. § 355 | 64–74 |
| B.15. | I.R.C. § 356 | 75–77 |
| B.16. | I.R.C. § 357 | 78–80 |
| B.17. | I.R.C. § 358 | 81–83 |
| B.18. | I.R.C. § 361 | 84–85 |
| B.19. | I.R.C. § 7805 | 86–87 |
| B.20. | Treasury Decision 9207, I.R.C. § 752 (May 24, 2005) | 88–132 |
| B.21. | H.R. Comm. Rep. ¶ 78,051.003, Relief from Retroactive Application of Treasury Department Regulations (Taxpayer Bill of Rights 2, Pub. L. No. 104-168, July 30, 1996) | 133 |
| B.22. | H.R. 2488, 106th Cong. § 1512 (1999) | 134 |
| B.23. | S. 1792, 106th Cong. § 213 (1999) | 135 |
| B.24. | S. 2354, 106th Cong. § 1 (2000) | 136–137 |
| B.25. | H.R. 5542, 106th Cong. § 709 (2000) | 138–139 |
| B.26. | Chief Counsel Notice 2003-020 | 140–147 |