EXHIBIT
tabbies
B.21.

**Committee Reports**

# COMREP ¶ 78,051.003 Relief from retroactive application of Treasury Department regulations. (Taxpayer Bill of Rights 2, , PL 104-168, 7/30/96)

*House Explanation*

******

**Reasons for Change.**

The Committee believes that it is generally inappropriate for Treasury to issue retroactive regulations.

**Explanation of Provision.**

The bill provides that temporary and proposed regulations must have an effective date no earlier than the date of publication in the Federal Register or the date on which any notice substantially describing the expected contents of such regulation is issued to the public. Any regulations filed or issued within 18 months of the enactment of the statutory provision to which the regulation relates may be issued with retroactive effect. This general prohibition on retroactive regulations may be superseded by a legislative grant authorizing the Treasury to prescribe the effective date with respect to a statutory provision. The Treasury may issue retroactive temporary or proposed regulations to prevent abuse. The Treasury also may issue retroactive temporary, proposed, or final regulations to correct a procedural defect in the issuance of a regulation. Treasury may provide that taxpayers may elect to apply a temporary or proposed regulation retroactively from the date of publication of the regulation. Final regulations may take effect from the date of publication of the temporary or proposed regulation to which they relate. The provision does not apply to any regulation relating to internal Treasury Department policies, practices, or procedures. Present law with respect to rulings is unchanged.

**Effective Date.**

The provision applies with respect to regulations that relate to statutory provisions enacted on or after the date of enactment.

END OF DOCUMENT -

© 2008 Thomson/RIA. All rights reserved.