# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "MURPHY PORK PARTNERS, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FOURTH DAY OF APRIL, A.D. 2000, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "MURPHY PORK PARTNERS, LLC".

EXHIBIT A.5.
APP. A
Page 19

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

3206639 8100H

071040397

AUTHENTICATION: 6018551

DATE: 09-21-07

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 04/04/2000
001172050 - 3206639

# CERTIFICATE OF FORMATION

# OF

# MURPHY PORK PARTNERS, LLC

This Certificate of Formation of Murphy Pork Partners, LLC (the "Company"), dated as of this 4th day of April, 2000, is being duly executed and is being filed by the undersigned, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. § 18-101, et seq.).

FIRST. The name of the limited liability company formed hereby is Murphy Pork Partners, LLC.

SECOND. The address of the registered office of the Company in the State of Delaware is c/o Corporation Service Company, 1013 Centre Road, Wilmington, New Castle County, Delaware 19805-1297.

THIRD. The name and address of the registered agent for service of process on the Company in the State of Delaware is Corporation Service Company, 1013 Centre Road, Wilmington, New Castle County, Delaware 19805-1297.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

[signature]
Ira Akselrad, Authorized Person