# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "WMC, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE THIRD DAY OF AUGUST, A.D. 2006, AT 6:40 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "WMC, LLC".

EXHIBIT A.9.
APP. A
Page 32

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

4200319 8100H

071040350

AUTHENTICATION: 6018533

DATE: 09-21-07

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:57 PM 08/03/2006*
*FILED 06:40 PM 08/03/2006*
*SRV 060731588 - 4200319 FILE*

**CERTIFICATE OF FORMATION**

**OF**

**WMC, LLC**

**(a Delaware limited liability company)**

The undersigned authorized person adopts this Certificate of Formation and hereby forms a limited liability company under the Delaware Limited Liability Company Act.

**FIRST:** Name. The name of the limited liability company is "WMC, LLC" (the "Company").

**SECOND:** Duration. The Company shall have perpetual existence.

**THIRD:** Authorized Person. The name and address of the Authorized Person of the Company are Eric S. Wechselblatt, Esq., c/o Holland & Knight LLP, 1600 Tysons Boulevard, Suite 700, McLean, Virginia 22102.

**FOURTH:** Initial Registered Office. The Company's initial registered office in the State of Delaware is to be located at Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle 19801.

**FIFTH:** Initial Registered Agent. The name of the Company's initial registered agent at the address listed above is The Corporation Trust Company.

**SIXTH:** Liability. Except as otherwise provided by the Delaware Limited Liability Company Act, the debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and the member(s) of the Company shall not be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a member.

*(Signature on following page)*

IN WITNESS WHEREOF, the undersigned, being the individual forming the Company, has executed, signed and acknowledged this Certificate of Formation this 3rd day of August 2006.

Eric S. Wechselblatt, Authorized Person

#3913301_v1