ASSIGNMENT AGREEMENT

THIS AGREEMENT is made the 17 day of April, 2000 by and among HDM, LLC whose office is c/o Murphy Family Farms, 4134 U.S. Highway #117, Rose Hill, North Carolina 28458 (the "Original Party"), (2) DEUTSCHE BANK AG acting through its Chicago Branch with an office at 222 West Adams Street, Suite 1900, Chicago, Illinois 60606 (the "Counterparty"), and (3) Murphy Pork Partners, LLC whose office is c/o Murphy Family Farms, 4134 U.S. Highway #117, Rose Hill, North Carolina 28458 (the "New Party").

RECITALS

The Counterparty and the Original Party entered into certain transactions the brief details of which are set out in the Schedule to this Agreement (the "Original Transactions") pursuant to which these parties assumed the rights and contractual obligations set out therein.

It is the desire of the Original Party to transfer and assign to the New Party the financial position of the Original Party and that the New Party shall assume the rights and contractual obligations equivalent to those of the Original Party under the Original Transactions (such resulting transactions shall be the "New Transactions").

The New Party desires to accept such transfer and assignment and to assume the rights and contractual obligations equivalent to those of the Original Party under the Original Transactions.

The Counterparty agrees to such assignment.

IN CONSIDERATION OF THE COVENANTS, ASSUMPTIONS AND ACKNOWLEDGMENTS RECORDED HEREIN THE PARTIES HEREBY AGREE THAT:

1. Effective on and from April 17, 2000 (the "Effective Date"):

1.1. The Original Party hereby assigns, transfers and conveys to the New Party the financial positions described as the Original Transactions set out in the Schedule to this Agreement.

1.2. The New Party undertakes to the Counterparty to perform the contractual obligations and be bound by the terms of the New Transactions in favor of the Counterparty in every way as if the New Party were and had been a party to the Original Transactions as the Original Party on identical terms to the terms of the Original Transactions.

1.3. As of the Effective Date, the Counterparty undertakes to the New Party to perform the contractual obligations and be bound by the terms of the New Transactions in favor of the New Party in every way as if the New Party were and had been a party to the Original Transactions as the Original Party on identical terms to the terms of the Original

Transactions.

2. Each party will bear its own costs and expenses (including without limitation, all legal costs and expenses) incurred by it in connection with the negotiation, preparation and execution of this Agreement.

3. This Agreement may be executed in counterparts, each of which will be deemed an original.

4. This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS WHEREOF the parties hereto have caused this Agreement to be duly executed the day and year first written.

SIGNED for and on behalf of
HDM, LLC

Harry D. Murphy, Member

SIGNED for and on behalf of
DEUTSCHE BANK AG acting
through its Chicago Branch

SIGNED for and on behalf of
Murphy Pork Partners, LLC

Harry D. Murphy, Member