# In the United States Court of Federal Claims

No. 06-245 T

(Filed: March 20, 2008)

****************************************
**MURFAM FARMS, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On March 17, 2008 the parties attempted to file a document titled Joint Motion to Extend Response Motion Deadlines until April 21, 2008. What the parties actually filed were two identical copies of their proposed Order, but no motion. On March 20, 2008, counsel for Plaintiff called chambers to confirm that the parties' joint motion seeks to extend the deadline for response briefs in regard to the motions filed on March 7, 2008, for the same reasons as set forth in a substantially similar motion filed in *JZ Buckingham Investments LLC v. United States*, No. 05-231T. In *JZ Buckingham*, the parties stated that an extension of time is necessary due to the high number of pending motions, yet requested that all response briefs be due on the same day for administrative efficiency.

The Court hereby ORDERS that the deadlines for these motions be extended as follows:

- Plaintiff's Response to Defendant's Motion to Exclude the Expert Report and Opinions of Stuart A. Smith (Docket Entry #42) shall be due on or before April 21, 2008.

- Plaintiff's Response to Defendant's Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance (Docket Entry #43) shall be due on or before April 21, 2008.

- Plaintiff's Response to Defendant's Motion to Exclude the Expert Testimony of Melvin F. Jager (Docket Entry #45) shall be due on or before April 28, 2008.

- Defendant's Response to Plaintiff's Motion to Exclude Government Expert David Larue

(Docket Entry #46) shall be due on or before April 21, 2008.

- Defendant's Response to Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 (Docket Entry #47) shall be due on or before April 28, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge