# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
v. §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

**PLAINTIFF'S RESPONSE TO GOVERNMENT'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER**

| Exhibit | Expert Report | Page No. |
|---|---|---|
| A | A. Lawrence Kolbe | PL.MJ.APP00001 |
| B | David F. DeRosea, Ph.D. | PL.MJ.APP00103 |
| C | David DeRosa, Ph.D. | PL.MJ.APP00248 |