# Expert Report of David F. DeRosa, Ph.D.

May 31, 2007

## *Murphy et al v. UNITED STATES*

Table of Contents

I. INTRODUCTION AND SUMMARY

*I.A. Qualifications* . . . . . . . . . . . . . . . . . . . . 3

*I.B. Purpose of Report* . . . . . . . . . . . . . . . . . . 6

*I.C. Disclosure Compliance* . . . . . . . . . . . . . . . 11

*I.D. Summary of Conclusions* . . . . . . . . . . . . . . 13

II. THE FOREIGN EXCHANGE MARKET

*II.A. Overview of the Foreign Exchange Market* . . . . . 14

*II.B. Market Conventions* . . . . . . . . . . . . . . . . 16

*II.C. Spot Transactions* . . . . . . . . . . . . . . . . . 18

*II.D. Forward Transactions* . . . . . . . . . . . . . . . 19

EXHIBIT B

*II.E. Options on Foreign Exchange* . . . . . . . . . . . . 22

*II.F. Digital Options* . . . . . . . . . . . . . . . . . . 25

III. OPINIONS AND BACKGROUND FOR OPINIONS

*III.A. The Offsetting Options Reflected Irregular Pricing.* . . . . . . . . . . . . . . . . . . . . . . . 28

*III.B. The Offsetting Options Held Long By Each Participant, Or Partnership, Would Never Be Exercised Without The Offsetting Options Held Short By The Participants Or The Partnerships also being exercised.* . . . . . . . . 48

*III.C. An Objective Analysis Of The Transactions Reveals That The Offsetting Options Did Not Provide The Participants, Or The Partnerships, With A Reasonable Possibility Of Achieving A Non-Tax Profit.* . . . . . . . . . . . . . . . . . . . . . 58

*III.D. Each Offsetting Option The Participants Purchased, Sold, Or Contributed To The Partnerships Represented A Component Element Of A Single Transaction Structure.* . . . . . . . . . . . . . . 68

*III.E. An Analysis of the Hedging Transactions Done By DEUTSCHE BANK Supports My Single Transaction Opinion.* . . . . . . . . . . . . . . . . . . . . . . . 90

*III.F. The Participants Had No Non-Tax Business Purpose In Contributing Their Offsetting Options To The Partnerships, And Therefore The Partnerships Had No Non-Tax Business Purpose* . . . . . . . . . 102

IV. CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . 106

V. APPENDICIES . . . . . . . . . . . . . . . . . . . . . . . . 109

# I. INTRODUCTION AND SUMMARY

## *I.A. Qualifications*

I have had extensive experience with the international capital markets over the past thirty years and with managing and evaluating hedge funds over the past twelve years. I was a derivatives portfolio manager at Alliance Capital Management, a currency trader at Swiss Bank Corporation, and a hedge fund trader at Quadrangle Investments LLC. I am currently on the board of directors of five hedge funds, Rubicon Fund Management, BlueCrest Capital International, The Children's Investment Fund, GSA Capital International, and Preston Capital Management. The combined capital of these funds is approximately $25 billion.

I am the president and owner of DeRosa Research and Trading, Inc. DeRosa Research and Trading, Inc. is a member of the National Futures Association. I am an adjunct professor of finance at the Yale School of Management and Fellow of the International Center for Finance, where I have taught courses in international finance, derivatives,

and emerging markets financial policy since 1996. I am also an adjunct associate professor of industrial engineering and operations research at Columbia University where I teach a course in foreign exchange and related derivative instruments.

I received my Ph.D in finance and economics from the Graduate School of Business of the University of Chicago and my A.B. in economics from the College of the University of Chicago. In addition to Yale and Columbia, I have served on the faculties of the Graduate School of Business of the University of Chicago, the University of Southern California, and Loyola University of Chicago.

I am the author of three books on foreign exchange derivatives: Options on Foreign Exchange, 2nd ed. John Wiley & Sons, 2000 (Japanese Language Edition, Toyo Keizai, Tokyo); Currency Derivatives, John Wiley & Sons, 1998; and Managing Foreign Exchange Risk, Revised Edition, Irwin / McGraw-Hill, 1996 (Japanese Language Edition, Yuuhikaku, Tokyo). I am also the author of In Defense of Free Capital Markets: The Case Against a New International Financial Architecture, Bloomberg Press, January, 2001.

My full *curriculum vitae* is attached hereto as Appendix I. In my CV I have included my publications for the last 10 years as well as a list of trials, depositions and hearings where I have testified in the last 4 years.

### *I.B. Purpose of Report*

I have been asked by the counsel for the Department of Justice to analyze certain transactions undertaken by members of the Murphy family through eight LLC's: WHMJ, LLC; JMN Ventures, LLC; HDM, LLC; ANB, LLC; MDM Ventures, LLC; SKM Ventures, LLC; and WMC, LLC (collectively referred to herein as the "Participants").

On April 14, 2000 each Participant entered into a number of offsetting digital currency options pairs with DEUTSCHE BANK as the counterparty (collectively referred to herein as the "Murphy transactions"). HDM, LLC; WHM Ventures, LLC; and WMC, LLC engaged in offsetting options on the euro against the U.S. dollar ("EUR/USD"). WHMJ, LLC; JMN Ventures, LLC; HDM, LLC; AND, LLC; MDM Ventures, LLC; and SKM Ventures, LLC engaged in offsetting options on the U.S. dollar against the Swiss franc ("USD/CHF"). The offsetting option trades were each comprised of two components: a long digital currency option and a short digital currency option, which were purchased and sold simultaneously. The strike price on each short option component was 2 pips removed from the strike for its corresponding long option

component.[1] The expiration date for all of the component options was June 13, 2000 (60 days after the trade date). On April 17-18, 2000 the Participants contributed their offsetting options to three entities: MURFAM Farms, LLC; Murphy Pork Partners, LLC; and PSM Farms, LLC (the "Partnerships").

The option positions were closed out in the Partnerships, and the proceeds were then transferred to three S-Corps: MURFAM Farms, Inc.; Murphy Pork Inc.; and PSM Inc. (the "S-Corps"). Table 1 lists the transactions and the entities:

| CCY Pair | Long Premium | | Participant | Partnership | S-Corp |
|---|---|---|---|---|---|
| USD/CHF | $17,300,000 | Wendell H. Murphy, Jr. | WHMJ, LLC | MURFAM Farms. LLC | MURFAM Inc. |
| USD/CHF | $4,000,000 | Wendell H. Murphy, Jr. | WHMJ, LLC | Murphy Pork Partners, LLC | Murphy Pork Inc. |
| USD/CHF | $9,700,000 | Joyce Murphy Norman | JMN Ventures, LLC | MURFAM Farms, LLC | MURFAM Inc. |
| USD/CHF | $2,000,000 | Harry D. Murphy | HDM, LLC | Murphy Pork Partners, LLC | Murphy Pork Inc. |
| EUR/USD | $12,000,000 | Harry D. Murphy | HDM, LLC | PSM Farms, LLC | PSM Inc. |
| USD/CHF | $3,000,000 | Angela N. Brown | ANB, LLC | MURFAM Farms, LLC | MURFAM Inc. |
| USD/CHF | $6,300.000 | Marc D. Murphy | MDM Ventures. LLC | PSM Farms, LLC | PSM Inc |
| USD/CHF | $6,300,000 | Stratton K. Murphy | SKM Ventures, LLC | PSM Farms, LLC | PSM Inc |
| EUR/USD | $8.000,000 | Wendell H. Murphy | WHM Ventures. LLC | Murphy Pork Partners, LLC | Murphy Pork Inc. |

[1] In the case of the euro trading against the U.S. dollar, 2 pips is equal to 2/100th's of one U.S. cent. In the case of the U.S. dollar trading against the Swiss franc 2 pips is equal to 2/10,000th's of a franc.

| | | | | | |
|---|---|---|---|---|---|
| EUR/USD | $26,400,000 | Wendell H. Murphy | WHM Ventures, LLC | MURFAM Farms, LLC | MURFAM Inc. |
| EUR/USD | $5.300.000 | Wendy M. Crumpler | WMC, LLC | MURFAM Farms, LLC | MURFAM Inc. |

Table 1

In this report I opine on the following questions regarding the Partnerships' transactions:

- Were the offsetting options correctly priced?
- Was there any possibility that the long options owned by the Participants and the Partnerships could be exercised without the offsetting options held short by the Participants, and the Partnerships, also being exercised?
- Viewing the transactions objectively, did the offsetting options provide the Partnerships with a reasonable possibility of achieving a non-tax profit?
- Whether each offsetting option the Participants purchased, sold, or contributed to the Partnerships represented a component element of a single transaction structure?
- Does an analysis of the hedging transactions done by DEUTSCHE BANK support the single transaction opinion?
- Did the Participants achieve any non-tax business purpose in contributing the offsetting options to the Partnerships, and did the Partnerships have any non-tax business purpose?

As additional support for my conclusions with respect to the Partnerships' transactions, I include an analysis of 52 other offsetting option transactions executed for other taxpayers (out of 56 transactions – 4 have incomplete

data). I refer to these 52 transactions as the 1999 COBRA trades. All of these trades were similarly structured and implemented through DEUTSCHE BANK. The term COBRA was used to identify these transactions in discovery documents provided by Ernst and Young. It is an acronym for Currency Options Bring Reward Alternatives. (2003EY003657)

The differences in set-up between the 1999 COBRA transactions and the Murphy transactions warrant analysis and explanation. The essential differences are as follows:

1. The net stated premium was 5% of the long option payoff for each 1999 COBRA transaction. For the Murphy transactions it was 3%.
2. The net payoff was 2.50 times the net stated premium for each of the 1999 COBRA transactions. For the Murphy transactions it was 2.25 times.
3. The legal and accounting fees directly associated with each transaction were 4.5% of the long premium for the 1999 COBRA transactions. For the Murphy transactions it was 2.41%.

While I cannot opine on why there were structural changes between the COBRA transactions in 1999 and the Murphy

transactions in 2000, I can make the following observations. The Murphy's paid less in non-option expenses, but overpaid more in stated premiums to DEUTSCHE BANK. For the 1999 COBRA transactions, the average long and short stated premiums exceeded my theoretical values by 76.84% and 80.55%, respectively. For the Murphy transactions, the average long and short stated premiums exceeded my theoretical values by 119.06% and 119.90%, respectively (see Table 7). Because the long premium was a larger value, the Murphy Participants overpaid more on the long component options than they were compensated for on the short options. Significantly, the net stated premiums exceeded my theoretical values by 27.33% for the 1999 COBRA transactions, compared to 95.16% for the Murphy transactions. In other words, the 2000 Murphy structure was similar to the 1999 COBRA structure, except for the fact that the Murphy's were overcharged even more than the other 1999 COBRA Participants. Because the Murphy options were more mispriced than the 1999 COBRA transactions, the Murphy transactions had a greater negative expected return, even considering the relatively smaller non-option fees they paid.

### *I.C. Disclosure Compliance*

***I.C.i. Data and other information considered***

In connection with the preparation of this report, I have reviewed at least the following material (the "data"):

- Trade confirmations, monthly brokerage statements, and assignment requests, produced in discovery, relating to the offsetting option transactions executed between Deutsche Bank AG New York Branch (DEUTSCHE BANK) and the Participants and Partnerships;
- Market data from the Federal Reserve Bank of New York and Bloomberg, L.P. regarding interest rates, volatilities, and options pricing during the last quarter of 1999;
- Documents listed in Appendix II;
- Correspondence between the parties.
- Documents relating to COBRA transactions from internal records of DEUTSCHE BANK including trade confirmations, ODET printouts, and other reports, which were produced in discovery.
- The depositions of Joyce Bauchner, Christopher T. Chilcoat, Michael Dell, Gary Duboff, Alexander Eckman, Dawn Forbes, Stewart G. Goodson, Susan Henry, Kenneth

Hooker, Kenneth Hughes, Robert Johnson, Paula Kennedy, Richard Kraner, Andrew Kyriacou, Jeannette T. K. Marten, Jeannette Michaels, Joseph Nicosia, Susan M. Parsons, Janet Lee Robinson, Robert Schlemmer, Michael Szalkowski, Thomas Tahl, and Shari R. Fessler Tepper.

***I.C.ii. Compensation***

I have been compensated for my time in this case at a rate of $300 per hour.

### *I.D. Summary of Conclusions*

Based on the analysis described below, I conclude that:

- The offsetting options reflected irregular pricing;
- The offsetting options held long by each Participant, or Partnership, would never be exercised without the offsetting options held short by the Participants, or the Partnerships, also being exercised;
- An objective analysis of the transactions reveals that the offsetting options did not provide the Participants, or the Partnerships, with a reasonable possibility of achieving a non-tax profit;
- Each offsetting option the Participants purchased, sold, or contributed to the Partnerships represented a component element of a single transaction structure;
- An analysis of the hedging transactions done by DEUTSCHE BANK supports my single transaction opinion;
- The Participants had no non-tax business purpose in contributing their offsetting options to the Partnerships, and therefore the Partnerships had no non-tax business purpose.

## II. THE FOREIGN EXCHANGE MARKET

### *II.A. Overview of the Foreign Exchange Markets*

The foreign exchange market is the largest of the financial and capital markets. The Bank for International Settlements in Basel publishes a triennial survey of the foreign exchange market. The closest survey to the time of the transactions discussed in this report was done in April 2001. The 2001 survey estimated the daily turnover in April 2001 for all foreign exchange trading was $1.2 trillion notional dollars.[2]

Foreign Exchange trading takes place 24-hours a day except on weekends. London, New York and Tokyo are the largest centers for foreign exchange trading, respectively, yet trading takes place in dozens of smaller financial centers. The largest volume of trading is done in the interbank foreign exchange market, where wholesale buying and selling of foreign exchange and derivative instruments on foreign exchange takes place. A very small fraction of foreign exchange trading is done on organized exchanges such as the Chicago Mercantile Exchange. In 2001, the total notional

[2] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). Basel p. 1

value of foreign exchange traded on the Chicago Mercantile exchange was $2 trillion - equivalent to less than two days of trading on the Interbank market.[3] The Interbank market has no centralized physical exchange trading floor (such as the New York Stock Exchange). Rather, trading is conducted through a network of dealers entering into over-the-counter transactions with each other. Large money-center banks and a handful of investment banks dominate trading. Over-the-counter transactions are private transactions between two parties. The terms of these transactions are governed by agreements between the parties - typically in the form of an International Swap and Derivatives Association ("ISDA") Master Trading Agreement or a Foreign Exchange and Options Master Agreement ("FEOMA").

The majority of trading in the foreign exchange market is buying and selling U.S. dollars against other currencies. The largest volume of trades is the dollar for and against the euro. The second largest volume of trades is the dollar for and against the yen, while the dollar for and against the British pound is third.[4]

---

[3] Chicago Mercantile Exchange 8K SEC Filing 12/6/02 p. 41

[4] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 5

### *II.B. Market Conventions*

The convention of the foreign exchange market is to quote the euro, the pound sterling, and the Australian dollar all in terms of dollars. These exchange rates are written as EUR/USD, GBP/USD, and AUD/USD, respectively for the euro, the pound, and the Australian dollar, all against the US dollar. For example, a quotation for the euro (EUR/USD) of 1.0500 means that one euro is worth $1.05. Some other currencies are quoted against the dollar in units of foreign currency. Examples are the Japanese yen (USD/JPY), the Deutsche mark (USD/DEM), and the Swiss franc (USD/CHF). A quotation for the yen of 105.05 means one dollar is worth 105.05 yen.

Currency Market participants use the term "pip" to mean the smallest unit of quotation in the foreign exchange market. Dollar/yen (USD/JPY) is quoted to two decimal digits. EUR/USD, GBP/USD, USD/CHF, and USD/DEM are all quoted to four decimal digits. For these exchange rates one pip is $1/100^{th}$ of one U.S. cent. The USD/JPY spread strategy discussed in this report had strike prices of 103.83 and 103.81. A trader would describe such a strike spread as being "2 pips wide."

Dealers quote foreign exchange in the form of bid prices and ask prices. The bid is the price where a dealer is willing to buy. The ask is the price where a dealer is willing to sell. The difference between the bid and the ask is called the "spread" or "bid-ask spread." For example, a dealer might quote EUR/USD as 1.0500 - 1.0502. This means the dealer is willing to buy euros (for dollars) at 1.0500 or, alternatively, sell euros at 1.0502.

### *II.C. Spot Transactions*

The most basic transaction done in the foreign exchange market is called a spot deal. Spot deals in foreign exchange are done for a multitude of purposes, some commercial, some financial, and some pure speculation on the future direction of exchange rates. In a spot deal, counterparties agree to exchange sums of different currencies at a time in the future called the value date. Market convention is that the spot value date is two bank business days after the trade date. Local holidays do not count as valid value dates. An example of a spot deal is a U.S.-based company selling computers to a company in Germany for payment in euros. The euro proceeds of the sale can be converted to dollars by doing a spot deal. Euros would be sold for dollars for settlement in two bank-business days. The euro part of the transaction would be settled locally in Germany, or at another European banking center with local euro settlement facilities. The dollar side would be settled at any banking center in the United States. Although the national currency of the United Kingdom is the pound sterling, both pound and euro transactions can be settled in London.

### *II.D. Forward Transactions*

Forward foreign exchange deals are done for extended settlement beyond the spot value day. Forward foreign exchange is routinely quoted for value in one week, one month, two months, three, six, or twelve months, and sometimes even longer than 12 months. Forwards are employed by hedgers to manage foreign exchange risk. An example of a hedger would be a U.S.-based manufacturer who makes a deal to sell oil drilling equipment to a company in England. Suppose the English company agrees to pay the manufacturer 100 million pounds in one month's time. If the manufacturer wanted to "lock in" the dollar value of the proceeds of the sale -- so as to avoid the risk of the pound falling in value - it would sell pounds forward for value in one month. This would immunize the manufacturer against fluctuations in the pound against the dollar. At settlement, in one month's time, the forward deal would require the manufacturer to deliver pounds for which it would receive dollars. Presumably, the manufacturer would use the pounds received from the sale of the drilling equipment to satisfy pound side of the forward transaction.

Forward exchange rates, called "outrights," are quoted for virtually any future valid spot value date for major currencies, such as the euro, the pound sterling, the yen, and the Swiss franc, and the Deutschmark before the introduction of the euro. Forward outrights necessarily differ from the spot exchange rate because of differences in the interest rates between the buying and selling currencies. By way of illustration, during all of 1999 and 2000, 1-year interest rates for euro deposits were significantly lower than those for dollars. The forward exchange rate for euros could not be the same as the spot exchange rate because that would create a riskless but profitable arbitrage trade: Traders could borrow in euros (the currency with the lower interest rate), sell the euros for dollars (which will be invested at an interest rate higher than the euro), and complete the transaction by selling the dollars for euros forward at a date coinciding with the expiration of the original euro loan. The use of the forward in the last step would hedge the currency risk associated with movements in the exchange rate during the period of the outstanding euro loan. Earning income on the interest rate differential while eliminating currency risk would be a profitable yet riskless transaction, which would be extremely unusual in the highly efficient foreign

exchange markets. Indeed, the market precludes this by setting the forward outright away from the spot by just enough to remove the riskless profit opportunity.[5]

[5] This principle is called "covered interest parity" in the economics literature.

***II.E. Options on Foreign Exchange***

Directly relevant to this case are put and call options on foreign currency pairs. Most currency options are traded on the interbank market where the same banks and investment banks that deal spot and forward foreign exchange also deal currency options. A call on a currency is the right but not the obligation to buy a specified amount of that currency (called the face amount) on or before the option expiration date at a fixed strike price. Likewise a put is the right but not the obligation to sell foreign currency. These standard options are called "vanilla" options to distinguish them from other forms of options, some of which are called "exotic" options. When a trader buys a call or put, he or she pays the seller of the option a price, called the "premium." The seller (the seller is called the "writer" of the option) of a call option is obligated to deliver the face amount of foreign currency in exchange for the option strike if the option owner chooses to exercise the option. Similarly, the writer of a put option is obligated to buy a sum of foreign currency in exchange for the option strike if the option owner chooses to exercise the option.

Most interbank currency options are "European" exercise, meaning these options can be exercised only in the final twenty-four hours of their lives. At expiration, an option that is a call on the euro (equivalently a put on the dollar) is "in-the-money" if the spot bid is above the option strike.[6] For example, suppose an investor owned a euro call struck at 1.1000 having a face of €1,000,000 (equivalently $1,100,000). If the spot exchange rate at expiration were quoted 1.2000-1.2005 the option would be "in-the-money." The investor would be correct to exercise the option because it gave him the right to buy euros (sell dollars) through the exercise of the option at 1.1000 which can in turn be sold at the bid price of 1.2000. In exercising the option the investor would exchange $1,100,000 (1,000,000 * 1.1000) for €1,000,000. He could hold the euros or he could simultaneously sell €1,000,000 for $1,200,000 (1,000,000 * 1.2000). His gross profit, not counting the cost of the option, would be $100,000 ($1,200,000 - $1,100,000).

The bulk of currency options expire at 10:00am EST on their expiration dates. This expiration is called the "New York cut." The window for exercise on a European-exercise

[6] A currency call option that is in-the-money-forward refers to the case where the prevailing forward exchange outright exceeds the option strike.

vanilla option is the 24-hours that precede the expiration time.

The Bank for International Settlements estimates that the average daily notional value of interbank foreign exchange option trading in April of 2001 was $60 billion.[7]

[7] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 78

***II.F. Digital Options***

The specific type of foreign currency options in this case are digital options (also sometimes referred to as "binary" options). A digital option is a cash-settled lump-sum payoff option. If a digital option is out-of-the-money at expiration it pays nothing. But if a digital option is in-the-money at expiration it pays a fixed amount, the lump-sum, regardless of by how much it is in-the-money. This differs from a plain vanilla option in that the plain vanilla option will be worth more if it is deeper into-the-money.

Digital options can be either American or European exercise. They can also be either puts or calls. Unlike vanilla options, which may be exercised in the 24-hour period which precedes their 10:00am EST cutoff, digital options are only exercised at exactly 10:00am EST on expiration date. Regardless of the style of exercise, digital options produce only one of two payoff scenarios: either a specific at- or in-the-money cash payoff, or, if out-of-the-money, zero.

Digital options present a special administrative problem in that only one of the involved parties can be the final word on whether the option is at- or in- or out-of-the-money at expiration. In practice exotic options like digitals are created at the request of customers by sophisticated foreign exchange dealing banks. These dealers reserve the right for they themselves to be calculation agents, or "barrier determination agents," as it is sometimes written. The practical significance of this is that the dealing bank has complete say over whether, on one hand, there will be a payment at expiration, or on the other hand, there will be no payment. In the case at hand the dealer, DEUTSCHE BANK, designated itself to be the calculation agent.

In the Participants' digital options, the strike prices are set so as to create what I refer to as a "sweet spot." The sweet spot occurs with offsetting digital options, when the strike price on the long option is attained, but the strike price of the offsetting short option is not attained. Hence the long option can be exercised without the short option being exercised. That range, where the long option holder receives the lump-sum payoff at expiration, but is not obligated to the payoff on the short option, is called

the "sweet spot." The payoff to hitting the sweet spot is therefore the payoff from the long option alone.

## III. OPINIONS AND BACKGROUND FOR OPINIONS

### *III.A. The Offsetting Options Reflected Irregular Pricing.*

In discussing option valuations, some definitions will be useful. I will refer to the price paid or received for an option as its "stated premium."[8] I will use the term "theoretical value" for a number derived from option pricing theory that is the fair value of a digital currency option before consideration of its bid-ask spread. DEUTSCHE BANK calculated its own theoretical values for the options in each of the Participants' transactions. The printouts of the bank's internal trade capture system, called ODET,[9] show these values as well as other details pertaining to the option trades.

As discussed in Section III.E below, the ODETs for the Murphy transactions show each pair of long and short offsetting options as having the same strike. This stands in contradiction to the strikes stated in the confirmations that DEUTSCHE BANK prepared and sent to the Participants.

[8] The "net stated premium" is the actual price purportedly paid in cash by the participants for the offsetting options. I will reference this later in the text.
[9] ODET is an acronym for Option Deal Entry Tool. It is a proprietary option trade capture system used by DEUTSCHE BANK to process option trading activity.

It also stands in contradiction to the 1999 COBRA transactions, where DEUTSCHE BANK included the sweet spot in its calculations of theoretical values.

Separately, I calculated theoretical values for the same options using a mathematical option pricing model.[10] Since the theoretical values are based on the component options having the same strike, my theoretical values are likewise calculated, for comparative purposes.

My investigation into the offsetting options in this case has revealed a number of anomalies in respect to the valuation of the options. Besides the first anomaly above (the ODET strikes being the same for both the long and short options), two other anomalies are apparent from comparisons between both sets of theoretical values, meaning my theoretical values as well as DEUTSCHE BANK's theoretical values, and DEUTSCHE BANK's stated premiums for the offsetting options.

The first anomaly I found was that the offsetting option components were priced at levels that far exceeded their

[10] Theoretical option pricing model: Reiner, Eric and Mark Rubenstein. "Breaking Down the Barriers." Risk 4 (September 1991a): 29-35, and "Unscrambling the Binary Code." Risk 4 (October 1991b): 75-83. I also used pricing tools from Bloomberg, LP to obtain a third set of theoretical values for the options. These values were similar and sometimes identical to my theoretical calculations.

theoretical values. According to the stated premiums, DEUTSCHE BANK charged the Participants $48,600,000 (DB-DOJ-DB-DOJ-COBRA 00018888 - DB-DOJ-COBRA 00018909) in option premium for the USD/CHF long digital currency options on April 14, 2000, and paid the Participants $47,142,000 (DB-DOJ-COBRA-00018888 - DB-DOJ-COBRA-00018909) in premium for the corresponding short EUR/USD digital currency options on that same date (Table 2). These stated premiums were significantly higher than the theoretical values in my analysis. I calculated the theoretical value of the long positions to be $24,804,021 and the short to be $23,966,886. The premiums were also significantly higher than DEUTSCHE BANK's theoretical values: the bank shows a long theoretical value of $24,772,474 and a short theoretical value of $23,934,792.[11] DEUTSCHE BANK's theoretical values were within 0.5% of my theoretical calculations, a difference small enough to be explained by minor variations in the pricing inputs.

[11] The DEUTSCHE BANK ODET trade printouts: DB-COBRA-04213, DB-COBRA-04215.

**Murphy Participants**

USD/CHF

| | Deutsche Stated Premium | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value | Deutsche Theoretical Premium | Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| Long Option Value | $48,600,000 | $24,804,021 | 195.94% | $24,772,474 | 196.19% |
| Short Option Value | $47,142,000 | $23,966,886 | 196.70% | $23,934,792 | 196.96% |

Table 2

The stated premiums for the USD/CHF offsetting options were 95.94% and 96.70% higher, respectively, than the theoretical values I calculated for the same offsetting options, and 95.94% and 96.96% higher, respectively, than DEUTSCHE BANK's own theoretical value calculations.

Table 3 compares the value of the USD/CHF and EUR/USD options without the sweet spot.

| Murphy Participants | Deutsche Stated Premium | DeRosa Theoretical Value without Sweet Spot | % by which Stated Premium Exceeds DeRosa Theoretical Value |
|---|---|---|---|
| Long Option Value USD/CHF | $48,600,000 | $24,804,021 | 95.94% |
| Short Option Value USD/CHF | $47,142,000 | $23,966,886 | 96.70% |
| Long Option Value EUR/USD | $51,700,000 | $20,981,568 | 146.41% |
| Short Option Value EUR/USD | $50,149,000 | $20,276,854 | 147.32% |
| Total Long Option Value | $100,300,000 | $45,785,589 | 119.06% |
| Total Short Option Value | $97,291,000 | $44,243,740 | 119.90% |

Table 3

Table 3 shows that the stated premiums of the USD/CHF digital options were approximately 95% greater than my theoretical values. The EUR/USD options were approximately 147% greater than my theoretical values, and the stated premium for both sets was on average approximately 120% greater than my theoretical values.

Moreover, my calculations of theoretical values are within a small fraction of DEUTSCHE BANK's theoretical calculations of the same digital options. The Participants did seven sets of USD/CHF digital options that were identical in all respects but the notional size. The stated premiums for the USD/CHF offsetting options ranged

from $2,000,000 to $17,300,000 on the long options, and $1,940,000 to $16,781,000 on the short options (DB-DOJ-COBRA-00018888 - DB-DOJ-COBRA-00018909)(Table 4a). Table 4a indicates that the stated premiums were over 95% greater than my theoretical values. My theoretical values again are all within 0.5% of the bank's theoretical values. (DB-DOJ-COBRA 00240679 - DB-DOJ-COBRA 00240745).

**Murphy Participants**

| | Deutsche Stated Value | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value | Deutsche Theoretical Value | Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| WHMJ, LLC USD/CHF | | | | | |
| Long Option Value | $17,300,000 | $8,829,415 | 195.94% | $8,818,185 | 196.19% |
| Short Option Value | $16,781,000 | $8,531,422 | 196.70% | $8,519,998 | 196.96% |
| WHMJ, LLC USD/CHF | | | | | |
| Long Option Value | $4,000,000 | $2,041,483 | 195.94% | $2,038,887 | 196.19% |
| Short Option Value | $3,880,000 | $1,972,583 | 196.70% | $1,969,942 | 196.96% |
| JMN Ventures, LLC USD/CHF | | | | | |
| Long Option Value | $9,700,000 | $4,950,597 | 195.94% | $4,944,300 | 196.19% |
| Short Option Value | $9,409,000 | $4,783,514 | 196.70% | $4,777,109 | 196.96% |
| HDM, LLC USD/CHF | | | | | |
| Long Option Value | $2,000,000 | $1,020,742 | 195.94% | $1,019,443 | 196.19% |
| Short Option Value | $1,940,000 | $986,292 | 196.70% | $984,971 | 196.96% |
| ANB, LLC USD/CHF | | | | | |
| Long Option Value | $3,000,000 | $1,531,112 | 195.94% | $1,529,165 | 196.19% |
| Short Option Value | $2,910,000 | $1,479,437 | 196.70% | $1,477,456 | 196.96% |
| MDM Ventures, LLC USD/CHF | | | | | |
| Long Option Value | $6,300,000 | $3,215,336 | 195.94% | $3,211,247 | 196.19% |
| Short Option Value | $6,111,000 | $3,106,819 | 196.70% | $3,102,658 | 196.96% |
| SKM Ventures, LLC USD/CHF | | | | | |
| Long Option Value | $6,300,000 | $3,215,336 | 195.94% | $3,211,247 | 196.19% |
| Short Option Value | $6,111,000 | $3,106,819 | 196.70% | $3,102,658 | 196.96% |

Table 4a

Due to incorrect values as reported on the DEUTSCHE BANK ODET sheets[12], I am unable to discuss or analyze the

[12] The deposition of Jeanette Michaels (DEUTSCHE BANK middle office) reveals that the DEUTSCHE BANK option traders utilized two separate trading systems: the ODET system (system used to capture the details of each trade) and the RMS system (system used to manage trading risks).

DEUTSCHE BANK theoretical values for the four EUR/USD offsetting options. The stated premiums for the four EUR/USD long and short offsetting options were 146.41% and 147.32% higher, respectively, than the theoretical values I calculated for the same offsetting options. (Table 4b)

**Murphy Participants**

| | Deutsche Stated Value | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value |
|---|---|---|---|
| WHM Ventures, LLC EUR/USD | | | |
| Long Option Value | $26,400,000 | $10,713,992 | 246.41% |
| Short Option Value | $25,608,000 | $10,354,138 | 247.32% |
| WHM Ventures, LLC EUR/USD | | | |
| Long Option Value | $8,000,000 | $3,246,664 | 246.41% |
| Short Option Value | $7,760,000 | $3,137,618 | 247.32% |
| HDM, LLC EUR/USD | | | |
| Long Option Value | $12,000,000 | $4,869,996 | 246.41% |
| Short Option Value | $11,640,000 | $4,706,427 | 247.32% |
| WMC, LLC EUR/USD | | | |
| Long Option Value | $5,300,000 | $2,150,915 | 246.41% |
| Short Option Value | $5,141,000 | $2,078,672 | 247.32% |

Table 4b

Appendix III compares the DEUTSCHE BANK stated premiums for the 1999 COBRA transactions (52 pairs of offsetting options) to my theoretical values, and to DEUTSCHE BANK's

theoretical values.[13] The differences between my theoretical values and the stated premiums range from 46.11% to 95.32%. The average of the differences for the 1999 COBRA long and short options is 75.74% and 79.37%, respectively. The differences between DEUTSCHE BANK's theoretical calculations and the stated premiums range from 51.92% to 99.29%, with the average differences for the 1999 COBRA long and short options being 77.19% and 80.98%, respectively. This mispricing of stated premiums versus theoretical values is consistent with my discussion of the first anomaly for the Murphy transactions, in which the stated premiums exceeded the theoretical values by approximately 120% - see Table 3 and 7. The average differences between my theoretical values and DEUTSCHE BANK's theoretical calculations for the 1999 COBRA long and short options are 1.65% and 1.72%, respectively.[14]

The second anomaly I found was that the net stated premium of each combination of offsetting options was also considerably overvalued when compared to the theoretical values. DEUTSCHE BANK charged the Participants $1,458,000 in net stated premium for the offsetting USD/CHF options.

[13] DEUTSCHE BANK's theoretical values for the 1999 COBRA transactions include the possibility of hitting the sweet spot. Accordingly, my theoretical values for those transactions also include hitting the sweet spot.
[14] These do not include options for which we do not have DEUTSCHE BANK theoretical values.

I calculated a theoretical net value of $837,135, using mid-level volatilities and deposit rates. The bank's net theoretical value was $837,682 (DB-DOJ-COBRA 00240679 - DB-DOJ-COBRA 00240789). The bank's net theoretical values are virtually the same as my net theoretical valuation.

Table 5 provides a comparison between the DEUTSCHE BANK net stated premiums and the net theoretical values from DEUTSCHE BANK and me for the USD/CHF offsetting options.

**Murphy Participants**

| | Stated Net Premium | DeRosa Net Theoretical Value | Stated Net Premium as a % of DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Stated Net Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| USD/CHF | ($1,458,000) | ($837,135) | 174.17% | ($837,682) | 174.05% |

Table 5

As shown in Table 5 the net stated premiums received by DEUTSCHE BANK for the USD/CHF offsetting options were 74.17% higher than my net theoretical value calculation (as calculated without the sweet spot), and 74.05% higher than DEUTSCHE BANK's own theoretical values.

Table 6 provides a comparison between the DEUTSCHE BANK net stated premiums and the net theoretical calculations for each Participant's offsetting options.[15]

**Murphy Participants**

Net Premium

| | Stated Net Premium | DeRosa Net Theoretical Value | Stated Net Premium as a % of DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Stated Net Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| WHMJ, LLC USD/CHF | ($519,000) | ($297,993) | 174.17% | ($298,187) | 174.05% |
| WHMJ, LLC USD/CHF | ($120,000) | ($68,900) | 174.17% | ($68,945) | 174.05% |
| JMN Ventures, LLC USD/CHF | ($291,000) | ($167,083) | 174.16% | ($167,192) | 174.05% |
| HDM, LLC USD/CHF | ($60,000) | ($34,450) | 174.17% | ($34,473) | 174.05% |
| ANB, LLC USD/CHF | ($90,000) | ($51,675) | 174.17% | ($51,709) | 174.05% |
| MDM Ventures, LLC USD/CHF | ($189,000) | ($108,518) | 174.16% | ($108,588) | 174.05% |
| SKM Ventures, LLC USD/CHF | ($189,000) | ($108,518) | 174.16% | ($108,588) | 174.05% |
| WHM Ventures, LLC EUR/USD | ($792,000) | ($359,854) | 220.09% | | |
| WHM Ventures, LLC EUR/USD | ($240,000) | ($109,047) | 220.09% | | |
| HDM, LLC EUR/USD | ($360,000) | ($163,570) | 220.09% | | |
| WMC, LLC EUR/USD | ($159,000) | ($72,243) | 220.09% | | |

Table 6a

[15] The DEUTSCHE BANK net theoretical values are derived using the methodology described on page 29.

Again, due to incorrect values as reported on the DEUTSCHE BANK ODET sheets, I am unable to discuss or analyze the DEUTSCHE BANK net theoretical values for the four EUR/USD offsetting options. The net stated premiums for the four EUR/USD offsetting options were 120.09% higher than the theoretical values I calculated for the same offsetting options.

Table 6b shows the stated net premiums for the USD/CHF options were 74% greater than both DEUTSCHE BANK's and my own theoretical values. For the EUR/USD options they were 120% greater, and for both sets of options the stated net premium was 95% greater than my theoretical values, on a weighted average basis.

**Murphy Participants**

Net Premiums

| | Stated Net Premium | DeRosa Net Theoretical Value | Percentage by which Stated Net Premium Exceeds DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Percentage by which Stated Net Premium Exceeds Deutsche Theoretical Value |
|---|---|---|---|---|---|
| USD/CHF | ($1,458,000) | ($837,135) | 74.17% | ($837,682) | 74.05% |
| EUR/USD | ($1,551,000) | ($704,714) | 120.09% | | |
| Total Net Premium | ($3,009,000) | ($1,541,849) | 95.16% | | |

Table 6b

Appendix IV compares the DEUTSCHE BANK net stated premiums for the 1999 COBRA transactions versus the net theoretical values I calculated, and those provided in DEUTSCHE BANK's ODET printouts. The differences between my theoretical values and the DEUTSCHE BANK net stated premium range from 6.41% to 64.09%, while the average difference across all COBRA transactions was 27.33%. The differences between the DEUTSCHE BANK theoretical calculations and the DEUTSCHE BANK net stated premium range from 10.26% to 43.52%, while the average difference across the 1999 COBRA transactions was 26.92% The average difference between my net theoretical calculations and the DEUTSCHE BANK net theoretical calculations across the 1999 COBRA transactions was 0.05%.[16]

The comparison of the DeRosa theoretical value of the net premium to DEUTSCHE BANK's net stated premium for the 2000 Murphy transactions is dramatic. The net stated premium was actually 95% greater than the theoretical net value of the offsetting options (see Table 6b). This compares with approximately 27% for the 1999 COBRA transactions. As previously stated, the Murphy structure was similar to the

[16] Calculations in this paragraph exclude trades for which complete information is not available.

1999 COBRA structure, except the Murphy's were overcharged even more than the 1999 COBRA Participants.

Table 7 displays a comparison of the total DEUTSCHE BANK stated premiums versus the total theoretical values for all the Partnerships' offsetting options on both the stated long and short, as well as net stated bases. Table 7 shows that the DEUTSCHE BANK stated premiums exceeded their theoretical values by approximately 120%. Table 7 also shows DEUTSCHE BANK's net stated premiums exceeded my theoretical values by 95%.

**Murphy Participants**
Premium Analysis

| | Stated Premium | DeRosa Theoretical Value | Percentage by which Stated Premium Exceeds DeRosa Theoretical Value | Deutsche Theoretical Value | Percentage by which Stated Premium Exceeds Deutsche Theoretical Value |
|---|---|---|---|---|---|
| USD/CHF | | | | | |
| Long Currency Options | $48,600,000 | $24,804,021 | 95.94% | $24,772,474 | 96.19% |
| Short Currency Options | $47,142,000 | $23,966,886 | 96.70% | $23,934,792 | 96.96% |
| Net Premium USD/CHF | $1,458,000 | $837,135 | 74.17% | $837,682 | 74.05% |
| EUR/USD | | | | | |
| Long Currency Options | $51,700,000 | $20,981,568 | 146.41% | | |
| Short Currency Options | $50,149,000 | $20,276,854 | 147.32% | | |
| Net Premium EUR/USD | $1,551,000 | $704,714 | 120.09% | | |
| Murphy Participants | | | | | |
| Long Currency Options | $100,300,000 | $45,785,589 | 119.06% | | |
| Short Currency Options | $97,291,000 | $44,243,740 | 119.90% | | |
| Net Premium: Murphy Participants | $3,009,000 | $1,541,849 | 95.16% | | |

Table 7

The differences between the stated premiums and the theoretical values are too large to be explained away through bid-ask spreads and/or minor pricing input variances. They are indicative of a divergence between the pricing strategy DEUTSCHE BANK used to derive their stated premiums and its own internal theoretical pricing model (as well as mine).

As mentioned in section III.A, the stated premium of an option may vary marginally from its theoretical value. That said, I can think of no market-related explanation to account for the significant pricing differences between the stated premiums the Participants paid and received and the theoretical valuations derived by both DEUTSCHE BANK and myself. Thus, in my opinion the stated and net stated prices were materially overstated.

One possible non-market explanation for pricing anomalies can be found in Robert Coplan's email to his associates at Ernst & Young in their national tax practice, dated December 28, 1999:

> Each of at least two individuals sells (writes) a short option on foreign currency that is out of the money and receives a premium for it. Then, he takes the premium and an additional cash investment (equal to 5% of the desired tax loss), and buys a long option on the same foreign currency but at a different strike price.[17]

Here Coplan essentially claimed that option pricing should be based on 5% of the desired tax loss. For all the 1999 COBRA transactions, the "five percent rule" (premium divided by desired tax loss) was

[17] DOJ-031656.

consistently employed. For the eleven Murphy transactions from 2000, the percentage was changed to 3%, but with the same consistency. I have no opinion on why the percentage was altered. Table 8 provides a comparison between premiums calculated with the 3% methodology and DEUTSCHE BANKS' stated premiums.

**Murphy Partnerships**

Premium Analysis

| | Stated Net Premium Rec/(Paid) | Long Premium (Net ÷ 3%) | Short Premium (Long (-) Net) | Deutsch Long Stated Premium | Deutsche Short Stated Premium | Long Variance 3% vs Stated Premium | Short Variance 3% vs Stated Premium |
|---|---|---|---|---|---|---|---|
| MURFAM Farms, LLC | ($1,851,000) | ($61,700,000) | $59,849,000 | ($61,700,000) | $59,849,000 | $0 | $0 |
| Murphy Pork Partners, LLC | ($420,000) | ($14,000,000) | $13,580,000 | ($14,000,000) | $13,580,000 | $0 | $0 |
| PSM Farms, LLC | ($738,000) | ($24,600,000) | $23,862,000 | ($24,600,000) | $23,862,000 | $0 | $0 |
| TOTAL | ($3,009,000) | ($100,300,000) | $97,291,000 | ($100,300,000) | $97,291,000 | $0 | $0 |

Table 8

In aggregate the Participants paid a net stated premium of $3,009,000. The mathematics embedded in Coplan's statement indicated that the long option stated premium, and hence the desired tax loss, would have been equal to $100,300,000 ($3,009,000 divided by 3%). Moreover the short option premium would have had to be $97,291,000 ($100,300,000 minus $3,009,000). Indeed these numbers were indicative of

the premiums paid (stated and stated net) for the Participants' offsetting options, meaning that what Coplan described was in fact a reality, also for the Murphy transactions.

Since the stated and net stated premiums coincide with Coplan's expressed intention for the net stated premium of the offsetting options to always be a specific percentage of the long option payoff (5% in 1999; 3% in 2000), it seems clear that DEUTSCHE BANK was intentionally pricing the offsetting options in a manner that was totally at odds with how options are priced in the market. Accordingly, it is not surprising that the stated and net stated option premiums would be so significantly different from their true values.

Coplan's "five percent rule" is congruent with all the 1999 COBRA transactions that I reviewed. Each transaction has a net stated premium equal to 5% of the long digital currency option premium.

Similarly, what I call a "three percent rule" applies to all eleven Murphy transactions. Additionally, there are a

number of other similarities in the architecture of these eleven transactions:

- The net payoff on every pair of offsetting options was always 2.25 times the net stated premium paid for the pair (for the 1999 COBRA transactions, the payoff was consistently 2.5 times the net stated premium).

- The stated premium for the long component option was always 50% of the payoff which would have been received if the option were to expire in-the-money, while the stated premium for the short component option always was 50.194% of the payoff that would have been owed if the option were to expire in-the-money (for the 1999 COBRA transactions, this percentage was consistently 50.67%).

- The spread between the strike of the option purchased and the strike of the option sold short was always 2 pips, in spite of the fact that different currencies were used (consistently for the 1999 COBRA transactions, as well as for the eleven Murphy transactions).

The Partnership transactions are structurally similar to the 1999 COBRA transactions, as illustrated in Appendix V.

These similarities support my finding that the offsetting options in this case were priced on the basis of non-market principles.

A third, tangentially-related anomaly exists, which specifically applies to the value of the offsetting options contributed by the Participants to the Partnerships. The documents I have reviewed indicate the options were contributed from the Participants to the Partnerships on April 17-18, 2000, and the contribution was valued at the original stated premium. The net stated premium paid by each Participant, as a percentage of the aggregate net stated premium paid and received by all of the Participants, matched the original partnership percentage interests. As noted earlier, the Participants contributed offsetting options on the EUR/USD and USD/CHF. Even though the contribution occurred four days after the offsetting options were purchased, some movement in the prices of the various offsetting options must have occurred as a result of underlying movements in the values of the EUR/USD and USD/CHF. This is doubly unusual. In the first instance

investment partnerships usually do not accept anything other than cash. An exception would be so-called "exchange funds."[18] The Participants were not an exchange fund. In the second instance the offsetting options should be valued at their respective marked-to-market value, not their original cost, to assure all of the partners were being treated equitably.

***III.B. The Offsetting Options Held Long By Each Participant, Or Partnership, Would Never Be Exercised Without The Offsetting Options Held Short by the Participants, Or Partnerships, Also Being Exercised.***

Each offsetting option pair consisted of a long digital currency option (purchased by a Participant) and a short digital currency option (sold by the same Participant). Both component options were based on the same underlying

[18] In "exchange funds," the investor may contribute marketable securities. The investors in exchange funds typically own large blocks of stock in a company by virtue of being a corporate founder or insider. In making a contribution to such an exchange fund the investor gets the benefits of diversification while preserving the tax-deferred status of his or her investment in the original company.