# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**UNITED STATES' EMERGENCY UNOPPOSED MOTION TO FILE EXHIBITS 38 THROUGH 51 OF THE GOVERNMENT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

The defendant, the United States of America, by its undersigned counsel, hereby moves the Court for an order allowing it to file Exhibits 38 through 51 of its Response to Plaintiffs' Motion for Partial Summary Judgment under seal.

There is good cause for this motion insofar as the exhibits are tax returns and contain

confidential information.

In light of the foregoing, the United States respectfully requests that it be allowed to file Exhibits 38 through 51 under seal.

Defendant's counsel has contacted counsel for Plaintiffs, who has informed Defendant's counsel that Plaintiff has no objection to this motion.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing Motion to File Exhibits 38 through 51 Under Seal with Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892