# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER GRANTING UNITED STATES' EMERGENCY MOTION TO FILE EXHIBIT GOVERNMENT EXHIBITS 38 THROUGH 51 UNDER SEAL**

On this _______ day of _________, 2008, the Court, having heard the motion of the United States to file Exhibits 38 through 51 under seal, and having so considered such motion, finds that this motion should be GRANTED. Therefore, it is ORDERED that the United States shall file Exhibits 38 through 51 under seal.

________________________________________

THE HONORABLE EDWARD J. DAMICH
CHIEF JUDGE