# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC** §
**By and Through Wendell H. Murphy, Jr.** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

## UNITED STATES' APPENDIX OF EXHIBITS

Pursuant to RCFC 56(h)(2), defendant is relying upon the following exhibits in its response to Plaintiff's Proposed Findings of Uncontroverted Facts and in support of the United States' Proposed Additional Findings of Uncontroverted Facts with respect to Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6.

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| 1 | 10/18/99 | Email, with attachments, dated October 18, 1999 from Craig Brubaker of Deutsche Bank Alex Brown ("DBAB") to Erwin Mayer, an attorney with J&G, concerning a | DB | DB-DOJ-COBRA-00030051 to DB-DOJ-COBRA- | 1-12 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| | | "format "similar to the treasury short routine for a digital swap transaction." | | 00030061 | |
| 2 | 10/22/99 | Email, with attachment, dated October 22, 1999, which includes an email from Paul Daugerdas of J&G, to Brian Vaughn of E&Y, with attachment, under the subject line "Draft Implementation Steps." | E&Y | DOJ 007914 to DOJ 007917 | 13-17 |
| 3 | 10/22/99 | Email, dated October 22, 1999, from Paul Daugerdas of J&G, forwarding the same attachment to BDO Seidman LLP at the email address "miwolves@mediaone.net". | J&G | JG-NC064506 to JGNC064509 | 18-22 |
| 4 | 10/22/99 | E&Y email, dated October 22, 1999, from Brian Vaughn of E&Y with the subject line "COBRA pricing" reporting, inter alia, his recent communications with Dan Brooks of DB regarding the proposed COBRA Product. | J&G | JG-NC064506 to JGNC064509 | 23-24 |
| 5 | 10/26/99 | Email dated October 26, 1999, from Brian Vaughn of E&Y, under the subject line "Products." | E&Y | DOJ-000441 to DOJ-000442. | 25-27 |
| 6 | 10/27/99 | Facsimile (totaling 23 pages) dated October 27, 1999, from Paul Daugerdas of J&G to Robert "Bob" Coplan, Richard Shapiro, and Ray Knight, all of E&Y, transmitting a J&G memorandum dated October 1999 on the "Tax Consequences of Contribution of Option Spread to Partnership or Corporation." | E&Y | 2003EY001516 to 2003EY001538 | 28-51 |
| 7 | 11/05/99 | Facsmile (101 pages) dated November 5, 1999, of J&G opinion on COBRA transaction, marked "DRAFT" | E&Y | DOJ008601 to DOJ008702 | 52-121 |
| 8 | 11/08/99 | E&Y email dated 10/9/99 from Coplan of E&Y to VIPER members, subject line "Reliance on tax opinion - cases" with attachment "tax opinions neg.doc." | EY | 2003EY007852 to 2003EY007854 | 122-125 |
| 9 | 11/11/99 | E&Y email dated November 11, 1999, from Melinda Merck of E&Y to the members of E&Y's VIPER and Quckstrike Teams, under subject line "Revised COBRA Spreadsheets and Slides", with copies attached | EY | 2003EY003750 - 2003EY003767 | 126-144 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| 10 | 11/12/99 | Email, with attachment, dated November 12, 1999, from Robert Coplan of E&Y to Paul Daugerdas of J&G with the subject line "Brown & Wood Involvement," forwarding Paul Daugerdas a copy of a Brown & Wood ("B&W") opinion, entitled 'Model Opinion....". | J&G | JG-NC047817 to JG-NC047885 | 145-214 |
| 11 | 11/15/99 | E&Y email dated November 15, 1999, from Richard Shapiro to E&Y's 'Quickstrike Team" re Implementation of COBRA strategy | E&Y | 2003EY000864 and 2003EY105642 | 215-217 |
| 12 | 11/18/99 | E&Y email dated November 18, 1999, with attachments, from Carl Rhodes of E&Y, with the subject line 'Cobra," | E&Y | DOJ-001008 to DOJ-001031 | 218-242 |
| 13 | 12/27/99 | Email dated December 27, 1999 from David Parse of Deutsche Bank Alex Brown ("DBAB") to Carrie Yackee of DBAB forwarding an attachment named "Paul D 1999 Digital Options Ma.." [Note: This document was produced to the United States by DB in response to the United States' document subpoena bates marked from. The pages have been reorganized so that the printed details for the each transaction are now visible sequentially.] | DB | DB-DOJ-COBRA-00044432 to DB-DOJ-COBRA-00044466 | 243-278 |
| 14 | 12/28/99 | Facsimile (3 pages) dated December 28, 1999, from Patrick O'Daniel of J&G to Paul Daugerdas of J&G forwarding an attachment entitled 'Revised Legal Fee Allocation Ernst & Young Client Transactions" | JG | JG-NC055932 to JG-NC055934 | 279-282 |
| 15 | 02/22/00 | Email dated February 22, 2000, from Melinda Merck of Ernst & Young, LLP ("E&Y") to Amy Keating of E&Y providing Ms. Keating with an attached list detailing the following information for each of 15 listed COBRA transactions: | E&Y | DOJ 0000851 to DOJ 000853 | 283-286 |
| 16 | 06/07/01 | E&Y email dated June 7, 2001, from Robert Coplan of E&Y with the subject line "COBRA." | E&Y | DOJ049188 to DOJ039190 | 287-290 |
| 17 | 11/03/99 | E&Y's "COBRA Action Work Plan (Revised 11/3/99)" filled-in for Carmel Partners COBRA transaction | E&Y | DOJ03781 to DOJ03785 | 291-296 |
| 18 | 11/05/99 | E&Y's "COBRA Action Work Plan (Revised 11/5/99)" | E&Y | DOJ054573 to DOJ054577 | 297-302 |
| 19 | 11/18/99 | E&Y's "COBRA Action Work Plan (Revised 11/18/99)" | E&Y | DOJ 001091 to DOJ-001095 | 303-308 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| 20 | 11/19/99 | E&Y's "COBRA Action Work Plan (Revised 11/19/99)" | E&Y | DOJ004024 to DOJ004028 | 309-314 |
| 21 | 11/10/99 | E&Y email dated November 10, 1999, from Melinda Merck of E&Y to the members of E&Y's VIPER tax products team, with an attached COBRA Client Information Questionaire form. | E&Y | 2003EY003742 - 2003EY003743. | 315-317 |
| 22 | 11/10/99 | COBRA Client Information Questionaires for other individual participants | J&G | | 318-340 |
| 23 | 10/22/99 | Facsimile (two pages) dated October 22, 1999 from Grady P. Dickens of the law firm Scheef & Stone, LLP ("S&S"), forwarding to Paul M. Daugerdas of J&G, for review and approval, a copy of a proposed nondisclosure agreement form for the COBRA strategy. | J&G | CANC00121 to CANC00122 | 341-343 |
| 24 | 10/29/99 | E&Y email dated October 29, 1999, from Robert Coplan of E&Y. | E&Y | 2003EY001760 | 344-345 |
| 25 | 03/08/00 | J&G email dated March 8, 2000, from Donna Guerin of J&G to Amy Keating of E&Y, re COBRA | E&Y | DOJ-032014 | 346-347 |
| 26 | 05/08/00 | E&Y email dated May 8, 2000, from Thomas Dougherty of E&Y, with the subject line "Cobra Transaction Feedback." | E&Y | DOJ 031731 | 348-349 |
| 27 | 01/06/00 | E&Y email dated January 6, 2000, from Robert Coplan of E&Y to VIPER and Quickstrike Teams with subject line "Results of January 5th Meeting Re VIPER Strategies" | E&Y | 2003EY001046-2003EY001047 | 350-352 |
| 28 | 07/20/00 | DB email dated July 20, 2000, forwarding documents, including DB Memo entitled "Binary Options Strategy: Credit Risk Mgmt PBA Summary" prepared by Chuck Binder MD and SCO PBA | DB | DB-DOJ-COBRA-00030714 to DB-DOJ-COBRA-00030751 | 353-391 |
| 29 | 12/05/00 | E&Y email dated December 5, 1999, from Robert "Bob" Coplan of E&Y to members of the E&Y's "Quick strike Team" | E&Y | 2003EY000866 to 2003EY000867 | 392-394 |
| 30 | 12/11/00 | E&Y email, with attachment, dated December 11, 1999, from Robert Haynie of E&Y with subject line "COBRA - Latest Slides." | E&Y | DOJ 00395 to DOJ 00398 | 395-399 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| 31 | 12/13/99 | E&Y COBRA engagement letters dated December 13, 1999 for Murphy family | E&Y | Various | 400-434 |
| 32 | 2/4/00 | Addenda dated 2/4/00 to E&Y COBRA engagement letters dated December 13, 1999 | E&Y | Various | 435-440 |
| 33 | 6/5/00 and 8/29/00 | Letters to IRS with applications for Employer Identification Numbers (EIN) for the Murphy COBRA entities | Pltf. | Various | 441-465 |
| 34 | Undated | Shareholder Summary #1 | Pltf. | MUEY01819 to MUEY01820 | 466-468 |
| 35 | Undated | Shareholder Summary #2 | Pltf. | MUC00251 to MUC00250 | 469-471 |
| 36 | 4/27/00 and 12/21/00 | E&Y Invoices dated 4/27/00 and 12/21/00 | Various | Various | 472-483 |
| 37 | 5/17/00 and 9/14/00 | Proskauer Rose Invoices dated 5/17/00 and 9/14/00 | Various | Various | 484-501 |
| 38 | | 2000 Form 1065 of PSM,, LLC, filed 3/29/01 | | | TO BE FILED UNDER SEAL 502-520 |
| 39 | | 2000 Form 1065 of Murphy Pork Partners, LLC, filed 3/19/01 | | | TO BE FILED UNDER SEAL 521-542 |
| 40 | | 2000 Form 1065 of MURFAM Farms, LLC 1999 | | | TO BE FILED UNDER SEAL 543-569 |
| 41 | | 2000 Form 1120-S of PSM, Inc. | | | TO BE FILED UNDER SEAL 570-593 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | App. Pages |
|---|---|---|---|---|---|
| 42 | | 2000 Form 1120-S of Murphy Pork, Inc. | | | TO BE FILED UNDER SEAL 594-615 |
| 43 | | 2000 Form 1120-S of MURFAM, Inc. | | | TO BE FILED UNDER SEAL 616-646 |
| 44 | | 2000 Form 1040 of Angela N. Brown | | | TO BE FILED UNDER SEAL 647-700 |
| 45 | | 2000 Form 1040 of Wendell H. Murphy | | | TO BE FILED UNDER SEAL 701-756 |
| 46 | | 2000 Form 1040 of Wendell H. Murphy, Jr. | | | TO BE FILED UNDER SEAL 757-847 |
| 47 | | 2000 Form 1040 of Joyce Murphy Norman | | | TO BE FILED UNDER SEAL 848-889 |
| 48 | | 2000 Form 1040 of Harry D. Murphy | | | TO BE FILED UNDER SEAL 890-908 |
| 49 | | 2000 Form 1040 of Wendy M. Crumpler | | | TO BE FILED UNDER SEAL 908-958 |
| 50 | | 2000 Form 1040 of Stratton K. Murphy | | | TO BE FILED UNDER SEAL 959-1000 |
| 51 | | 2000 Form 1040 of Marc D. Murphy | | | TO BE FILED UNDER SEAL 1001-1047 |

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I electronically filed the foregoing **UNITED STATES' APPENDIX OF EXHIBITS** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ John A. Lindquist
John A. Lindquist
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561