# EXHIBIT G33

*WHM VENTURES, LLC*
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

WHM Ventures, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

GOVERNMENT EXHIBIT 33

GOVERNMENT EXHIBIT 1645

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
WHM VENTURES, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
WENDELL H. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY 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

8a Type of entity (Check only one box) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶
- [X] Other (specify) ▶ Disregarded entity
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military
(enter GEN if applicable)

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)
- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [ ] Business (wholesale) [X] N/A
[ ] Public (retail) [ ] Other (specify) ▶

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL ASST MGR

Signature ▶ [signature] Date ▶ 6-5-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

Form SS-4 (Rev. 4-2000)

USA
9SVSDA2 3/2000

*WMC, LLC*
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

WMC, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4**
(Rev. April 2000)
Department of the Treasury
Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)
▶ Keep a copy for your records.

EIN
OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
WMC, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
WENDY M. CRUMPLER

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
Rose Hill, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDY M. CRUMPLER 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

8a Type of entity (Check only one box) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [X] Other (specify) ▶ Disregarded entity
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box) (see instructions)
- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 *To whom are most of the products or services sold? Please check one box.* [ ] Business (wholesale)
[ ] Public (retail) [ ] Other (specify) ▶ [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.

| Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN |
|---|---|---|
| | | |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, Asst Mgr

Signature ▶ [signature] Date ▶ 6-5-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

*For Privacy Act and Paperwork Reduction Act Notice, see page 4.* Form SS-4 (Rev. 4-2000)

ISA
DW3012 3.000

**_SKM VENTURES, LLC_**
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

SKM Ventures, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
SKM VENTURES, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
STRATTON K. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
STRATTON K. MURPHY 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

8a Type of entity (Check only one box.) (see instructions)
**Caution:** *If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [X] Other (specify) ▶ Disregarded entity
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)
- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). **Note:** *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. **Note:** *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [ ] Business (wholesale) [ ] Public (retail) [ ] Other (specify) ▶ [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, ASST MGR

Signature ▶ [signature] Date ▶ 6-5-00

Note: Do not write below this line. For official use only.

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

USA
9W0012 2.000

***MDM VENTURES, LLC***
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

MDM Ventures, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
MDM VENTURES, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
MARC D. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
MARC D. MURPHY 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

8a Type of entity (Check only one box.) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN) ______
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ ______ (enter GEN if applicable) ______
- [X] Other (specify) ▶ Disregarded entity
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent) ______
- [ ] Plan administrator (SSN) ______
- [ ] Other corporation (specify) ▶ ______
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)

- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [ ] Business (wholesale)
[ ] Public (retail) [ ] Other (specify) ▶ [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.

| Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN |
|---|---|---|
| | | |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, ASST MGR

Signature ▶ [signature] Date ▶ 6.5.00

Note: *Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

JSA
9W9002 3.000

*HDM, LLC*
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

HDM, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
HDM, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
HARRY D. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
HARRY D. MURPHY 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

8a Type of entity (Check only one box) (see instructions)
Caution: *If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶
- [X] Other (specify) ▶ Disregarded entity
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military
(enter GEN if applicable)

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box) (see instructions)

- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box.
[ ] Public (retail) [ ] Other (specify) ▶ [ ] Business (wholesale) [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
Note: *If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, Asst MGR

Signature ▶ [signature] Date ▶

Note: *Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo | Ind | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

Form SS-4 (Rev. 4-2000)

FSA
DWU017 3/000

*WHMJ, LLC*
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

WHMJ, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4**
(Rev. April 2000)
Department of the Treasury
Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
WHMJ, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
WENDELL H. MURPHY JR.

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
Rose Hill, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY JR. 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

8a Type of entity (Check only one box.) (see instructions)
**Caution:** *If applicant is a limited liability company, see the instructions for line 8a.*

- ☐ Sole proprietor (SSN) ______
- ☐ Partnership
- ☐ REMIC
- ☐ State/local government
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ▶ ______ (enter GEN if applicable) ______
- ☒ Other (specify) ▶ Disregarded entity
- ☐ Personal service corp.
- ☐ National Guard
- ☐ Farmers' cooperative
- ☐ Estate (SSN of decedent) ______
- ☐ Plan administrator (SSN) ______
- ☐ Other corporation (specify) ▶ ______
- ☐ Trust
- ☐ Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)

- ☒ Started new business (specify type) ▶ Investments
- ☐ Hired employees (Check the box and see line 12.)
- ☐ Created a pension plan (specify type) ▶
- ☐ Banking purpose (specify purpose) ▶
- ☐ Changed type of organization (specify new type) ▶
- ☐ Purchased going business
- ☐ Created a trust (specify type) ▶
- ☐ Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). **Note:** *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. **Note:** *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? ☐ Yes ☒ No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. ☐ Business (wholesale)
☐ Public (retail) ☐ Other (specify) ▶ ☒ N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? ☐ Yes ☒ No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, ASST MGR

Signature ▶ [signature] Date ▶ 6-5-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

Form SS-4 (Rev. 4-2000)

JSA
0W9012 3.000

***MURFAM FARMS, LLC***
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

Murfam Farms, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
MURFAM Farms, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
WENDELL H. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY 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

8a Type of entity (Check only one box) (see instructions)
Caution: *If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [X] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [ ] Other (specify) ▶
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box) (see instructions)
- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box
[ ] Public (retail) [ ] Other (specify) ▶ [ ] Business (wholesale) [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
Note: *If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL ASST MGR

Signature ▶ [signature] Date ▶ 6-5-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form **SS-4** (Rev. 4-2000)

***MURPHY PORK PARTNERS, LLC***
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

Murphy Pork Partners, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
MURPHY PORK PARTNERS, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
WENDELL H. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY 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

8a Type of entity (Check only one box.) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [X] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [ ] Other (specify) ▶
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)

- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [ ] Business (wholesale)
[ ] Public (retail) [ ] Other (specify) ▶ [X] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. Ezzell, Asst Mgr

Signature ▶ [signature] Date ▶ 6-5-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

JCA
0W0012 3.000

**_PSM FARMS, LLC_**
4134 U.S. Highway 117 South
Rose Hill, North Carolina 28458

June 5, 2000

Internal Revenue Service
Memphis, TN 37501

By FAX, 2 pages (901-546-3916)

Re: *SS-4 (Application for Employer Identification Number)*

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

In advance, thank you for your assistance.

PSM Farms, LLC

Brewer M. Ezzell, CPA
LLC Assistant Manger

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
PSM FARMS, LLC

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
HARRY D. MURPHY

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. Highway 117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
Duplin, NC

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
HARRY D. MURPHY 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

8a Type of entity (Check only one box.) (see instructions)
**Caution:** *If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [X] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [ ] Other (specify) ▶
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [ ] Other corporation (specify) ▶
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated — State / Foreign country

9 Reason for applying (Check only one box.) (see instructions)

- [X] Started new business (specify type) ▶ Investments
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
APRIL 10, 2000

11 Closing month of accounting year (see instructions)
DECEMBER 31

12 First date wages or annuities were paid or will be paid (month, day, year). **Note:** *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. **Note:** *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENTS

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [ ] Business (wholesale) [X] N/A
[ ] Public (retail) [ ] Other (specify) ▶

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
**Note:** *If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ BREWER M. EZZELL, Asst Mgr

Signature ▶ [signature] Date ▶ 6.5.00

**Note:** *Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

*MurFam, Inc.*
4134 US Highway 117 South
Rose Hill, North Carolina 28458

August 29, 2000

Internal Revenue Service
Memphis, TN 37501

By Fax, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

Thank you.

Sincerely,

MurFam, Inc.

Brewer M. Ezzell, CPA
Vice President

Telephone number 910-289-2111 (ext. 4015)

56-2210840

GOVERNMENT EXHIBIT 1655

Form **SS-4** (Rev. April 2000) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN APPLIED FOR

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
MURFAM, INC.

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
MURPHY FAMILY FARMS

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. HIGHWAY #117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
DUPLIN COUNTY, NORTH CAROLINA

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY 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

8a Type of entity (Check only one box) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [ ] Other (specify) ▶
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [X] Other corporation (specify) ▶ S CORPORATION, 1120S
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated — State: DELAWARE — Foreign country:

9 Reason for applying (Check only one box) (see instructions)

- [X] Started new business (specify type) ▶ INVESTMENT
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
06/23/00

11 Closing month of accounting year (see instructions)
DECEMBER

12 First date wages or annuities were paid or will be paid (month, day, year). *Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. *Note: If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENT

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [X] Business (wholesale) [ ] Public (retail) [ ] Other (specify) ▶ [ ] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)
(910) 289-2111

Fax telephone number (include area code)

Name and title (Please type or print clearly) ▶ Blane M Ezzell, Vice President

Signature ▶ [signature] Date ▶ 8-25-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

JSA
0W0012 3.000

MUCO00257

***PSM, Inc.***
4134 US Highway 117 South
Rose Hill, North Carolina 28458

August 29, 2000

Internal Revenue Service
Memphis, TN 37501

By Fax, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

Thank you.

Sincerely,

PSM, Inc.

Brewer M. Ezzell, CPA
Vice President

Telephone number 910-289-2111 (ext. 4015)

56-2210818

Form **SS-4**
(Rev. April 2000)
Department of the Treasury
Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)
▶ Keep a copy for your records.

EIN APPLIED FOR
OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
PSM, INC.

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
MURPHY FAMILY FARMS

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. HIGHWAY #117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
DUPLIN COUNTY, NORTH CAROLINA

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
HARRY D. MURPHY 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

8a Type of entity (Check only one box) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN) ___
- [ ] Partnership
- [ ] Personal service corp.
- [ ] REMIC
- [ ] National Guard
- [ ] State/local government
- [ ] Farmers' cooperative
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ ___ (enter GEN if applicable) ___
- [ ] Other (specify) ▶
- [ ] Estate (SSN of decedent) ___
- [ ] Plan administrator (SSN) ___
- [X] Other corporation (specify) ▶ S CORPORATION, 1120S
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated — State: DELAWARE — Foreign country:

9 Reason for applying (Check only one box) (see instructions)

- [X] Started new business (specify type) ▶ INVESTMENT
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
6/23/00

11 Closing month of accounting year (see instructions)
DECEMBER

12 First date wages or annuities were paid or will be paid (month, day, year). *Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. *Note: If the applicant does not expect to have any employees during the period, enter -0-. (See instructions.)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENT

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box [X] Business (wholesale)
[ ] Public (retail) [ ] Other (specify) ▶ [ ] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)
(910)289-2111

Fax telephone number (include area code)

Name and title (Please type or print clearly.) ▶ Brent M Ezzell, Vice Pres. Dept

Signature ▶ [signature] Date ▶ 8-25-00

*Note: Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

USA
3W9012 3.000

MUCO00259

***Murphy Pork, Inc.***
4134 US Highway 117 South
Rose Hill, North Carolina 28458

August 29, 2000

Internal Revenue Service
Memphis, TN 37501

By Fax, 2 pages (901-546-3916)

Re: SS-4 (Application for Employer Identification Number)

Dear Madam/Sir:

Enclosed please find my completed Form SS-4. Will you please FAX the assigned EIN back to me at 910-289-6468.

Thank you.

Sincerely,

Murphy Pork, Inc.

Brewer M. Ezzell, CPA
Vice President

Telephone number 910-289-2111 (ext 4015)

56-2210828

Form **SS-4**
(Rev. April 2000)
Department of the Treasury
Internal Revenue Service

# Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

▶ Keep a copy for your records.

EIN APPLIED FOR

OMB No. 1545-0003

Please type or print clearly.

1 Name of applicant (legal name) (see instructions)
MURPHY FORK, INC.

2 Trade name of business (if different from name on line 1)

3 Executor, trustee, "care of" name
MURPHY FAMILY FARMS

4a Mailing address (street address) (room, apt., or suite no.)
4134 U.S. HIGHWAY #117

5a Business address (if different from address on lines 4a and 4b)

4b City, state, and ZIP code
ROSE HILL, NC 28458

5b City, state, and ZIP code

6 County and state where principal business is located
DUPLIN COUNTY, NORTH CAROLINA

7 Name of principal officer, general partner, grantor, owner, or trustor - SSN or ITIN may be required (see instructions) ▶
WENDELL H. MURPHY 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

8a Type of entity (Check only one box.) (see instructions)
*Caution: If applicant is a limited liability company, see the instructions for line 8a.*

- [ ] Sole proprietor (SSN)
- [ ] Partnership
- [ ] REMIC
- [ ] State/local government
- [ ] Church or church-controlled organization
- [ ] Other nonprofit organization (specify) ▶ (enter GEN if applicable)
- [ ] Other (specify) ▶
- [ ] Personal service corp.
- [ ] National Guard
- [ ] Farmers' cooperative
- [ ] Estate (SSN of decedent)
- [ ] Plan administrator (SSN)
- [X] Other corporation (specify) ▶ S CORPORATION, 1120S
- [ ] Trust
- [ ] Federal government/military

8b If a corporation, name the state or foreign country (if applicable) where incorporated — State: DELAWARE — Foreign country:

9 Reason for applying (Check only one box.) (see instructions)

- [X] Started new business (specify type) ▶ INVESTMENT
- [ ] Hired employees (Check the box and see line 12.)
- [ ] Created a pension plan (specify type) ▶
- [ ] Banking purpose (specify purpose) ▶
- [ ] Changed type of organization (specify new type) ▶
- [ ] Purchased going business
- [ ] Created a trust (specify type) ▶
- [ ] Other (specify) ▶

10 Date business started or acquired (month, day, year) (see instructions)
05/23/00

11 Closing month of accounting year (see instructions)
DECEMBER

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ▶ N/A

13 Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ▶

| Nonagricultural | Agricultural | Household |
|---|---|---|
| 0 | 0 | 0 |

14 Principal activity (see instructions) ▶ INVESTMENT

15 Is the principal business activity manufacturing? [ ] Yes [X] No
If "Yes," principal product and raw material used ▶

16 To whom are most of the products or services sold? Please check one box. [X] Business (wholesale)
[ ] Public (retail) [ ] Other (specify) ▶ [ ] N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? [ ] Yes [X] No
*Note: If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ▶ Trade name ▶

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.

| Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN |
|---|---|---|
| | | |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Business telephone number (include area code)
(910)289-2111
Fax telephone number (include area code)

Brewer M. Ezzell, Vice President
Name and title (Please type or print clearly.) ▶

Signature ▶ [signature] Date ▶ 8-25-00

Note: *Do not write below this line. For official use only.*

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form SS-4 (Rev. 4-2000)

JSA
0W1010 2.000

**EXHIBIT G34**

MURPHY FARMS ,
QUARTER M FARMS
SHAREHOLDER SUMMARY

MURPHY FARMS, INC. CAPITAL GAIN

| SHAREHOLDER | OWNERSHIP PERCENTAGE | MURPHY FARMS EXCLUDED ASSETS | DIV. NOTE REPAYMENT | TOTAL NFI | 3% EQUITY CONTRIBUTION | 5% TRADING CAPITAL Securities | Cash | Total | 2.50% FEE | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WENDELL MURPHY | 35.1043116% | 33,617,661 | 3,478,153 | 36,294,111 | 781,423 | 52,776 | 475,166 | 527,442 | 658,663 | 1,836,701 | 52,776 |
| PETE MURPHY | 8.0062359% | 5,170,470 | 444,540 | 6,031,010 | 180,433 | 14,159 | 166,807 | 170,416 | 150,525 | 439,443 | 14,159 |
| JOYCE MURPHY NORMAN | 13.7160064% | 8,190,463 | 1,435,884 | 9,643,767 | 298,463 | 19,119 | 174,437 | 193,655 | 313,096 | 307,039 | 19,119 |
| DELL MURPHY | 24.3190604% | 15,594,844 | 1,447,456 | 17,252,470 | 417,673 | 36,470 | 276,463 | 345,044 | 471,810 | 1,257,481 | 36,470 |
| WENDY CRUMPLER | 7.1137495% | 4,404,157 | 133,899 | 6,218,056 | 158,942 | 10,744 | 93,617 | 104,361 | 130,491 | 890,610 | 10,744 |
| STRATTON MURPHY | 4.0062106% | 3,745,096 | 445,093 | 3,830,191 | 96,807 | 6,434 | 86,170 | 94,604 | 86,765 | 838,632 | 6,434 |
| MARC MURPHY | 4.0062105% | 3,745,096 | (77,432) | 3,622,520 | 84,677 | 6,434 | 98,017 | 94,451 | 90,603 | 875,851 | 6,434 |
| ANGELA BROWN | 3.8211482% | 2,476,404 | 466,132 | 2,470,437 | 89,864 | 6,442 | 83,666 | 89,476 | 74,473 | 817,436 | 6,442 |
| | 100.0000000% | 84,000,000 | 18,000,000 | 74,000,000 | 2,220,000 | 160,000 | 1,230,000 | 1,480,000 | 1,480,000 | 8,400,000 | 160,000 |

QUARTER M FARMS, INC. CAPITAL GAIN

| SHAREHOLDER | OWNERSHIP PERCENTAGE | CAPITAL GAIN | 3% EQUITY CONTRIBUTION | 5% TRADING CAPITAL Securities | Cash | Total | 2.50% FEE | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|---|---|---|---|---|---|---|
| PETE MURPHY | 49.8226681% | 5,010,723 | 177,862 | 12,000 | 108,874 | 118,874 | 117,866 | 431,904 | 12,000 |
| STRATTON MURPHY | 25.0386579% | 3,040,638 | 91,819 | 6,000 | 84,813 | 90,813 | 79,019 | 231,849 | 6,000 |
| MARC MURPHY | 25.0386579% | 3,040,639 | 91,819 | 6,000 | 84,813 | 90,813 | 79,019 | 231,849 | 6,000 |
| | 100.000000% | 12,000,000 | 360,000 | 24,000 | 216,000 | 240,000 | 300,000 | 816,000 | 24,000 |

SHAREHOLDER EXTRA ORDINARY INCOME

| SHAREHOLDER | ORDINARY INCOME | 3% EQUITY CONTRIBUTION | 2% TRADING CAPITAL | 2.50% FEE | TOTAL CASH NEEDS |
|---|---|---|---|---|---|
| WENDELL MURPHY | 8,000,000 | 240,000 | 160,000 | 200,000 | 600,000 |
| PETE MURPHY | 2,000,000 | 60,000 | 40,000 | 50,000 | 150,000 |
| DELL MURPHY | 4,000,000 | 120,000 | 80,000 | 100,000 | 300,000 |
| | 14,000,000 | 420,000 | 280,000 | 350,000 | 1,050,000 |

GOVERNMENT EXHIBIT 1700 PENGAD-Bayonne, N. J.

GOVERNMENT EXHIBIT 34 PENGAD 800-631-6989

MUEY01819

**MURPHY FARMS**
**QUARTER M FARMS**
**TOTAL CASH NEEDS**

| SHAREHOLDER | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|
| WENDELL MURPHY | 2,525,500 | 53,500 |
| JOYCE MURPHY NORMAN | 707,800 | 19,700 |
| DELL MURPHY | 1,582,500 | 35,000 |
| WENDY CRUMPLER | 336,800 | 10,700 |
| ANGELA BROWN | 218,900 | 8,100 |
| PETE MURPHY | 1,025,600 | 24,400 |
| STRATTON MURPHY | 459,700 | 12,800 |
| MARC MURPHY | 459,700 | 12,800 |
| TOTAL CASH NEEDS | 7,347,500 | 175,000 |



MUEY01820

**EXHIBIT G35**

MURPHY FARMS
QUARTER M FARMS
PARTNERSHIPS

**PARTNERSHIP 1 CAPITAL GAIN**

| SHAREHOLDER | OWNERSHIP PERCENTAGE | CAPITAL GAIN: Murphy Farms | Dividend Hills | Quarter M Farms | Total | Rounded | 3% EQUITY CONTRIBUTION | 2% TRADING CAPITAL: Securities | Cash | Total | 2.50% FEE | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WENDELL MURPHY | 42.787682% | 22,517,961 | 3,876,150 | | 26,394,111 | 26,400,000 | 792,000 | 63,600 | 474,600 | 528,000 | 660,000 | 1,926,600 | 63,600 |
| JOYCE MURPHY NORMAN | 16.721732% | 8,168,853 | 1,635,894 | | 9,803,757 | 9,800,000 | 291,000 | 18,700 | 174,300 | 194,000 | 242,500 | 707,800 | 18,700 |
| DELL MURPHY | 28.038880% | 15,584,549 | 1,667,859 | | 17,252,408 | 17,300,000 | 519,000 | 35,000 | 311,000 | 346,000 | 432,500 | 1,262,500 | 35,000 |
| WENDY GRUMFLER | 8.668661% | 4,584,157 | 633,899 | | 5,218,056 | 5,300,000 | 159,000 | 10,700 | 95,300 | 106,000 | 132,500 | 389,800 | 10,700 |
| ANGELA BROWN | 4.842737% | 2,609,804 | 469,132 | | 2,878,936 | 3,000,000 | 90,000 | 6,100 | 53,900 | 60,000 | 75,000 | 218,900 | 6,100 |
| | 100.000000% | 53,333,334 | 8,183,635 | - | 61,528,208 | 61,700,000 | 1,851,000 | 125,000 | 1,109,000 | 1,234,000 | 1,542,500 | 4,602,500 | 125,000 |

**PARTNERSHIP 2 CAPITAL GAIN**

| SHAREHOLDER | OWNERSHIP PERCENTAGE | CAPITAL GAIN: Murphy Farms | Dividend Hills | Quarter M Farms | Total | Rounded | 3% EQUITY CONTRIBUTION | 2% TRADING CAPITAL: Securities | Cash | Total | 2.50% FEE | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PETE MURPHY | 48.780488% | 5,176,470 | 844,540 | 5,618,727 | 11,636,737 | 12,000,000 | 360,000 | 24,400 | 215,600 | 240,000 | 300,000 | 876,000 | 24,400 |
| STRATTON MURPHY | 25.609756% | 2,745,098 | 486,063 | 3,040,636 | 6,270,630 | 6,300,000 | 189,000 | 12,600 | 113,400 | 126,000 | 157,500 | 459,700 | 12,600 |
| MARC MURPHY | 25.609756% | 2,745,098 | 477,432 | 3,040,636 | 6,263,166 | 6,300,000 | 189,000 | 12,600 | 113,400 | 126,000 | 157,500 | 459,700 | 12,600 |
| | 100.000000% | 10,666,666 | 1,807,065 | 12,000,000 | 24,473,731 | 24,600,000 | 738,000 | 49,600 | 442,000 | 492,000 | 615,000 | 1,795,000 | 49,600 |
| Grand Total Capital Gain | | 64,000,000 | 10,000,000 | 12,000,000 | 86,000,000 | 86,300,000 | | | | | | | |

**PARTNERSHIP 3 ORDINARY INCOME**

| SHAREHOLDER | OWNERSHIP PERCENTAGE | ORDINARY INCOME | 3% EQUITY CONTRIBUTION | 2% TRADING CAPITAL | 2.50% FEE | TOTAL CASH NEEDS |
|---|---|---|---|---|---|---|
| WENDELL MURPHY | 57.142857% | 8,000,000 | 240,000 | 160,000 | 200,000 | 600,000 |
| PETE MURPHY | 14.285714% | 2,000,000 | 60,000 | 40,000 | 50,000 | 150,000 |
| DELL MURPHY | 28.571429% | 4,000,000 | 120,000 | 80,000 | 100,000 | 300,000 |
| | 100.000000% | 14,000,000 | 420,000 | 280,000 | 350,000 | 1,050,000 |

PENGAD 800-631-6989
GOVERNMENT EXHIBIT 35

MURPHY FARMS
QUARTER M FARMS
TOTAL CASH NEEDS

| SHAREHOLDER | TOTAL CASH NEEDS | TOTAL SECURITIES NEEDS |
|---|---|---|
| WENDELL MURPHY | 2,526,500 | 53,500 |
| JOYCE MURPHY NORMAN | 707,800 | 19,700 |
| DELL MURPHY | 1,562,500 | 35,000 |
| WENDY CRUMPLER | 386,800 | 10,700 |
| ANGELA BROWN | 218,900 | 6,100 |
| PETE MURPHY | 1,025,600 | 24,400 |
| STRATTON MURPHY | 459,700 | 12,800 |
| MARC MURPHY | 459,700 | 12,800 |
| TOTAL CASH NEEDS | 7,347,500 | 175,000 |

GOVERNMENT EXHIBIT 1688

MUCO00250

# EXHIBIT G36

ERNST & YOUNG LLP

INVOICE NUMBER: 20731159

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Angela N. Brown
152 River Ridge
Wallace, NC 28466

BU US017 CLIENT NUMBER: 60022762

For professional services rendered in connection with the following:

Tax Consulting Services

*Total Due* $60,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

REMITTANCE COPY

GOVERNMENT EXHIBIT 36

I19.1



IRSADMIN002181

ERNST & YOUNG LLP

INVOICE NUMBER: 20731168

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P O Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Mr. Harry D. Murphy
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU US017 CLIENT NUMBER 60022761

For professional services rendered in connection with the following

Tax Consulting Services

*Total Due* $280,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

I/12.1 -

ERNST & YOUNG LLP

INVOICE NUMBER: 20731213

April 27, 2000

**PLEASE REMIT TO:**

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O Box 101633
Atlanta GA 30392-1633

EIN: 34-6565596

Wendell H. Murphy
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU US017 CLIENT NUMBER 60022761

For professional services rendered in connection with the following.

Tax Consulting Services

*Total Due* $688,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

I10.T



IRSADMIN002796

ERNST & YOUNG LLP

INVOICE NUMBER: 20731196

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Marc D. Murphy
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU: US017 CLIENT NUMBER 60022762

For professional services rendered in connection with the following:

Tax Consulting Services

*Total Due* **$126,000.00**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

# FILE COPY

ERNST & YOUNG LLP

INVOICE NUMBER: 20731236

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P O Box 101633
Atlanta GA 30392-1633

EIN: 34-6565596

Wendell H. Murphy Jr.
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU US017 CLIENT NUMBER 60022762

For professional services rendered in connection with the following

Tax Consulting Services

*Total Due* $426,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

I/1.1

ERNST & YOUNG LLP

INVOICE NUMBER: 20731227

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O. Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Wendy M. Crumpler
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU US017 CLIENT NUMBER 60022762

For professional services rendered in connection with the following

Tax Consulting Services.

*Total Due* $106,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

M. 63.1

ERNST & YOUNG LLP

INVOICE NUMBER: 20731185

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O. Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Joyce Murphy Norman
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU: US017 CLIENT NUMBER: 60022762

For professional services rendered in connection with the following:

Tax Consulting Services.

*Total Due* $194,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

REMITTANCE COPY

MUFOIA04224

ERNST & YOUNG LLP

INVOICE NUMBER: 20731207

April 27, 2000

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P O Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Stratton K. Murphy
c/o Murphy Family Farms
4134 US Hwy 117
Rose Hill, NC 28458

BU US017 CLIENT NUMBER 60022762

For professional services rendered in connection with the following:

Tax Consulting Services

*Total Due* $126,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

N-34.1

Nov-07-03 14:55 From-

ERNST & YOUNG LLP **FILE COPY**

**INVOICE NUMBER:** 20970000

**December 21, 2000**

**PLEASE REMIT TO:**

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O. Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

**Murfam II**
**Post Office Box 759**
**Rose Hill, NC 28458**

**BU: US017 CLIENT NUMBER: 60022762**

For professional services rendered in connection with the following:

- Estate and financial planning

***Total Due*** **$56,725.00**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

J1.2



IRSADMIN002183

Nov-07-03 14:35 From-

ERNST & YOUNG LLP

FILE COPY

INVOICE NUMBER: 20970004

December 21, 2000

**PLEASE REMIT TO:**

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O. Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

Murphy Pork II
Post Office Box 759
Rose Hill, NC 28458

BU. US017 CLIENT NUMBER: 60022762

For professional services rendered in connection with the following:

- Estate and financial planning.

*Total Due* $14,560.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

I17.1



IRSADMIN002803

ERNST & YOUNG LLP

FILE COPY

INVOICE NUMBER: 20970002

December 21, 2000

PSM II
Post Office Box 759
Rose Hill, NC 28458

PLEASE REMIT TO:

Ernst & Young LLP
Wachovia - Atlanta 101633
P.O. Box 101633
Atlanta, GA 30392-1633

EIN: 34-6565596

BU. US917 CLIENT NUMBER: 60022762

For professional services rendered in connection with the following:

- Estate and financial planning

*Total Due* $22,715.00

Per Pat, this item was also included in investment basis due I-4

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

CLIENT COPY

J-2.1

# EXHIBIT G37

May 12, 2000

ANB, LLC
152 River Edge
Wallace, NC 28466

PROSKAUER ROSE LLP 1585 Broadway New York, NY 10036-8299

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing $6,000.00

0002/53510-001 NYLIB1/1155315 v1 05/12/00 11:48 AM 116513

GOVERNMENT EXHIBIT 37

I14.1



IRSADMIN002175

#9

May 12, 2000

HDM, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

PROSKAUER ROSE LLP 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-1840454

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ........................................ $28,000.00

N-28 I

#9

May 12, 2000

VHM Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**FROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-1840454

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ........................................ $68,600.00

N-261

#4

May 12, 2000

MDM, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-1840454

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ........................................... $12,600.00

B:2

#9

May 12, 2000

WHMJ, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-1840454

---

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ........................................ $42,400.00

N-27.1

R.-

#9

May 12, 2000

WMC LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

PROSKAUER ROSE LLP 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-1840454

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ........................................... **$10,600.00**

M-58 /

May 12, 2000

JMN Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

PROSKAUER ROSE LLP [illegible] New York, NY [illegible] [illegible] 13-[illegible]

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing | $19,200.00 |



I13.1

May 12, 2000

SKM Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hill, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-[illegible]

---

FOR PROFESSIONAL SERVICES RENDERED in connection with structuring and formation of LLC, drafting, preparation and revision of documents and agreements, correspondence with Deutsche Bank and Ernst & Young, preparation of opinion letter, and correspondence, meetings and telephone calls with respect to the foregoing ............................................ $12,600.00

September 14, 2000

ANB, LLC
152 River Edge
Wallace, NC 28466

**PROSKAUER ROSE LLP** 1585 Broadway, New York, NY 10036-8299 [illegible] No. 13-[illegible]

---

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with drafting of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $6,000.00 |
| Miscellaneous charges and disbursements ...................... | $225.00 |
| | $6,225.00 |

MURFAM

MUCO00272

September 14, 2000

HDM, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. [illegible]

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinions, research and telephone calls with respect thereto ........................................ | $28,000.00 |
| Miscellaneous charges and disbursements ...................... | $1,050.00 |
| | $29,050.00 |

PSM

MUCO00271

September 14, 2000

WHMJ, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York NY [illegible] Employer Identification No. [illegible]

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $42,400.00 |
| Miscellaneous charges and disbursements ........................ | $1,590.00 |
| | $43,990.00 |

MURFAM

MUCO00270

September 14, 2000

MDM, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway
New York, NY 10036-8299 Employer Identification No. [illegible]

| | |
|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $12,600.00 |
| Miscellaneous charges and disbursements ........................ | <u>$472.50</u> |
| | <u>$13,072.50</u> |

PSM

September 14, 2000

WHM Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** [illegible] Broadway
New York, NY [illegible]
Employer Identification No. [illegible]

---

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $68,600.00 |
| Miscellaneous charges and disbursements ........................ | $2,572.50 |
| | $71,172.50 |

MURFAM

MUCO00268

September 14, 2000

WMC LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway
New York NY 10036-8299 Employer Identification No [illegible]

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $10,500.00 |
| Miscellaneous charges and disbursements ...................... | $397.50 |
| | $10,897.50 |

MURFAM

MUCO00267

September 14, 2000

D&M Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. 13-[illegible]

| | |
|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto ........................................ | $19,200.00 |
| Miscellaneous charges and disbursements ...................... | $720.00 |
| | $19,920.00 |

MURFAM

MUCO00266

September 14, 2000

SKM Ventures, LLC
c/o Murphy Family Farms
4134 U.S. Highway #117
Rose Hills, NC 28458

**PROSKAUER ROSE LLP** 1585 Broadway New York, NY 10036-8299 Employer Identification No. [illegible]

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED for the period ended August 31, 2000 in connection with preparation of documents, preparation and review of opinion, research and telephone calls with respect thereto .............. .......................... | $12,600.00 |
| Miscellaneous charges and disbursements ...................... | $472.50 |
| | $13,072.50 |

PSM

MUCO00265

carrie.yackee@[illegible] on 09/26/2000 02:43:59 PM

To: Ray Knight/[illegible]/TAX/EYLLP/US @ EY-NAmerica
cc:
Subject:

| Account name | Account number |
|---|---|
| MURFAM Farms LLC | 222-10824-11 |
| PSM Farms LLC | 222-10825-10 |
| murphy Pork Partners LLC | 222-10326-19 |

Carrie M. Yackee

DB Alex Brown LLC
222 W. Adams
Suite 1900
Chicago, IL 60606
312-424-6921
312-424-6019 fax
800-552-7200

| | |
|---|---|
| Total Invoice Amounts: | $207,500 |
| Payments To Be Made From: | |
| MURFAM | <152,305> |
| PSM | < 55,195> |
| Unallocated Balance | $ 0 |

OK [signature]

MUCO00264