**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**JOINT MOTION TO EXTEND REPLY MOTION DEADLINES**

Plaintiffs, MURFAM Farms, LLC, PSM Farms, LLC, and Murphy Pork Partners, LLC, ("Plaintiffs") and the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to extend the deadlines for responding to Plaintiffs' and Defendant's respective motions to limit/exclude expert testimony and Plaintiffs' motion for partial summary judgment to Friday, May 16, 2008. In support of this Joint Motion, the Parties show the Court as follows:

1. On March 7, 2008, the Parties filed the following motions with this Court:

   a. Plaintiffs filed a Motion for Partial Summary Judgment Regarding the Validity of Treasury Regulation § 1.752-6.

   b. Plaintiffs also filed a Motion to Exclude Government Expert David LaRue.

   c. Defendant filed a Motion to Partially Exclude the Expert Report and

Testimony of Don M. Chance.

d. Defendant also filed a Motion to Exclude the Expert Report and Testimony of Melvin F. Jager.

e. Defendant also filed a Motion to Exclude the Expert Report and Testimony of Stuart A. Smith.

f. The motions described above are collectively referred to herein as the "Motions."

2. Responses to the Motions were filed on April 21, 2008.

3. The reply date for the majority of the Motions is as early as Monday, May 5, 2008. Plaintiffs' reply date for the Motion for Partial Summary Judgment Regarding the Validity of Treasury Regulation § 1.752-6 is May 8, 2008 or May 9, 2008.

4. Given the number of pending motions, the Parties agree that a short extension of the response deadlines is necessary and desirable to permit the Parties to respond fully and completely to each Motion.

5. The Parties further agree that would be administratively efficient for the Parties and this Court to coordinate the deadlines for responding to all pending Motions. Substantially similar Motions are also pending in the related COBRA cases pending in the Court of Federal Claims and Southern District of Indiana. Simultaneous to the filing of this Joint Motion, the parties of *JZ Buckingham Investments LLC* v. the United States, Fed. Cl. No. 05-231T and the parties of *In re: COBRA Tax Shelters Litigation*, 1:05-ml-09727-JDT-WTL, are also filing joint motions to adopt a deadline for responding to the motions pending in those cases that is identical to the deadline proposed above.

6. The Parties therefore respectfully request that the Court extend the deadlines for responding to the Motions to Friday, May 16, 2008.

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, a copy of the foregoing Joint Motion to Extend Reply Motion Deadlines was served upon counsel listed below via electronic means.

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Dennis M. Donohue
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov