**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER**

The Court hereby ORDERS that the deadlines for these motions be extended as follows:

- Defendant's Reply to Plaintiffs' Response to Motion to Exclude the Expert Report and Opinions of Stuart A. Smith (Docket Entries #42 and 53) shall be due on or before May 16, 2008.

- Defendant's Reply to Plaintiffs' Response to Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance (Docket Entries #43 and 55) shall be due on or before May 16, 2008.

- Defendant's Reply to Plaintiffs' Response to Motion to Exclude the Expert Testimony of Melvin F. Jager (Docket Entries #45 and 56) shall be due on or before May 16, 2008.

- Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion to Exclude Government Expert David LaRue (Docket Entries #46 and 54) shall be due on or before May 16, 2008.

- Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 (Docket Entries #47 and

57) shall be due on or before May 16, 2008.

Signed on the _________ day of _____________________, 2008

_______________________________
EDWARD J. DAMICH
Chief Judge