gov.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

**MURFAM FARMS, LLC,** §
**By and Through Wendell H. Murphy, Jr.,** §
**a Partner Other Than Tax Matters Partner,** §
§
§
**PSM FARMS, LLC,** §
**By and Through Stratton K. Murphy,** §
**a Partner Other Than Tax Matters Partner,** §
§
**MURPHY PORK PARTNERS, LLC** §
**By and Through Wendell H. Murphy, Jr.** §
**a Partner Other Than Tax Matters Partner,** §
§
**Plaintiffs,** §
§
**v.** §
§
**UNITED STATES OF AMERICA,** §
§
**Defendant.** §

**REPLY APPENDIX**

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|---|---|---|
| 1 thru 4 | Attached to Chance *Daubert* Motion | |
| 5 | Kolbe Reply Declaration | 2-22 |
| 6 | Kolbe Rebuttal to Chance Report, July 2, 2007 | 23-46 |