**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO CORRECT DOCKET ENTRY NO. 65**

Plaintiffs MURFAM Farms, LLC, PSM Farms, LLC, and Murphy Pork Partners, LLC, (collectively, "Plaintiffs"), hereby move this Court for leave to correct the filing of their Sur-Reply:

1. On May 16, 2008, Plaintiffs filed with this court a Sur-Reply in the above styled case.

2. Plaintiffs intended to submit the filed pleading as a Reply, rather than a Sur-Reply.

3. Plaintiffs believe it is necessary and desirable to correct this filing to reflect its proper nature.

4. Counsel for Plaintiffs has contacted counsel for Defendant, who advised that Defendant does not oppose the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Motion be granted, and that the Court correct Docket Entry No. 65 to designate the filed Sur-Reply as Plaintiffs' Reply Motion to the United States' Response to its Motion to Exclude Government Expert David LaRue.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On this the 16th day of May, 2008, counsel for Plaintiffs contacted counsel for the United States, David Steiner, regarding the relief sought in this Motion. Counsel for the United States stated that it did not oppose the granting of this Motion.

s/Anthony P. Daddino

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, a copy of the foregoing Unopposed Motion for Leave to Correct Docket Entry No. 65 was served upon counsel listed below via electronic means.

*Via Electronic Means*

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

*Via Federal Express*

Joseph Pitzinger, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N.Crouch