IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE COBRA TAX SHELTERS LITIGATION | § § § | Cause No. 1:05-ml-9727-LJM-WTL<br>M.D.L. Docket No. 1727 |
| THIS DOCUMENT RELATES TO:<br>1:06-cv-8000-LJM-WTL | § § § § § § | |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' REPLY TO THE UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Court, having considered the United States' Motion for Leave to File a Sur-Reply, and any response thereto, finds that the motion should be GRANTED.

SO ORDERED: 05/28/2008

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTE TO ALL COUNSEL OF RECORD



1307616.1 3303587.1