**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' MOTION TO STRIKE UNITED STATES' NOTICE OF RELEVANT LAW REVIEW ARTICLE**

The Government recently notified this Court of a *law review article* that it proclaims is "highly relevant" to these proceedings.

Putting aside that the article reads like a legal brief for the Government, the article is both irrelevant and improper. It is irrelevant because it offers only the personal and unqualified opinions of its authors – nothing of precedential value to this Court. It is likewise improper because it is the equivalent of opinion testimony by the Government, which is not only unforgivably tardy (more than one year after the exchange of expert reports), but also impermissible as testimony on legal issues. Not surprisingly, one of those legal issues is the

validity of the retroactive Treas. Reg. § 1.752-6, which is the subject of a motion pending before this Court.

In short, this Court should not allow the Government's thinly-disguised attempt to belatedly supplement its briefing and expert testimony in this case. Plaintiffs' therefore request that the Court grant its Motion and strike the Government's Notice of Relevant Law Review Article. Alternatively, Plaintiffs' request the opportunity to offer opinion testimony by other respected members of the tax community so that this Court may have a balanced viewpoint.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On this the 10th day of July, 2008, counsel for Plaintiffs contacted counsel for the United States, David Steiner, regarding the relief sought in this Motion. Counsel for the United States stated that it is opposed to the granting of this Motion.

s/Anthony P. Daddino

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, a copy of the foregoing Motion was served upon counsel listed below via electronic means.

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq.
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N. Crouch