# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

## UNITED STATES' EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CONFIRM JURISDICTION

The United States moves this Court to enter an order for an enlargement of time for defendants' response to plaintiffs' motion to confirm jurisdiction, presently due on July 21, to August 1. The United States has requested the views of the Internal Revenue Service regarding some of the issues raised in plaintiffs' motion. The Internal Revenue Service has requested additional time to provide its views on these matters.



1307616.1

Therefore, the United States respectfully requests that the Court grant its motion for an enlargement of time to respond to plaintiffs' motion to confirm jurisdiction until August 1.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

CERTIFICATE OF CONFERENCE

On July 16 and 17, 2008, I spoke to Mr. Anthony Daddino, an attorney for plaintiffs and asked if plaintiffs would oppose the government's motion for an enlargement of time. Mr. Daddino informed me that plaintiffs would oppose the motion.

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17th, 2008, I electronically filed the foregoing **UNITED STATES' EMERGENCY MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892