# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Nos. 06-245T, 06-246T, and 06-247T
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC** | § |
| **By and Through Wendell H. Murphy, Jr.** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

## ORDER GRANTING UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CONFIRM JURISDICTION

The Court, having considered the United States' Motion for an Enlargement of Time to Respond to Plaintiffs' Motion to Confirm Jurisdiction, and any response thereto, finds that the motion should be GRANTED. The United States shall file its Response on or before August 1, 2008.



1307616.1

SO ORDERED:

________________________________
CHIEF JUDGE DAMICH