**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 06-245T, 06-246T, and 06-247T**
**(Consolidated)**

| | |
|---|---|
| **MURFAM FARMS, LLC,** | § |
| **By and Through Wendell H. Murphy Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **PSM FARMS, LLC,** | § |
| **By and Through Stratton K. Murphy,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **MURPHY PORK PARTNERS, LLC,** | § |
| **By and Through Wendell H. Murphy, Jr.,** | § |
| **a Partner Other Than Tax Matters Partner,** | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | § |
| | § |
| **UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CONFIRM JURISDICTION**

The United States has moved this Court for additional time to respond to Plaintiffs' Motion to Confirm Jurisdiction *solely* on the grounds that it has solicited, but not yet received, the views of the IRS on the issues raised by Plaintiffs' Motion. The United States offers no other justification for additional time.

Plaintiffs object to this request only to point out the conflicting position of the United States, which time and time again has proclaimed that DOJ Tax Division and the IRS do not unify their litigation positions. Indeed, in a prior filing with this Court in a related COBRA case, the United States expressly denied any unified front and declared that "[t]he IRS is not privy to the legal and factual positions which have been developed by counsel for the United States in

this litigation."[1] The United States used this lack of unity to marginalize Plaintiffs' request for information on the IRS' treatment of long and short digital options as separate investments for certain purposes under the federal tax laws. And yet, the United States now sees it fit to align itself with the IRS in an attempt to obtain additional time. This type of gamesmanship should not be condoned.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

[1] *JZ Buckingham Investments, LLC v. United States*, Case No. 05-231T, United States' Opposition to Plaintiff's Corrected and Amended Motion to Compel Defendant to Comply With Rule 30(b)(6) Notice and Memorandum in Support of its Cross Motion For a Protective Order filed Dec. 3, 2007, p. 11.

# CERTIFICATE OF SERVICE

I hereby certify that on July 17 2008, a copy of the foregoing Motion was served upon counsel listed below via electronic means.

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq.
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N. Crouch