**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE IRREVOCABLE TRUST FOR AMANDA K. RAWLS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. SA-07-CA-0281-FB** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**AND**

| | | |
|---|---|---|
| **THE IRREVOCABLE TRUST FOR STEVEN P. RAWLS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. SA-07-CA-0282-FB** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**AND**

| | | |
|---|---|---|
| **THE IRREVOCABLE TRUST FOR STEVEN P. RAWLS AND THE IRREVOCABLE TRUST FOR AMANDA K. RAWLS, as Notice Partners of RAWLS HOLDINGS, L.P.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. SA-06-CA-0202-FB** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

EXHIBIT
tabbies
A

**ORDER OF CONSOLIDATION**

Before the Court are Motion(s) to Consolidate filed by plaintiffs in cause numbers SA-07-CA-281-FB (docket no. 3) and SA-07-CA-282-FB (docket no. 3). Pursuant to a previous Order of Consolidation, the case styled The Irrevocable Trust for Steven P. Rawls and the Irrevocable Trust for Amanda K. Rawls and Rawls Holdings, L.P., as Notice Partners of Rawls Investments, L.P v. The United States of America., Civil Action No. SA-06-CA-203, was consolidated into cause number SA-06-CA-202-FB. Plaintiffs now seek to consolidate two new cases, cause numbers SA-07-CA-281-FB and SA-07-CA-282-FB, into cause number SA-06-CA-202-FB. The motions are unopposed. The Court finds these two new causes present common questions of law and fact with the previously consolidated cases, further consolidation will reduce cost and delay, and as the motions are unopposed, good cause exists for the granting of such further consolidation.

IT IS THEREFORE ORDERED that the Motion(s) to Consolidate filed by plaintiffs in cause numbers SA-07-CA-281-FB (docket no. 3) and SA-07-CA-282-FB (docket no. 3) are GRANTED such that causes SA-07-CA-281-FB and SA-07-CA-282-FB are consolidated into Civil Action No. SA-06-CA-202-FB. All pleadings and documents filed hereafter shall be consolidated under cause number SA-06-CA-202-FB.

It is so ORDERED.

SIGNED this 4th day of April, 2007.

FRED BIERY
UNITED STATES DISTRICT JUDGE

FILED

MAR 3 0 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **The Irrevocable Trust for Amanda K. Rawls** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | CASE NO. SA07CA0281 FB |
| **United States of America,** | § | |
| **Defendant.** | § | |

## MOTION TO CONSOLIDATE

Pursuant to Fed. R. Civ. P. 42(a), The Irrevocable Trust for Steven P. Rawls ("Plaintiff" or "SPR Trust") moves this Court to consolidate this case ("Complaint for Refund") with the case styled *The Irrevocable Trust for Steven P. Rawls and The Irrevocable Trust for Amanda K. Rawls, as Notice Partners of Rawls Holdings, L.P.*, Case No. SA-06-CA-0202-FB and in support thereof shows the Court as follows:

1. A court may consolidate lawsuits for actions involving common questions of law or fact. *See* Fed. R. Civ. Proc. 42(a).

2. Case No. SA-06-CA-0202-FB and SPR Trust's Complaint for Refund involve common questions of law and fact because they both essentially relate to and derive from the same set of Notices of Final Partnership Administrative Adjustment (the "FPAAs") issued by the Internal Revenue Service. Case No. SA-06-CA-0202-FB challenges adjustments proposed by the Internal Revenue Service in the FPAAs while the SPR Trust's Complaint for Refund requests

a refund of penalties and interest remitted to the IRS as a result of those FPAAs. As such, the same set of facts and issues should determine the outcome in both cases.

3. Consolidation will conserve judicial resources and reduce the time and expense of trying the actions separately and will not result in any delay, confusion or prejudice to the parties.

4. The AKR Trust is also a plaintiff in Case No. SA-06-CA-0202-FB.

5. Defendant is not opposed to the granting of this Motion to Consolidate.

For the above reasons, Plaintiff requests that this case and Case No. SA-06-CA-0202-FB be consolidated.

Respectfully submitted,

By: ______________________
M. Todd Welty
Texas State Bar No. 00788642
David E. Colmenero
Texas State Bar No. 24001908

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
dcolmenero@meadowsowens.com

ATTORNEYS-IN-CHARGE FOR PETITIONERS

**CERTIFICATE OF CONFERENCE**

On the 29th day of March, 2007, I contacted counsel for the United States in Case No. SA-06-CA-0202-FB, Christopher Egan, regarding this Motion to Consolidate. Mr. Egan stated that Defendant was not opposed to the granting of this Motion.

David E. Colmenero

**CERTIFICATE OF SERVICE**

On the 29th day of March, 2007, a copy of the foregoing Unopposed Motion to Consolidate was delivered to counsel listed below via the means indicated.

***Via Certified Mail, Return Receipt Requested***
Grover Hartt, III
Assistant Chief, Civil Trial Section
Southwestern Region
U.S. Department of Justice, Tax Division
717 North Harwood, Suite 400
Dallas, Texas 75201

David E. Colmenero

FILED

MAR 3 0 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **The Irrevocable Trust for Steven P. Rawls** | § | |
| | § | |
| **Petitioner,** | § | |
| **v.** | § | SA07CA0282 FB |
| | § | |
| **United States of America,** | § | CASE NO. ________ |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**MOTION TO CONSOLIDATE**

Pursuant to Fed. R. Civ. P. 42(a), The Irrevocable Trust for Steven P. Rawls ("Plaintiff" or "SPR Trust") moves this Court to consolidate this case ("Complaint for Refund") with the case styled *The Irrevocable Trust for Steven P. Rawls and The Irrevocable Trust for Amanda K. Rawls, as Notice Partners of Rawls Holdings, L.P.*, Case No. SA-06-CA-0202-FB and in support thereof shows the Court as follows:

1. A court may consolidate lawsuits for actions involving common questions of law or fact. *See* Fed. R. Civ. Proc. 42(a).

2. Case No. SA-06-CA-0202-FB and SPR Trust's Complaint for Refund involve common questions of law and fact because they both essentially relate to and derive from the same set of Notices of Final Partnership Administrative Adjustment (the "FPAAs") issued by the Internal Revenue Service. Case No. SA-06-CA-0202-FB challenges adjustments proposed by the Internal Revenue Service in the FPAAs while the SPR Trust's Complaint for Refund requests

a refund of penalties and interest remitted to the IRS as a result of those FPAAs. As such, the same set of facts and issues should determine the outcome in both cases.

3. Consolidation will conserve judicial resources and reduce the time and expense of trying the actions separately and will not result in any delay, confusion or prejudice to the parties.

4. The SPR Trust is also a plaintiff in Case No. SA-06-CA-0202-FB.

5. Defendant is not opposed to the granting of this Motion to Consolidate.

For the above reasons, Plaintiff requests that this case and Case No. SA-06-CA-0202-FB be consolidated.

Respectfully submitted,

By: ______________________

M. Todd Welty
Texas State Bar No. 00788642
David E. Colmenero
Texas State Bar No. 24001908

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
dcolmenero@meadowsowens.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On the 29th day of March, 2007, I contacted counsel for the United States in Case No. SA-06-CA-0202-FB, Christopher Egan, regarding this Motion to Consolidate. Mr. Egan stated that Defendant was not opposed to the granting of this Motion.

David E. Colmenero

## CERTIFICATE OF SERVICE

On the 29th day of March, 2007, a copy of the foregoing Motion to Consolidate was delivered to counsel listed below via the means indicated.

***Via Certified Mail, Return Receipt Requested***
Grover Hartt, III
Assistant Chief, Civil Trial Section
Southwestern Region
U.S. Department of Justice, Tax Division
717 North Harwood, Suite 400
Dallas, Texas 75201

David E. Colmenero